NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

**GARRETT SITTS, ET AL,**

        v.                                     **Case No: 2:16-cv-287**

**DAIRY FARMERS OF AMERICA,**
**INC. ET AL.**

**TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m. on Tuesday, November 27, 2018, at Burlington, Vermont before the Honorable Christina Reiss, District Judge, for a Telephone Conference.**

| | |
|---|---|
| **Location: Courtroom 542** | JEFFREY S. EATON, Clerk |
| | By /s/Jennifer Ruddy |
| | Deputy Clerk |
| | 11/2/2018 |

**TO:**

| | |
|---|---|
| Dana A. Zakarian, Esq. | Ian Carleton, Esq. |
| Elizabeth Reidy, Esq. | Jennifer Giordano, Esq. |
| Gary Franklin, Esq. | Margaret Zwisler, Esq. |
| Joel Beckman, Esq. | W. Todd Miller, Esq. |
| William Nystrom, Esq. | |
| Alfred Pfeiffer, Jr., Esq. | Anne Pierce, Court |
| Elyse Greenwald, Esq. | Reporter |