U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

2018 DEC 12  PM 12: 39

CLERK

BY_____ *(signature)*
DEPUTY CLERK

| | |
|---|---|
| **GARRETT SITTS, et al.,**<br><br><br>**PLAINTIFFS,**<br><br>v.<br><br>**DAIRY FARMERS OF AMERICA, INC.,**<br>**and DAIRY MARKETING SERVICES,**<br>**LLC,**<br><br>**DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

## PLAINTIFFS' AND DEFENDANTS' JOINT MOTION
## FOR ENTRY OF REVISED CASE MANAGEMENT SCHEDULE

In response to the Court's direction at the November 27, 2018 hearing, the parties have conferred and reached agreement on the deadlines set forth below and respectfully jointly request that the Court order as follows:

1.      No later than December 28, 2018, plaintiffs shall serve their supplemental responses to Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's (together "DFA") Requests for Admission consistent with the Court's November 27, 2018 order.

2.      If plaintiffs choose to supplement their expert's report based on any new information learned during the December 19, 2018 second deposition of DFA's CEO, Rick Smith, plaintiffs shall do so by January 4, 2019.

3.      Motions for summary judgment shall be filed by January 11, 2019, which also shall serve as the trial ready date.

4.      Oppositions to summary judgment shall be filed by February 12, 2019.

5.      Reply briefs in support of summary judgment shall be filed by February 28, 2019.

6.      Oral argument on summary judgment motions shall be on April 9, 2019 (if the Court still has that date available).  Plaintiffs, however, reserve the right to request that the hearing be scheduled sooner if the Court's schedule so permits.

Dated: December 11, 2018

Respectfully submitted,

/s/ Dana A. Zakarian
Dana A. Zakarian

/s/ Margaret M. Zwisler
Margaret M. Zwisler

William C. Nystrom (admitted *pro hac vice*)
Joel G. Beckman (admitted *pro hac vice*)
Dana A. Zakarian (admitted *pro hac vice*)
Elizabeth A. Reidy (admitted *pro hac vice*)
NYSTROM BECKMAN & PARIS LP
One Marina Park Drive, 15th Floor
Boston, MA 02210
(617) 778-9100
wnystrom@nbparis.com
jbeckman@nbparis.com
dzakarian@nbparis.com
ereidy@nbparis.com

Margaret M. Zwisler (admitted *pro hac vice*)
Jennifer L. Giordano (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  202-637-1092
Facsimile:  202-637-2201
Email: margaret.zwisler@lw.com
Email: jennifer.giordano@lw.com

Gary L. Franklin, Esq.
150 South Champlain Street
P.O. Box 1489
Burlington, VT 05402-1489
(802) 864-0880
gfranklin@primmer.com

Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-391-0600
Facsimile:  415-395-8095
Email:  al.pfeiffer@lw.com

*Counsel for Plaintiffs Garrett Sitts, et al.*

W. Todd Miller (admitted *pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone:  202-663-7820
Facsimile:  202-663-7849
Email:  tmiller@bakerandmiller.com

Ian P. Carleton
SHEEHEY FURLONG & BEHM P.C.
30 Main Street
P.O. Box 66
Burlington, VT 05402
Telephone:  802-864-9891
Facsimile:  802-864-6815
Email:  icarleton@sheeheyvt.com

SO ORDERED.

*Counsel for Defendants Dairy Farmers of
America, Inc. and Dairy Marketing Services, LLC*

12/11/18
Date

Christina Reiss, District Judge
United States District Court

3