UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRETT SITTS, et al.,<br><br>    PLAINTIFFS,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br>and DAIRY MARKETING SERVICES, LLC,<br><br>    DEFENDANTS. | Civil Action No. 2:16-cv-00287-cr |

## LIST OF TWENTY PLAINTIFFS FOR TRIAL TO BEGIN ON JULY 1, 2020

Pursuant to the Court's May 1, 2020 Order [ECF 191], Plaintiffs hereby designate the following twenty Plaintiffs whose claims will be included in the first trial scheduled to begin on July 1, 2020:

1. Victor Barrick, Barrick Dairy LLC
2. Logan Bower, Pleasant View Farms
3. Mark & Dwight Brandenburg, Char Mar Dairy Farm, Inc.
4. Thomas Clark
5. Gerry Delong, Hope Valley Farms
6. Mark & Barbara Dulkis, Dulkis Farms
7. Glen Eaves, Oak Bluff Farms LLC
8. Richard Gantner
9. Stefan & Cindy Gieger, Gieger farm
10. Scott & Gail Hymers, Sco Gail Farm
11. Randy & Lynette Inman, Marbil Farms
12. John & Frank Lamport, Lamport Farms

13. Russell & Diane Maxwell

14. Walt Moore, Walmoore Holsteins, Inc.

15. Michael Nissley

16. Calvin Roes, Lloyd Roes & Sons LLC

17. Bradley Rohrer

18. Donald T. & Donald M. Smith

19. Judy & Ken Tompkins

20. Mark & Eric Visser, Visser Brothers Farm

                                              Respectfully Submitted,

                                              PLAINTIFFS,

                                              By their attorneys,

                                              _/s/ Dana A. Zakarian_
                                              Joel G. Beckman
                                              Michael G. Paris
                                              Dana A. Zakarian
                                              NYSTROM BECKMAN & PARIS, LLP
                                              One Marina Park Drive, 15th Fl.
                                              Boston, Massachusetts  02210
                                              (617) 778-9100
                                              jbeckman@nbparis.com
                                              mparis@nbparis.com
                                              dzakarian@nbparis.com
Dated:  May 21, 2020                          *Admitted Pro Hac Vice*

                                              Gary L. Franklin, Esq.
                                              PRIMMER PIPER EGGLESTON & CRAMER PC
                                              150 South Champlain Street
                                              P.O. Box 1489
                                              Burlington, VT  05402-1489
                                              (802) 864-0880
                                              gfranklin@primmer.com

**CERTIFICATE OF SERVICE**

      I, Dana A. Zakarian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 21st day of May 2020.

                                                   */s/ Dana A. Zakarian*
                                                   Dana A. Zakarian