UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRETT SITTS, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,<br><br>DEFENDANTS. | Civil Action No. 2:16-cv-00287-cr |

**JOINT RESPONSE TO COURT'S MAY 1, 2020 ORDER
REGARDING SEPARATE TRIALS**

In accordance with the Court's May 1, 2020 Order for additional briefing with respect to Federal Rules of Civil Procedure 21 and 42(b) (ECF 191), the Parties hereby advise the Court that they have agreed that the Court should order separate trials under Rule 42(b).

Dated: June 1, 2020

Respectfully submitted:

/s/ Dana A. Zakarian
William C. Nystrom (admitted *pro hac vice*)
Joel G. Beckman (admitted *pro hac vice*)
Dana A. Zakarian (admitted *pro hac vice*)
Elizabeth A. Reidy (admitted *pro hac vice*)
NYSTROM BECKMAN & PARIS LP
One Marina Park Drive, 15th Floor
Boston, MA 02210
(617) 778-9100
wnystrom@nbparis.com
jbeckman@nbparis.com
dzakarian@nbparis.com
ereidy@nbparis.com

Gary L. Franklin, Esq.
150 South Champlain Street
P.O. Box 1489
Burlington, VT 05402-1489
(802) 864-0880
gfranklin@primmer.com

*Counsel for Plaintiffs Garrett Sitts, et al.*

/s/ Jennifer L. Giordano
Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com

Margaret M. Zwisler (admitted *pro hac vice*)
Jennifer L. Giordano (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-1092
Facsimile: 202-637-2201
Email: margaret.zwisler@lw.com
Email: jennifer.giordano@lw.com

W. Todd Miller (admitted *pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: 202-663-7820
Facsimile: 202-663-7849
Email: tmiller@bakerandmiller.com

Ian P. Carleton
SHEEHEY FURLONG & BEHM P.C.
30 Main Street
P.O. Box 66
Burlington, VT 05402
Telephone: 802-864-9891
Facsimile: 802-864-6815
Email: icarleton@sheeheyvt.com

*Counsel for Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*

## CERTIFICATE OF SERVICE

  I, Dana A. Zakarian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of June 2020.

                   */s/ Dana A. Zakarian*