**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,** <br><br> **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# EXHIBIT 1 TO
# THE JUNE 2, 2020 DECLARATION OF
# ALFRED C. PFEIFFER JR.



# Coronavirus Disease 2019 (COVID-19)

## Cases in the U.S.

Last updated on June 1, 2020



| TOTAL CASES | TOTAL DEATHS |
|---|---|
| 1,787,680 | 104,396 |
| 26,177 New Cases* | 696 New Deaths* |

**Want More Data?**
CDC COVID Data Tracker

## Cases & Deaths by Jurisdiction

31 jurisdictions report more than 10,000 cases of COVID-19.

This map shows COVID-19 cases and deaths reported by U.S. states, the District of Columbia, New York City, and other U.S.-affiliated jurisdictions. Hover over the map to see the number of cases and deaths reported in each jurisdiction. To go to a jurisdiction's health department website, click on the jurisdiction on the map.



Add U.S. Map to Your Website

## Cases & Deaths by County



## New Cases by Day

The following chart shows the number of new COVID-19 cases reported each day in the U.S. since the beginning of the outbreak. Hover over the bars to see the number of new cases by day.



| | 01/22/2020 | 01/23/2020 | 01/24/2020 | 01/25/2020 | 01/26/2020 | 01/27/2020 | 01/28/2020 | 01/29/2020 | 01/30/2020 |
|---|---|---|---|---|---|---|---|---|---|
| **Cases** | 1 | 0 | 1 | 0 | 3 | 0 | 0 | 0 | 0 |

Scroll for additional info

## Cases by Age

The following chart shows the age of people with COVID-19. Hover over each bar or click on the plus (+) sign below the chart to see the number of cases in each age group.

Data were collected from 1,439,311 people, and age was available for 1,436,181 (99.8%) people.



## Cases by Race & Age

The following chart shows the race of people with COVID-19. Hover over each bar or click on the plus (+) sign below the chart to see the percentage for each race group. Select from the "Age" dropdown list to see the percentage for each age group.

Data were collected from 1,439,311 people, but race was only available for 718,254 (49.9%) people.



## Cases by Ethnicity & Age

The following chart shows the ethnicity of people with COVID-19. Hover over each bar or click on the plus (+) sign below the chart to see the percentage for Hispanic/Latino. Select from the "Age" dropdown list to see the percentage for each age group.

Data were collected from 1,439,311 people, but ethnicity was only available for 657,200 (45.7%) people.



## Cases & Deaths among Healthcare Personnel

Data were collected from 1,439,310 people, but healthcare personnel status was only available for 307,499 (21.4%) people. For the 66,770 cases of COVID-19 among healthcare personnel, death status was only available for 37,750 (56.5%).

| CASES AMONG HCP | DEATHS AMONG HCP |
|---|---|
| 66,770 | 323 |

Previous Data +

CDC has moved the following information to the Previous U.S. COVID-19 Case Data page.

- Level of community transmission by jurisdiction — last updated May 18, 2020
- Total number of cases by day — last updated April 28, 2020
- Number of cases by source of exposure — last updated April 16, 2020
- Number of cases from Wuhan, China and the Diamond Princess cruise — last updated April 16, 2020
- Number of cases by illness start date — last updated April 15, 2020

About the Data +

Updated Daily

### Updated Daily

This page is updated daily based on data confirmed at 4:00pm ET the day before.

### Reported by Jurisdiction's Health Department

Data on this page are reported voluntarily by each jurisdiction's health department.

### Number of Jurisdictions

There are currently 56 U.S.-affiliated jurisdictions reporting cases of COVID-19. This includes 50 states, District of Columbia, Guam, New York City, the Northern Mariana Islands, Puerto Rico, and the U.S Virgin Islands.

### Confirmed & Probable Counts

As of April 14, 2020, CDC case counts and death counts include both confirmed and probable cases and deaths. This change was made to reflect an interim COVID-19 position statement issued by the Council for State and Territorial Epidemiologists on April 5, 2020. The position statement included a case definition and made COVID-19 a nationally notifiable disease.

A confirmed case or death is defined by meeting confirmatory laboratory evidence for COVID-19.

A probable case or death is defined by one of the following:

- Meeting clinical criteria AND epidemiologic evidence with no confirmatory laboratory testing performed for COVID-19
- Meeting presumptive laboratory evidence AND either clinical criteria OR epidemiologic evidence
- Meeting vital records criteria with no confirmatory laboratory testing performed for COVID19

Not all jurisdictions report confirmed and probable cases and deaths to CDC. When not available to CDC, it is noted as N/A.

### Accuracy of Data

CDC does not know the exact number of COVID-19 illnesses, hospitalizations, and deaths for a variety of reasons. COVID-19 can cause mild illness, symptoms might not appear immediately, there are delays in reporting and testing, not everyone who is infected gets tested or seeks medical care, and there may be differences in how jurisdictions confirm numbers.

### Changes & Fluctuations in Data

Health departments may update case data over time when they receive more complete and accurate information.

The number of new cases reported each day fluctuates. There is generally less reporting on the weekends and holidays.

### Differences between CDC and Jurisdiction Data

If the number of cases or deaths reported by CDC is different from the number reported by jurisdiction health departments, data reported by jurisdictions should be considered the most up to date.  The differences may be due to the timing of the reporting and website updates.

## More Information

COVIDView – A Weekly Surveillance Summary of U.S. COVID-19 Activity

Previous U.S. COVID-19 Case Data

FAQ: COVID-19 Data and Surveillance

Testing Data in the U.S.

World Map

Health Departments

Page last reviewed: June 1, 2020