**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,**<br><br>**PLAINTIFFS,**<br><br>**v.**<br><br>**DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,**<br><br>**DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# EXHIBIT 2 TO THE JUNE 2, 2020 DECLARATION OF ALFRED C. PFEIFFER JR.

PUBLICATIONS PRACTICE TOOLS EVENTS (/EVENTS/) LEGAL NEWSWIRE (/LEGALNEWSWIRE/) LEGAL DICTIONARY (HTTPS://DICTIONARY.LAW.COM/)
VERDICT SEARCH (HTTPS://VERDICTSEARCH.COM/FEATURED-VERDICTS/) JOBS (HTTPS://LAWJOBS.COM/)

UNITED STATES

PROMOCODE=PAR&SOURC SANITIZER-AND-M SUBSCRIBE (HTTPS://ST PROMOCODE=PAR&SOURCE SANITIZER-AND-MEASUR POST-COVID/&INTCM

SEARCH (/search/)

(/)

COVID-19 (/INSTANT-INSIGHTS/MAKING-IT-WORK-THE-LEGAL-PROFESSION-IN-THE-AGE-OF-COVID-19/) TOPICS (/TOPICS/) INSIGHTS & ANALYSIS

Analysis (/law/analysis/)

# Masks, Sanitizer and Measuring Tape: What Jury Trials May Look Like Post-COVID

Constitutional mandates must be balanced with juror safety, which all court leaders identified as the top priority.

By **Max Mitchell (/author/profile/Max-Mitchell/)** | May 27, 2020 at 01:49 PM | The original version of this story was published on **The Legal Intelligenc (https://www.law.com/thelegalintelligencer/)**

(htt

***The county seat courthouse in Contra Costa County, California, opened up May 26 with mask requirements and temperature checks for all entrants. (Photo: Jason Doiy/ALM)***

*Editor's note: This is the second in a two-part series examining when jury trials might begin to take place in Pennsylvania, and what they may look like once they do.*

Pennsylvania court leaders are juggling a multitude of questions as they try to restore jury trials, from how prospective jurors are brought into court buildings to figuring out where they can deliberate safely.

One thing can be stated with certainty, however: jury trials are going to look very different in the wake of the COVID-19 pandemic.

## Law Firms Mentioned

**Dechert (/search/?q=Dechert&Submit=Search&sour**

## Trending Stories

1. **State Bar Group Calls for 'Mandatory' COVID-19 Vaccinations, Regardless of Objections (/newyorklawjournal/2020/ bar-calls-for-mandatory-cov 19-vaccinations-regardless- objections/)**
   NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)
2. **Furloughed Pryor Cashman Associate Charged With Helping Molotov Cocktail Attack During Brooklyn Protests (/2020/05/31/pryo cashman-associate-chargec with-helping-molotov-cockt attack-during-brooklyn- protests/)**
   NEW YORK LAW JOURNAL (/NEWYORKLAWJOURNAL/)
3. **State Bar Windows Smashe as Lawyers Weigh Atlanta Riots, Causes (/dailyreportonline/2020/0!**

Courthouses have been largely closed since mid-March as part of a nationwide effort to help stem the spread of the highly contagious coronavirus. In recent weeks, however, courts have begun to expand their capabilities, and many court leaders in the state have begun the process of determining what it will take to get juries back into courtrooms.

Consensus, however, has grown around the idea that jury trials in southeastern Pennsylvania are at best several months away, and, for civil trials, likely not to occur until at least 2021.

Attorneys also widely agree that, once trials are underway, they are going to be very different.

"The jury trial we imagine in our heads is not going to return until there is a vaccine, until people have some sense of comfort," Sozi Tulante of Dechert said.

## 'Antithetical to Social Distancing'?

Under normal circumstances, the stakes at trial are very high—defendants are fighting for their freedom and to vindicate their names, and plaintiffs are seeking remedies for loss and their day in court. However, the stakes are even higher when the health and safety of all involved—including attorneys, judges, court staff and jurors—are at risk.

But during pandemic conditions, even when they become manageable, jurors would face elevated health risks, since they are often grouped together and spend hours in close quarters deliberating over cases. Constitutional mandates must be balanced with juror safety, which all court leaders identified as the top priority.

(https://prod.lawcatalog.com/structured-settlements-and-periodic-payment-judgments-4564.html?___store=law_catalog&utm_source=website&utm_medium=inline&utm_campaign=ljp_books&utm_content=related-promo&utm_term=lc)

**Structured Settlements and Periodic Payment Judgments (https://prod.lawcatalog.com/structured-settlements-and-periodic-payment-judgments-4564.html?___store=law_catalog&utm_source=website&utm_medium=inline&utm_campaign=l promo&utm_term=lc)** BOOK

An excellent treatise which I recommend to all tort trial lawyers. Philip Corboy of Corboy Demetrio, P.C., ChicagoA must have for every structured settlement profe...

Get More Information (https://prod.lawcatalog.com/structured-settlements-and-periodic-payment-judgments-4564.html?___store=law_catalog&utm_source=website&utm_medium=inline&utm_campaign=ljp_books&utm_content=related-promo&utm_term=lc)

"Jury duty is a responsibility and we owe the responsibility to the jurors to ensure they're going to be safe," Philadelphia Court of Common Pleas President Judge Idee Fox said.

The key questions the judges are now tackling are: how many jurors can be brought in, where will they sit and where can they deliberate.

bar-windows-smashed-as-lawyers-weigh-atlanta-riots causes/)

DAILY REPORT ONLINE (/DAILYREPORTONLINE/)

4 How COVID-19 Is Impacting California Courts: Roundup Services (/therecorder/2020/05/28/l covid-19-is-impacting-california-courts-roundup-o services/)

THE RECORDER (/THERECORDER/)

5 Should I Take the Economic Injury Disaster Loan? It's a Hard Maybe for Me. (/dailybusinessreview/2020 i-take-the-economic-injury-disaster-loan-its-a-hard-maybe-for-me/)

DAILY BUSINESS REVIEW (/DAILYBUSINESSREVIEW/)

FEATURED PRODUCT

A weekly, curated selection of ou international content from arounc the globe, across the business of law, in-house, regulatory, technology and more, with exper insights from our senior editors.

Learn More (https://store.law.com/Registratic &productCode=LAWINTEDGLOBAL

The answers will be different for each jurisdiction and often hinge on the architecture of the courthouses. In some venues, activity is concentrated on the first floor, but, for example, many of Pennsylvania's federal courthouses are high-rise buildings, with many courtrooms on upper floors. In those buildings jurors need elevator access to get around. Philadelphia state courts are in similar high-rises. At the Stout Center for Criminal Justice the morning crush of people in the elevator bay is infamous in the city's legal community.

"The building itself is about as antithetical to social distancing as you can design," Greenblatt, Pierce, Funt & Flores attorney James Funt said.

And regardless of access, most jury rooms are cramped and could not fit the number of people needed for trial if social distancing guidelines are followed.

To cope, many systems, including Philadelphia, are considering ways to move the proceedings outside the courthouses, with nearby school gymnasiums or hotel ballrooms as possibilities. Some changes will likely be universal regardless of the courthouse. Increased use of hand sanitizer, masks for jurors, increased signage, taking temperatures, and marking up the courtrooms to help increase awareness of social distancing are all obvious changes likely to take in every courthouse.

"Even though we're not going to have trials until September, my tip staff is already out with measuring tape, figuring out where the six-foot distance would be for various people," Lackawanna County Court of Common Pleas Judge Terrence R. Nealon said.

Jury summonses and questionnaires might also be modified so jurors can quickly be excused if they're at high risk or they are front-line essential workers. Court leaders are also considering using the public galleries or empty courtrooms for jury deliberations, or holding jury selection virtually.

Some jurisdictions are also exploring the possibility of reducing the number of jurors for civil trials from 12 to six, or reducing peremptory challenges.

According to U.S. District Judge Jeffrey Schmehl, the Eastern District is also considering adding TV screens in the courtroom, putting wireless microphones on attorneys, and potentially giving jurors access to iPads to view evidence.

There are a lot of external factors courts must consider as well, such as the availability and safety of public transportation, or child care needs if the schools continue to be closed. Another hurdle will be asking people to take more time off work just as people, who may have been furloughed or laid off, may just be beginning to get back to work.

And, in order to make any of these potential changes effective, the courts will need to broadly communicate with the public about exactly what has been done to ensure they're safety.

"If people do not feel safe, they're not going to come in, and we're not going to get a sample of the Eastern District," Schmehl said.

## First Wave of Trials

Some venues, like Philadelphia, often have multiple trials happening at once, and as one is wrapping up, juries are being selected for others. That pace, however, will be all but impossible to maintain while social distancing requirements are in place. But, once juries are able to get back into the courtrooms, the first wave of cases are likely to be criminal trials, those who spoke with The Legal agreed, with courts prioritizing defendants who are currently incarcerated. That is a function of defendants' speedy trial right, and the fact that some have been incarcerated, awaiting trial months longer than they would have been if not for the pandemic.

"I understand it as a citizen of the world, but I'm incredibly torn and pained for the individuals who need access to the halls of justice," Funt said.

Trials are going to look much different, sources said. For instance, questions linger about whether defense attorneys will want to try cases if they and their clients will have to wear masks. And deciding not to wear a mask could also turn off jurors who are concerned about their health.

"It's a whole nuanced art form, jury trials. … Trials are very front and center, very in your face," Funt said. "If everybody's wearing a mask it's literally impossible to make those judgment calls they've made on a daily basis."

Some judges, observers said, might also look to streamline trial proceedings.

"They're not going to sit back and allow parties to go on and on. There could be limits on openings and closings," Tulante said. "I think you'll start to see trials happening more efficiently."

Schmehl said opinions differ, but his thinking is that the courts might want to start with the shortest trials first, sort of a series of bellwether trials to assess the difficult points. If a court kicks off a big, multi-defendant trial and that were to be tripped up in its final days, that could result in weeks of lost trial time, he said.

"Once everybody's used to how we're doing it, then you try the more complex trials," Schmehl said. "The best way to do it is to not just crash into it."

Similar to the need to notify jurors about the steps courts are taking, observers said courts also need to allow input from the various stakeholders, including the bar, to help ensure buy-in.

The first post-COVID case set to go to trial in Ohio was plagued with objections and appeals to that state's Supreme Court, with the defense bar contending that many of the changes the court put in place were unconstitutional. Buy-in from the bar could help prevent a similar situation.

"If it's ad hoc and done without that [buy-in], you would have a lot of motion practice, a lot of resistance that would get in the way of it actually being done," Tulante said. "Whatever the process, you have to let the public know, so they're not imagining you're going to be in a room with 200 other people, that your safety will be kept in mind."

 SHARE     SHARE

**Max Mitchell**

Max Mitchell is a reporter with The Legal Intelligencer, focusing on litigation in Pennsylvania with a specific emphasis on Philadelphia courts. Follow him on Twitter @MMitchellTLI. His email is mmitchell@alm.com.

( /author/profile/Max-Mitchell/)

More from this author ➞ (/author/profile/Max-Mitchell/)

## Dig Deeper

Court Administration (/topics/court-administration/) COVID-19 (/topics/covid-19/)

Litigation (/topics/litigation/) Litigators (/topics/litigators/)

## Recommended Stories

THE LEGAL INTELLIGENCER (HTTPS://WWW.LAW.COM/THELEGALINTELLIGENCER/)

### Evolution of Waiver Rules Associated With Attorney Client, Work Product Privileges (https://www.law.com/thelegalintelligencer/2020/06/01/evolution-of-waiver-rules-associated-with-attorney-client-work-product-privileges/)

MICHAEL R. ROMEO, | JUNE 01, 2020

The world of litigation, like most businesses, is primarily driven by bottom lines, profit margins, and cost savings. This has always been true, although these tenants are forced into the foreground for many law firms in the wake of the COVID-19 pandemic.

THE LEGAL INTELLIGENCER (HTTPS://WWW.LAW.COM/THELEGALINTELLIGENCER/)

### How the Employee Retention Tax Credit May Be Beneficial to Health Care Clients (https://www.law.com/thelegalintelligencer/2020/06/01/how-the-employee-retention-tax-credit-may-be-beneficial-to-health-care-clients/)

VASILIOS J. KALOGREDIS | JUNE 01, 2020

As part of the Coronavirus Aid, Relief, and Economic Security Act (CARES Act) signed by President Donald Trump March 27, the U.S. Treasury Department and the Internal Revenue Service (IRS) launched the employee retention credit program designed to encourage businesses, including many of our for-profit and nonprofit health care clients.

THE LEGAL INTELLIGENCER (HTTPS://WWW.LAW.COM/THELEGALINTELLIGENCER/)

### Despite COVID-19, Here Are 4 Easy Steps for Data Privacy, Security

## Featured Firms

**Law Offices of Gary Martin H Associates P.C.**

620 GLEN IRIS DR NE SUITE 102
ATLANTA, GA 30308
(470) 294-1674 www.garymartinhay

**Law Offices of Mark E. Salon**

2 OLIVER ST #608
BOSTON, MA 02109
(857) 444-6468 www.marksalomone

**Smith & Hassler**

1225 N LOOP W #525
HOUSTON, TX 77008
(713) 739-1250 www.smithandhassl

Presented by Big

6/2/2020 Masks, Sanitizer and Measuring Tape: What Jury Trials May Look Like Post-COVID | Law.com

**Compliance (https://www.law.com/thelegalintelligencer/2020/05/29/despite-covid-19-here-are-4-easy-steps-for-data-privacy-security-compliance/)**

JOSHUA A. MOONEY, RICHARD M. BORDEN AND LINDA D. PERKINS | MAY 29, 2020

Data privacy and security requirements also remain. For example, many organizations have contractual data security requirements with clients and business partners, some accompanied by substantial indemnity liabilities.

# More from ALM

Resources | CLE Center | Legal Compass | Events | Webcasts | Lawjobs | Professional Announcements

**Checklist for Legal Operations: 15 Questions to Ask When Evaluating a DMS (http://corpcounsel.trade**

FROM IMANAGE

This checklist outlines 15 questions you can use to start determining if a document management system (DMS) has the functionality, people and processes required to support your corporate legal needs.

Download Now › (http://corpcounsel.tradepub.com/free/w_i

**Growing Concern: The Effects of Force Majeure in Contracts (http://corpcounsel.trade**

FROM KIRA SYSTEMS

The coronavirus pandemic is an unprecedented global event that has left businesses in uncharted territory. The volume of contracts that may warrant review for force majeure provisions continues to grow. Read more to learn how your contracts may be impacted to remedy the situation.

Download Now › (http://corpcounsel.tradepub.com/free/w_k

**Growing Concern: Th Effects of Force Majeure in Contracts (http://americanlawy**

FROM KIRA SYSTEMS

The coronavirus pandemic is an unprecedented global event that has left businesses in uncharted territory The volume of contracts that may warrant review for force majeure provisions continues to grow. Read more to learn how your contracts m be impacted to remedy the situation

Download Now › (http://americanlawyer.tradepub.con

**ALM Legal Publication Newsletters**

## Sign Up Today and Never Miss Another Story.

As part of your digital membership, you can sign up for an unlimited number of a wide range of complimentary newsletters. Visit your My Account (https://store.law.com/registration/login.aspx?promoCode=PAR) page to make your selections. Get the timely legal news and critical analysis you cannot afford to miss. Tailored just for you. In your inbox. Every day.

**Subscribe Now**

(https://store.law.com/registration promoCode=PAR)

Privacy Policy (https://www.alm.com/pr policy-new/)

(/)

FOLLOW US (https://www.facebook.com/LawdotcomALM/) (https://twitter.com/lawdotcom) (https://www.linkedin.com/company/law-com/) (http://feeds.feedblitz.com/law/legal-news/)

About Us (/static/about-us/) / Contact Us (/static/contact-us/) / Site Map (/sitemap/) / Advertise With Us (/static/advertise-with-us/) / Customer Service (https://www.alm.com/cc / Terms of Service (https://www.alm.com/terms-of-use/) / FAQ (/static/frequently-asked-questions/) / Privacy Policy (https://www.alm.com/privacy-policy-new/)

PUBLICATIONS LAW TOPICS RANKINGS MORE LAW.COM

https://www.law.com/2020/05/27/masks-sanitizer-and-measuring-tape-what-jury-trials-may-look-like-post-covid/ 6/7

The American Lawyer (/americanlawyer/)
Corporate Counsel (/corpcounsel/)
National Law Journal (/nationallawjournal/)
New York Law Journal (/newyorklawjournal/)
New Jersey Law Journal (/njlawjournal/)
The Recorder (/therecorder/)
More Publications › (/publications/)

Litigation (/topics/litigation/)
Deals and Transactions (/topics/deals-and-transactions/)
Law Firm Management (/topics/law-firm-management/)
Legal Practice Management (/topics/legal-practice-management/)
Cybersecurity (/topics/cybersecurity/)
Intellectual Property (/topics/intellectual-property/)
More Law Topics › (/topics/)

Am Law 100 (/americanlawyer/rankings/the-2020-am-law-100/)
Am Law 200 (/americanlawyer/rankings/the-2020-am-law-200/)
Global 100 (/americanlawyer/rankings/global-100/)
National Law Journal 500 (/nationallawjournal/rankings/the-nlj-500/)
Pro Bono Scorecard (/americanlawyer/rankings/pro-bono/)
The A-List (/americanlawyer/rankings/a-list/)
More Rankings › (/rankings/)

Events (/events/)
Legal Compass (https://www.alm.com/intelligence/solutions-we-provide/business-of-law-solutions/legal-compass/)
Editorial Calendar (/editorial-calendar/)
Legal Dictionary (https://dictionary.law.com/)
Lawjobs.com (http://lawjobs.com/)
Law Firms (/law-firms/)
Law Schools (/topics/legal-education/)
Legal Newswire (/legalnewswire/)
Verdict Search (https://verdictsearch.com/featured-verdicts/)

Law.com US Edition
Law.com Int'l Edition (/inte
edition/)
Briefings (/static/brief
Analysis (/analysis
Podcasts (/podcas
Webcasts (/webcas

Copyright © 2020 ALM Media Properties, LLC. All Rights Reserved.