**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,**<br><br><br>             **PLAINTIFFS,**<br><br>        **v.**<br><br>**DAIRY FARMERS OF AMERICA, INC.,**<br>**and DAIRY MARKETING SERVICES,**<br>**LLC,**<br><br>             **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# EXHIBIT 9 TO
# THE JUNE 2, 2020 DECLARATION OF
# ALFRED C. PFEIFFER JR.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

**GENERAL ORDER 20-21**
**MAY 27, 2020**

**IN RE:  CORONAVIRUS PUBLIC EMERGENCY**

**SECOND SUPPLEMENTAL ORDER CONCERNING JURY TRIALS AND RELATED**
**PROCEEDINGS**

**SAYLOR, C.J.**

This Order supplements and modifies General Order 20-2, issued March 12, 2020, and

General Order 20-13, issued March 30, 2020.

In light of the public emergency arising out of the coronavirus epidemic, and in order to

protect public health, the United States District Court for the District of Massachusetts hereby

issues the following order:

1.  Effective immediately, all jury trials in the District of Massachusetts scheduled to begin

    on or before September 8, 2020, are continued pending further order of the Court.  The

    Court may issue other orders concerning future continuances as necessary and

    appropriate.

2.  All trial-specific deadlines in criminal cases scheduled to begin on or before September 8,

    2020, are continued pending further order of the Court.  Individual judges may continue

    trial-specific deadlines in civil cases in the exercise of their discretion.

3.  Individual judges presiding over criminal proceedings may take such actions consistent

    with this order as may be lawful and appropriate to ensure the fairness of the proceedings

    and preserve the rights of the parties.

4.  The Court is cognizant of the right of criminal defendants to a speedy and public trial

under the Sixth Amendment, and the particular application of that right in cases involving defendants who are detained pending trial.  Any motion by a criminal defendant seeking an exception to this order in order to exercise that right should be directed to the District Judge assigned to the matter in the first instance; provided, however, that no such exception may be ordered without the approval of the Chief Judge after consultation with the Court.

5.  The time period of any continuance entered as a result of this order shall be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), as the Court finds that the ends of justice served by taking that action outweigh the interests of the parties and the public in a speedy trial.  Absent further order of the Court or any individual judge, the period of exclusion shall be from May 29, 2020, to September 8, 2020.  The Court may extend the period of exclusion as circumstances may warrant.

**So Ordered.**

/s/ F. Dennis Saylor IV

F. Dennis Saylor IV

Dated:  May 27, 2020                                    Chief Judge, United States District Court