**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,** | |
| **PLAINTIFFS,** | **Civil Action No. 2:16-cv-00287-cr** |
| **v.** | |
| **DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,** | |
| **DEFENDANTS.** | |

# EXHIBIT 11 TO
# THE JUNE 2, 2020 DECLARATION OF
# ALFRED C. PFEIFFER JR.

6/2/2020        NH courts postpone jury trials indefinitely

☰ **SHOW TRANSCRIPT**

# NH courts postpone jury trials indefinitely

Judges say emergency hearings still being held



Updated: 7:19 PM EDT Apr 24, 2020



**Andy Hershberger** f 🐦 ✉
News Reporter

**MANCHESTER, N.H.** — The New Hampshire court system is postponing jury trials indefinitely as it tries to deal with a backlog of cases generated because of COVID-19.



Courts are still open on a limited basis, but there are a lot of cases waiting to be heard.

"It's a huge problem for the circuit courts, because we get the bulk of the cases," said Circuit Court Judge David King. "Ninety percent of the cases filed are in circuit court, and a vast majority of our folks that come to the circuit courts don't have attorneys."

To limit foot traffic and keep social distancing, the circuit court system has canceled about 19,000 hearings since March 16. King said circuit courts have held about 4,300 hearings and have struggled with challenges ranging from dying cellphones to coordinating with interpreters for people who need help.

Officials said the courts are available for emergency hearings for issues such as allegations of child abuse or domestic violence, anything where life or personal safety are at risk.

At the Superior Court level, about 6,000 cases have been canceled, including about 200 jury trials.

"I don't see (jury trials) happening for a long time, because we want to keep jurors safe," said Superior Court Chief Justice Tina Nadeau. "We don't want them to be afraid to come to the courthouse, but at the same time, we are balancing speedy trial rights."

Court officials said things will eventually get back to normal, but they're not sure what that normal will look like.



6/2/2020                                    NH courts postpone jury trials indefinitely



☰ SHOW TRANSCRIPT

# Federal judge awards Carole Baskin control over 'Joe Exotic's' former zoo



Updated: 9:23 AM EDT Jun 2, 2020



**KOCO Staff**

**OKLAHOMA CITY —** A federal judge on Monday granted control over "Joe Exotic's" former zoo in Wynnewood to Carole Baskin, an animal rights activist whose feud with the former zoo owner was documented on a popular Netflix show.

Court documents show that Joseph Maldonado-Passage fraudulently transferred zoo ownership to his mother to avoid creditors.

Maldonado-Passage was convicted in April 2019 of conspiring to kill Baskin in Florida, along with killing five tigers, and selling and offering to sell tiger cubs. Maldonado-Passage, who is better known as "Joe Exotic," was sentenced to serve 22 years in federal prison.

The feud between Maldonado-Passage and Baskin was featured earlier this year on the hit docuseries "Tiger King: Murder, Mayhem and Madness."

The court ruling also ruled that the Greater Wynnewood Development Group has 120 days to leave the zoo premises. All of the animals at the zoo must also be removed from the area.

  

**84**
Shares

allows us sufficient time to open up Tiger King Park in Thackerville, behind the WinStar Casino."

# WMUR MANCHESTER

Contact Us
News Team
Apps & Social
Email Alerts

Careers
Internships
Advertise
Digital Advertising Terms & Conditions
Broadcast Terms & Conditions
RSS

EEO Reports
Captioning Contacts
Public Inspection File
Public File Assistance
News Policy Statements

Hearst Television participates in various affiliate marketing programs, which means we may get paid commissions on purchases made through our links to retailer sites.

©2020, Hearst Television Inc. on behalf of WMUR-TV.

**Privacy Notice**    **Your California Privacy Rights**    Interest-Based Ads    Terms of Use    Site Map

NH courts postpone jury trials indefinitely

