**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,** | |
| **PLAINTIFFS,** | **Civil Action No. 2:16-cv-00287-cr** |
| **v.** | |
| **DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,** | |
| **DEFENDANTS.** | |

# EXHIBIT 13 TO
# THE JUNE 2, 2020 DECLARATION OF
# ALFRED C. PFEIFFER JR.

## Notice from the Commissioner of Jurors re: Coronavirus and Flu

In light of public health concerns arising over the coronavirus, please note the following:

(1) If you have been summoned for jury duty, beginning on March 16th and continuing until further notice:
- **Please do not appear** at the courthouse.  Your service has been suspended at this time.  You will hear from us in the future with another date for service.

(2) If you have been **summoned for Grand Jury**, check your county information page to see if you are required to appear. Instructions below.

(3) If you are a **juror currently serving** on a criminal trial, on a grand jury or on a civil trial where opening statements have been made:
- **You are required to appear** to continue your service.

Please, call or email your local Commissioner of Jurors Office with further questions.  The phone number and email address can be found on their county information page.  To visit your county information page, select your county from the drop down on [www.nyjuror.gov](www.nyjuror.gov)

Thank you for your cooperation.