**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,** <br><br> **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# EXHIBIT 14 TO
# THE JUNE 2, 2020 DECLARATION OF
# ALFRED C. PFEIFFER JR.





## COVID-19 INFORMATION FROM THE CONNECTICUT JUDICIAL BRANCH

The Connecticut Judicial Branch has developed this webpage to help you navigate the many changes the Branch has implemented, as a result of COVID-19. The page is updated as changes occur.

**Notices**

**List of Open Courthouses**

**Frequently Asked Questions and Court Business**

**How to Request that Certain Family Matters be Handled Remotely**

**Procedure to Remotely File for a Temporary Restraining Order**

**New, Suspended or Amended Practice Book Rules**

**Governor's Executive Order**

**Family First Coronavirus Response Act**

**Other Actions**

**Notices**

**May 29, 2020: The Sentence Review docket for June is canceled.**

**May 28, 2020: The Judicial Branch is Expanding its Remote Capabilities**

**May 27, 2020: Limited Operations to Resume in Three Currently Closed Courthouses**

**May 26, 2020: CSSD Update on Juvenile Detention Centers – PowerPoint presented on May 21, 2020**

**May 20, 2020: Notice re: Special Sessions of the Supreme and Appellate Courts**

- Supreme Court arguments via videoconferencing will be held on June 1, June 3, June 5, June 10, June 12, and June 22, 2020.

- Appellate Court arguments via videoconferencing will be held on June 15, June 17, June 19, June 29, and July 1, 2020.
- Assignment details are available on the Supreme and Appellate Courts' webpages.

**May 20, 2020: Interim COVID-19 Criminal Procedures and Technical Standards**

**May 18, 2020: Parenting Education Class offered Online**

**May 15, 2020: Immediate stay of the service of all issued executions on evictions and ejectments through July 1, 2020**

**May 15, 2020: Strict Foreclosure Order**

- All Judgments of Strict Foreclosure entered in matters with law days prior to July 7, 2020 are opened by the Court for the sole purpose of extending the Law Day in those matters to July 7, 2020 for the owner of equity of redemption and thereafter for subsequent encumbrancers in the inverse order of their priorities. The plaintiff in those matters is hereby ordered to file a notice of the new law day in the court file.

**May 15, 2020: Message Regarding Remote Family Pretrials and Status Conferences**
*Please Do Not File Motions for Continuance*

**May 14, 2020: Simplifying the process for Self-Represented Parties to E-File their documents**

**May 13, 2020: Criminal Matters Continue Expanding its Capability to Handle Cases**

**May 7, 2020: Judicial Branch Continues to Expand Types of Cases Handled Remotely**

**May 7, 2020: Family Matters Update**

**May 6, 2020: Connecticut Fall 2020 Bar Examination - Update**

**May 5, 2020: Requesting Approval of QDROs Electronically**

**May 5, 2020: Requesting Approval of Gestational Agreements Remotely**

**May 1, 2020: Effective with the May 18, 2020 calendars, arguable motions marked take papers on all Indical calendars will be ruled on by the Court. Matters marked ready will be marked off by the Court and must be reclaimed.**

- Judges will continue to rule on certain civil non-arguable short calendar matters that have been marked take papers on Short Calendar 10 and Indical calendars. Starting with the May 18, 2020 calendar, both arguable and non-arguable motions will print on all Indical calendars assigned to a specific judge under the Individual Calendaring Program. Judges will rule on arguable and non-arguable motions that are marked take papers. Arguable motions marked ready instead of take papers will be marked off by the Court and must be

reclaimed. Attorneys are required to mark their motions electronically unless they have an exemption from e-filing. Self-represented parties and e-filing exempt attorneys can call in their markings to the number listed on their calendar notice. We continue to appreciate your patience as we expand civil court business during these unprecedented times.

**April 30, 2020: Rules Committee of the Superior Court Suspended Certain Rules of Practice and Procedure**

- On March 24, 2020, the Rules Committee of the Superior Court suspended the operation of certain rules of practice and procedure for the duration of the present public health emergency, including Practice Book § 2-70 concerning collection of the annual client security fund fee. As a result, collection of the 2020 client security fund fee has been suspended until further notice. Attorneys will be notified once suspension of the rule has been lifted and a new due date for the 2020 fee has been established. Please do not send payment of the 2020 security fund fee until notified to do so.

**April 29, 2020: Notice to Parties and Counsel: Superior Court for Family Matters Previously Scheduled Hearings and Trials During The COVID-19 Emergency**

**April 27, 2020: CT Supreme Court Hears Oral Argument Remotely, Chief Justice Richard A. Robinson's Opening Remarks**

**April 23, 2020: Foreclosures for June through July 18, 2020 cancelled**

- All foreclosure sales scheduled for June and through July 18, 2020 are hereby cancelled in order to prevent a potential gathering of individuals at the auction site. Click Here

**April 23, 2020: Per order of Judge James W. Abrams, Chief Administrative Judge of Civil Matters, there is an IMMEDIATE STAY of the service of all issued executions on evictions and ejectments through June 1, 2020**

**April 22, 2020: Governor Lamont Executive Order**

- Pursuant to Governor Ned Lamont's Executive Order No. 7BB, effective immediately no person is permitted to enter a Judicial Branch courthouse or facility without covering his/her mouth and nose with a mask or cloth face-covering.

**April 17, 2020: Civil Short Calendar**

- Civil Short Calendar will be reinstated effective May 4, 2020 for non-arguable matters, but no short calendar court sessions will be held until the Judicial Branch resumes normal operations. For more information

**April 17, 2020: Bid Opportunities Notice Reguarding COVID-19**

**April 15, 2020: Operating Superior Courts now Accepting Non-Priority 1 Civil and Family filings**

**April 14, 2020: CT Supreme and Appellate Courts to Hear Cases Remotely**

**April 14, 2020: Connecticut Judicial Branch Initiates Plan to Resolve More Cases**

**April 13, 2020: Jury Duty**

- Notwithstanding the fact that our jury system still sends out jury summonses, all jury service is suspended until further notice. If you have been summoned for jury duty, please be advised that your service has been cancelled and that you should not report.

**April 7, 2020: Process for Media Representatives to Observe Criminal Proceedings during COVID-19**

**April 7, 2020: Hours of Operation for the Office of the Appellate Clerk**

- Effective Monday, April 13, 2020, and until further notice, the hours of operation for the Office of the Appellate Clerk will be Monday, Wednesday, and Friday from 9:00 a.m. to 2:00 p.m.

**April 6, 2020: Accessing Judicial Branch Resources from Home**

**April 3, 2020: Reduced Days of Operation**

- All remaining open courthouses will be closed on Tuesday, April 7, 2020. Beginning on Tuesday, April 14, 2020, all courthouses will be closed on Tuesdays and Thursdays until further notice. This further reduction of the days that the courts will be open to the public is part of the Judicial Branch's ongoing effort to secure the highest possible level of protection to the public and the staff who work in our courthouses.

**April 3, 2020: Remote Filing of Temporary Restraining Orders**

- The Judicial Branch is implementing a new procedure for the remote filing of temporary restraining orders. A Governor's Executive Order temporarily eliminates the requirement that applicants seeking a temporary restraining order must swear under oath that the statement is true and eliminates the need for a notary public or other authority to take the applicant's oath, while still legally obligating the applicant to make true statements. More information is available here.

**April 1, 2020: Adult Probation offices closed**

- The Judicial Branch has closed Adult Probation offices to public access, including to probation clients, **unless authorized by a probation officer**, until further notice. The offices are staffed the same hours as the courts are open, and you may contact the offices by telephone. **Please do not hesitate to call if you need assistance from a probation officer**. For more information, please click here. Thank you for your understanding.

**April 1, 2020: Temporary Closure of Ansonia-Milford and Middlesex Judicial District Courthouses**

- The Ansonia-Milford Judicial District Courthouse in Milford and the Middlesex Judicial District Courthouse in Middletown are temporarily closed effective at the close of business on April 1, 2020. Cases from Ansonia-Milford will transfer to the Fairfield Judicial District courthouse located at 1061 Main St. in Bridgeport and cases from Middletown will transfer to the New Britain Judicial District courthouse located at 20 Franklin Square.

**March 31, 2020: Order To Temporarily Close Stamford Courthouse**

- The Stamford Courthouse will be closed to the public until further notice. Cases from Stamford will be transferred to the Fairfield Judicial District Courthouse, located at 1061 Main St., Bridgeport.

**March 30, 2020: Connecticut Bar Examination**

- The Connecticut Bar Examining Committee announced today that, due to the ongoing public health emergency arising from the COVID-19 pandemic, the Connecticut bar examination will not be administered on July 28 – 29, 2020 as previously scheduled. The bar exam has been postponed until fall, on dates to be determined.

**March 30, 2020: Civil Scheduling Agreements and Case Management Orders**

- Per order of Judge James W. Abrams, Chief Administrative Judge for Civil Matters, all deadlines contained in Civil Scheduling Agreements and Case Management Orders are hereby suspended until such time as Judicial Branch operations are fully restored.

**March 30, 2020: Experiential Learning Programs**

- Due to COVID-19, the Experiential Learning Program is suspending the summer internship program. We encourage students to apply for the Fall internship program, and appreciate your interest in the Experiential Learning Program.

**March 27, 2020: Daily Hours of the Supreme and Appellate Court**

- Effective Tuesday, March 31, and until further notice, the daily hours of the Supreme and Appellate Courts will be 8:30 a.m.-12:30 p.m.

**March 27, 2020: Support Enforcement Services to Temporarily Close Offices**

- Effective March 30, 2020, and until further notice, the Judicial Branch's Support Enforcement Services (SES) offices are closing statewide due to the COVID-19 crisis. The call center also will be closed effective March 30, 2020, until further notice.
- Individuals can continue to pay child support by mailing a check or money order to the Connecticut State Disbursement Center at: Connecticut-CCSPC, P.O. Box 990031, Hartford, CT 06199-0031. Please make sure to include your file number and/or Social Security number on the check or money order.

- During this time, SES is operating with reduced staffing and is providing limited services. If you have an important child support issue or question regarding your case, you may email SES at CSIPRU@JUD.CT.GOV
- You may also continue to call the automated payment processing line for payment information on your case, at 1-888-223-7223.

**March 26, 2020: Closure of Three More Courthouses**

- Three courthouses -- the Litchfield Judicial District courthouse located at 50 Field St., Torrington; the Geographical Area (GA) #19 courthouse located at 20 Park St. in Rockville; and the GA #11 courthouse located at 120 School St. in Danielson – will be temporarily closed until further notice, effective at the close of business on Friday, March 27, 2020.
- Effective, Monday, March 30, 2020, matters from Litchfield will transfer to the Waterbury GA #4 courthouse; matters from Rockville will transfer to the Hartford GA #14 courthouse; and matters from Danielson will transfer to the New London Judicial District courthouse.

**March 26, 2020: Minimizing the number of people in our Courthouses**

- Effective immediately and until further notice, entrance to courthouses that remain open is being limited to those individuals who are:
    - filing or have a hearing for a Temporary Restraining Order;
    - filing or have a hearing for a Civil Protection Order;
    - filing or have a hearing on an emergency Ex Parte motion for custody; or
    - are involved in a criminal arraignment or other criminal proceeding.

**March 26, 2020: Courthouse Hours are Limited**

- Effective Tuesday, March 31, 2020, and continuing each week Tuesday through Friday until further notice, the remaining open courthouses and two juvenile courthouses in Hartford and Bridgeport will be open from 9 a.m. to 1 p.m., with staff leaving for the day at 2 p.m. Hours on Mondays will be from 9 a.m. to 5 p.m.
- Between now and March 31, these courts will be open during their regular hours of 9 a.m. - 5 p.m.

**March 26, 2020: Appellate Court Will Not Hear Arguments During its April Term**

- In recognition of the public health emergency declaration issued by Governor Lamont, and due to the concern over the spread of the COVID19/Coronavirus, no oral arguments will be scheduled at the Appellate Court during the court's seventh term (April 6-April 24, 2020).
- With the agreement of all counsel of record, fully briefed and ready cases may be submitted for disposition based on the briefs, appendices and record, without oral argument. If possible, requests for disposition without oral argument should be filed with the Office of the Appellate Clerk by April 15, 2020.

- These requests must be filed as "Correspondence to Court Regarding Waiver of Oral Argument" which is listed under the "Preliminary Paper/Appeal Document" section in the Appellate E-filing.

### March 25, 2020: Danbury Courthouse Closed

- The Danbury Judicial District Courthouse located at located at 146 White Street was closed effective Thursday, March 26, 2020.
- All cases that would otherwise be handled in the Danbury courthouse have been transferred to the Waterbury GA Courthouse at 400 Grand Street, effective Thursday, March 26, 2020. This transfer of business will be in effect until further notice.

### March 24, 2020: New, Suspended or Amended Practice Book Rules

- [Emergency Meeting of the Rules Committee of the Superior Court pursuant to Section 1-9B of the CT Practice Book](#)

### March 20, 2020: Updated Notice from the Supreme Court and Appellate Court

- Please be advised that the time requirements for all Supreme and Appellate Court filings are suspended until further notice. Please see Governor Lamont's Executive Order, No. 7G, March 19, 2020. Due to staff shortage in the Office of the Appellate Clerk and in response to the COVID19 virus emergency, it is requested that no paper briefs be filed until further notice.

### March 19, 2020: Update on Civil & Housing Matters including Evictions and Foreclosures

- There shall be an immediate stay of all issued executions on evictions and ejectments through May 1, 2020.
- Consistent with the U.S. Department of Housing and Urban Development's recently enacted 60-day moratorium on foreclosures and evictions, the Court is hereby extending its previous Orders cancelling some foreclosure sales with the following Orders: ALL foreclosure sales previously scheduled to have occurred in March and April and May are hereby rescheduled to Saturday, June 6, 2020, with no appointed Committee to begin working on the sale (i.e. place foreclosure signs on properties, etc.) prior to May 1, 2020.
- The judgment in ANY foreclosure action in which the Court set a "law day" to run on any date in March and April and May is hereby amended with the first law day now set for June 2, 2020.
- Finally, all civil trials, trial management conferences, pre-trials, status conferences, J-ADR mediations and short calendars, arguable and non-arguable, have been cancelled so long as Judicial Branch operations are limited to Priority 1 functions only. Per order of Hon. James W. Abrams, Chief Administrative Judge for Civil Matters.

### March 19, 2020: Connecticut Supreme Court oral arguments postponed

- To promote public and personal health during the COVID-19 crisis, the Connecticut Supreme Court has postponed oral arguments in cases scheduled to have been heard between March 24-April 2, 2020.

- These matters will be heard at a future date and time to be determined.

**March 18, 2020: Court Business to be Conducted in 15 Locations Only**

Effective Thursday, March 19, 2020, the Judicial Branch implemented these changes:

- One building in each of the 13 Judicial Districts has been designated as the location at which only Priority 1 functions (as defined in our Continuity of Operations Plan) will be handled. Here is a list of courthouses that will remain open.
- Juvenile Matters are heard in the Hartford and Bridgeport juvenile courthouses.
- The Branch's Executive Directors have reach out to their respective employees to determine who will staff these locations and conduct all other vital functions such as information technology, human resources and payroll.
- All other staff will remain at home. Those whose jobs allow them to work at home will do so.

**March 17, 2020: Changes Related to Bid Opportunities**

- Due to the current issues related to COVID-19, the Judicial Branch has changed its procedures as it relates to Bid Opportunities. All changes are applicable for 30 days, beginning on March 17, 2020 and ending on April 17, 2020, unless modified in writing. For more information, please read the notice.

**March 16, 2020: Judicial Branch Law Libraries closed until further notice**

- Effective immediately, the Connecticut Judicial Branch, Law Library Services' courthouse law libraries will be closed until further notice. Law Library Services will continue to provide services remotely, to the best of its ability, through those programs currently managed and maintained by the law librarians: JB Feedback "Ask Us A Question", and "Ask a Librarian".

**March 16, 2020: Statewide Grievance Committee Hearings Postponed**

- Due to the spread of the COVID-19/Coronavirus, all hearings scheduled for April 2020 before the Statewide Grievance Committee are postponed until further notice.

**March 16, 2020: Sentence Review Docket Postponed**

- The Sentence Review Docket for March 24, 2020 has been cancelled. The cases will be continued to either April, May or June.

**March 12, 2020: Jury Trials Postponed**

- Effective immediately, with the exception of jury trials currently in progress and criminal jury trials necessitated by the filing and granting of speedy trial motions, all jury trials, civil and criminal are suspended until further notice.

**March 12, 2020: Courts Will Handle Only Top Priority Cases**

- Under the terms and provisions of the Judicial Branch's Continuity of Operations Plan (COOP), the courts will schedule and hear only those matters identified as "Priority 1 Business Functions" until further notice.
- The following matters are Priority 1 Business Functions:
    - Criminal arraignments of defendants held in lieu of bond and all arraignments involving domestic violence cases;
    - Juvenile Detention hearings;
    - Family orders of relief from abuse;
    - Civil orders of relief from abuse
    - Civil protection orders
    - Ex parte motions
    - Orders of temporary custody (Juvenile Matters)
    - Orders to appear (Juvenile Matters)
    - Emergency ex parte order of temporary custody
    - Juvenile detention operations for detainees held for juvenile court
    - Termination of parental rights
    - Domestic violence victim notification
    - Civil and family capias mittimus execution and bond review

**March 10, 2020: Governor's Executive Order Regarding State Courts**

**Governor's Executive Order No. 7G Suspension of Non-Critical Court Operations and Associated Requirements.**
  (Excerpts directly from Executive Order No. 7G) Click [here](#) for the full order

**WHEREAS**, in consultation with the Chief Court Administrator on behalf of the Chief Justice of the Supreme Court and the Judicial Branch, I have determined that there exists a compelling state interest that courts conduct only essential business in order to minimize the spread of COVID-19;

**NOW, THEREFORE, I, NED LAMONT**, Governor of the State of Connecticut, by virtue of the authority vested in me by the Constitution and the laws of the State of Connecticut, do hereby **ORDER AND DIRECT:**

**Suspension of Non-Critical Court Operations and Associated Requirements.** Notwithstanding any provision of the Connecticut General Statutes or of any regulation, local rule or other provision of law, I hereby suspend, for the duration of this public health and civil preparedness emergency, unless earlier modified or terminated by me, all statutory (1) location or venue requirements; (2) time requirements, statutes of limitation or other limitations or deadlines relating to service of process, court proceedings or court filings; and (3) all time requirements or deadlines related to the Supreme, Appellate and Superior courts or their judicial officials to issue notices, hold court, hear matters and/or render decisions including, but not limited to, the following:

  a. All time limitations in Chapters 959, 959a, 960 and 961 of the General Statutes including, but not limited to, C.G.S. § 54-lg concerning the time of arraignments
  b. and C.G.S. § 54-82m concerning the right to a speedy trial;
  c. All time limitations for rendering judgments in civil actions provided in C.G.S. § 51-183b;
  d. All time limitations concerning civil process, service and return provided in Chapter 896 of the General Statutes;
  e. All statutes of limitations provided in Chapter 926 of the General Statutes;
  f. All time limitations concerning the automatic review of terms of probation provided in C.G.S. §53a-29(g);
  g. All time constraints for the filing of administrative appeals provided in C.G.S. § 4-183;
  h. All time limitations concerning hearings and rulings pertaining to primary and election disputes provided in Chapter 149 of the General Statutes;
  i. All time limitations in Title 46b of the General Statutes including, but not limited to, family, juvenile and child support matters;
  j. All venue and filing requirements including, but not limited to, C.G.S.§§ 51-345, 51-348, 51-352 and 51-353, provided in Chapter 890 of the General Statutes;
  k. The times and places for the sitting of the Superior Court provided in C.G.S. § 51-181;
  l. The notice of sessions provided in C.G.S. § 51-182

**Family First Coronavirus Response Act**

The Families First Coronavirus Response Act (FFCRA) was signed into law on March 18, 2020, and provides additional Emergency Paid Sick Leave and Emergency Paid Family and Medical Leave to eligible employees. Leaves under the FFCRA are available, if approved, beginning April 1, 2020 and remain in effect through December 31, 2020. A link to the U.S. Department of Labor poster summarizing the potential benefits under the FFCRA is The Families First Coronavirus Response Act (FFCRA) was signed into law on March 18, 2020, and provides additional Emergency Paid Sick Leave and Emergency Paid Family and Medical Leave to eligible employees. Leaves under the FFCRA are available, if approved, beginning April 1, 2020 and remain in effect through December 31, 2020. A link to the U.S. Department of Labor poster summarizing the potential benefits under the FFCRA is [here](#).

Judicial Branch employees should contact Human Resources Management for more information regarding these leaves and their eligibility.

**Other Actions**

**Posters**

Posters have been placed at all entrances of Judicial Branch's facilities urging people who are at risk of spreading or contracting COVID-19 to avoid entering the facility.