**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT AND RALPH SITTS, et al.,** <br><br> **PLAINTIFFS,** <br><br> v. <br><br> **DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,** <br><br> **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# EXHIBIT 20 TO
# THE JUNE 2, 2020 DECLARATION OF
# ALFRED C. PFEIFFER JR.

(https://www.vpr.org)
s://donate.vpr.org/?utm_source=donate-button&utm_medium=website&utm_content=&utm_campaign=ongoing)

 Listen Live · VPR
BBC Newshour

VPR News (/programs/vpr-news)

# Scott Allows Gyms, Spas To Reopen, And Announces 'Pilot Project' For Tourism Industry

By PETER HIRSCHFELD (/PEOPLE/PETER-HIRSCHFELD)   •   MAY 29, 2020

Share (http://facebook.com/sharer.php?u=http%3A%2F%2Ftinyurl.com%2Fyckgd4yu&t=Scott%20Allows%20Gyms%2C%20Spas%20To%20Reopen%2C%20And%20Annou



(//www.vpr.org/sites/vpr/files/styles/x_large/public/202005/scott-vpr-reed-20200529.jpg)

Gov. Phil Scott said during his press briefing Friday that fitness centers, spas and other close-contact businesses wil be allowed to resume operations starting June 1. He said businesses, however, will have to limit operations to 25% of total capacity.

SCREENSHOT / ORCA MEDIA

Gov. Phil Scott Friday resisted mounting calls from Vermont's tourism industry to ease restrictions on out-of-state visitors, but said a "pilot program" for overnight camps this summer may provide a blueprint for more expansive travel allowances.

Though Scott has taken steps in recent weeks to reopen many sectors of the Vermont economy, the lodging industry (https://www.vpr.org/post/what-will-tourism-look-vermont-summer#stream/0) remains at standstill due to travel restrictions that could decimate (https://www.vtchamber.com/blog/congressman-peter-welch-heard-from-over-80-lodging-proprietors-at-vermont-chamber-town-hall?fbclid=IwAR2QMnKijsvnE1KRdy4F5uWN_FQUPQ1Iqm7nD4NH5-dF2RplWy336aNcgQY) the key summer tourism season.

Scott said during a press briefing Friday that he's well aware of the strain his executive orders have placed on hotels and inns in the state.

"I mean we know this is somewhat the lifeblood of Vermont, and we want to do this as quick as we possibly can," Scott said. "But we have to do it safely. We can't lose ground on all the ground we've gained."

**Out-of-state concerns remain**

Until coronavirus trends in neighboring states improve (https://dfr.vermont.gov/about-us/covid-19/modeling), according to Scott, he can't lift the 14-day quarantine order on visitors entering the state without risking a resurgence of COVID-19 in Vermont.

And while growth rates of the disease have begun to slow in places like New York, Massachusetts and New Hampshire, Commissioner of Financial Regulation Michael Pieciak said the threat remains.

"Approximately 41% of all confirmed COVID-19 cases in the United States are within a five-hour drive of our borders here in Vermont," Pieciak said Friday.

**A 'pilot project'**

Scott, however, said overnight summer camps in Vermont may serve as a "pilot project" for more expansive lodging activity later this summer.

Scott announced revised quarantine protocols for out-of-state children attending overnight summer camps in Vermont. Overnight camps will be permitted to operate at up to 75% capacity, so long as they campers follow new quarantine guidelines.

"Taking this step within this very controlled environment will give us some insight as to how we might manage out-of-state tourists as we move toward easing travel restrictions," Scott said.

More from VPR: What Will Tourism Look Like In Vermont This Summer? (https://www.vpr.org/post/what-will-tourism-look-vermont-summer)

**Gyms, spas can reopen**

Scott announced other economic reopenings (https://accd.vermont.gov/news/update-new-work-safe-additions-be-smart-stay-safe-order) Friday as well, including gyms, indoor fitness centers, massage therapists, nail salons and spas. Scott said those businesses will have to abide by the same 25% capacity limitations governing other retail and close-contact businesses in the state.

The governor also cleared businesses that require work in the home, such as cleaning services, to resume operations.

**Gatherings up to 25 allowed**

Scott, as expected, increased the limit on public gatherings (https://www.vpr.org/post/scott-limits-public-gatherings-expected-loosen-june) Friday, from no more than 10 people to no more than 25. But he said the new cap cannot be used to expand capacity at businesses.

"To be clear, this pertains to social gatherings like cookouts or outdoor get-togethers," Scott said. "It does not change the 25% capacity limit set for things like retail or lodging."

TAGS:    CORONAVIRUS (/TERM/CORONAVIRUS)    VPR NEWS (/TERM/VPR-NEWS-1)

PHIL SCOTT (/TERM/PHIL-SCOTT)    GOVERNMENT & POLITICS (/TERM/GOVERNMENT-POLITICS)

Share (http://facebook.com/sharer.php?u=http%3A%2F%2Ftinyurl.com%2Fyckgd4yu&t=Scott%20Allows%20Gyms%2C%20Spas%20To%20Reopen%2C%20And%20Annou

**VPR Comment Policy**

VPR welcomes a healthy discussion of news and ideas. Please refrain from personal attacks, hate speech and profanity.

Please read our Comment Policy before commenting.

3 Comments   VPR  🔒                                        1  Login ▼

♡ Recommend       ▼ Tweet     f Share                Sort by Newest ▼

Join the discussion…

LOG IN WITH                 OR SIGN UP WITH DISQUS ?

Name


**pooh** • 2 days ago
Enjoy the bread lines that will be coming if the lefties in this country and State including Scott strangle our BUISINESES so they go belly up
  ∧ | ∨ • Reply • Share ›


**August Greene** • 3 days ago
Those premature beer and burger tourist dollars will extract a ghastly toll on the lives and well being of vulnerable residents. My local hospitality industry peers are shaken at the prospect of having to choose between dangerous working conditions/infection and joblessness. Many will choose not to return to work until after the flu season wave.
  ∧ | ∨ • Reply • Share ›


**GinaC** 🔷 • 3 days ago
I became a Vermonter a year ago and I am so proud of my new state and love it so much! Thank you, Governor Scott, for taking things slow and keeping us safe.

**RELATED CONTENT**

(/post/battle-between-masked-and-masked-nots-unveils-political-rifts)The Battle Between The Masked And The Masked-Nots Unveils Political Rifts (/post/battle-between-masked-and-masked-nots-unveils-political-rifts)
MAY 29, 2020



[Vermont Courts Prepare To Ramp Up As COVID-19 Restrictions Relax (/post/vermont-courts-prepare-ramp-covid-19-restrictions-relax)](/post/vermont-courts-prepare-ramp-covid-19-restrictions-relax)

MAY 28, 2020

(/post/vermont-courts-prepare-ramp-covid-19-restrictions-relax)



[Vermont Coronavirus Updates For Thursday, May 28 (/post/vermont-coronavirus-updates-thursday-may-28)](/post/vermont-coronavirus-updates-thursday-may-28)

MAY 28, 2020

(/post/vermont-coronavirus-updates-thursday-may-28)

(https://ww.npr.org)

(https://www.bbc.co.uk/worldserviceradio)

(https://www.facebook.com/vpr.org)

(https://twitter.com/vprnet)

 (https://www.instagram.com/vprnet/)

Contact (https://www.vpr.org/contact)

Privacy Policy (https://www.vpr.org/privacy)

VPR EEO Reports And Statement (https://www.vpr.org/eeo-reports-and-statement)

Public Files: WVTI (https://publicfiles.fcc.gov/fm-profile/wvti )

WOXM (https://publicfiles.fcc.gov/fm-profile/woxm)

WVBA (https://publicfiles.fcc.gov/fm-profile/wvba)

WVNK (https://publicfiles.fcc.gov/fm-profile/wvnk)

WVTQ (https://publicfiles.fcc.gov/fm-profile/wvtq)

WVTX (https://publicfiles.fcc.gov/fm-profile/wvtx)

WVPR (https://publicfiles.fcc.gov/fm-profile/wvpr)

WRVT (https://publicfiles.fcc.gov/fm-profile/wrvt)

WOXR (https://publicfiles.fcc.gov/fm-profile/woxr)

WNCH (https://publicfiles.fcc.gov/fm-profile/wnch)

WVPA (https://publicfiles.fcc.gov/fm-profile/wvpa)

WBTN-FM (https://publicfiles.fcc.gov/fm-profile/wbtn-fm )

WVPS (https://publicfiles.fcc.gov/fm-profile/wvps)

WVXR (https://publicfiles.fcc.gov/fm-profile/wvxr)

For assistance accessing our public files, please contact publicfile@vpr.net or call 802-655-9451

© 2020 Vermont Public Radio