REVISED NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Ralph Sitts, et al.,

      v.                            Case No. 2:16-cv-287

The Dairy Farmers of America, Inc., et al.

TAKE NOTICE that the above-entitled case has been rescheduled at 9:30 a.m., on, Monday, September 21, 2020, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Jury Draw.  Jury Trial will commence immediately after Jury Draw.  Trial will be held daily, from 9:00 a.m. until 4:30 p.m. through October 2, 2020.

| | |
|---|---|
| Location: 542 | JEFFREY S. EATON, Clerk |
| | By: /s/ *Jennifer B. Ruddy* |
| | Deputy Clerk |
| | 6/4/2020 |

TO:

Dana A. Zakarian, Esq.
Elizabeth Reidy, Esq.
Gary Franklin, Esq.
Joel Beckman, Esq.
William Nystrom, Esq.
Michael Paris, Esq.

Ian Carleton, Esq.
Jennifer Giordano, Esq.
Margaret Zwisler, Esq.
W. Todd Miller, Esq.
Elyse Greenwald, Esq.
Alfred Pfeiffer, Jr., Esq.

Johanna Masse, Court Reporter

**\*\*ALL COUNSEL ARE DIRECTED TO CONTACT THE COURTROOM DEPUTY OR VISIT THE COURT'S WEBSITE AT www.vtd.uscourts.gov FOR TRIAL PREPARATION PROCEDURES INCLUDING THE PRE-MARKING OF EXHIBITS, JURY DRAW PROCEDURES.**

**\*\*\*CONTACT KATHLEEN CARTER, JURY ADMINISTRATOR, FOR COPIES OF THE JURY QUESTIONNAIRES AT (802) 951-6395 EXT. 110**