UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **GARRETT SITTS, et al.,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,**<br><br>**DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

## PLAINTIFF'S WITNESS LIST

The following is a list of witnesses that Plaintiffs may call at trial.

**Plaintiffs**

1. Thomas Clark
2. Mark Dulkis
3. Rich Gantner
4. Cindy Gieger
5. Scott Hymers
6. John Lamport
7. Russell Maxwell
8. Michael Nissly
9. Donald Smith
10. Eric Visser

**DFA/DMS Executives**

11. Alan Bernon (video deposition)
12. Patricia Bikowsky (video deposition)

13.   Gary Hanman (video deposition)

14.   Brad Keating

15.   James Kelleher (video deposition)

16.   Sharad Mathur (video deposition)

17.   Richard Smith

18.   Gregory Wickham

**Third Parties**

19.   Jay Bryant (video deposition)

20.   Thomas Gates (video deposition)

21.   Evan Kinser (video deposition)

22.   Allen Meyer (read-in deposition)

23.   Tracy Noll (read-in deposition)

24.   Merrill Reynolds (video deposition)

25.   William Jason Swallow (video deposition)

26.   Michael Suever (video deposition)

27.   Robert Stoddart (video deposition)

**Expert**

28.   Einer Elhauge

Additionally, Plaintiffs reserve the right to call any witness: (a) necessary to authenticate documents or otherwise move them into evidence; (b) necessary for impeachment; (c) necessary for rebuttal; or (d) identified by Defendants.

<table>
<tr><td>Dated:  June 17, 2020</td><td>Respectfully Submitted,<br><br>PLAINTIFFS,<br><br>By their attorneys,<br><br> /s/ Dana A. Zakarian<br>Joel G. Beckman<br>Dana A. Zakarian<br>Michael G. Paris<br>NYSTROM BECKMAN & PARIS, LLP<br>One Marina Park Drive, 15th Fl.<br>Boston, Massachusetts  02210<br>(617) 778-9100<br>jbeckman@nbparis.com<br>dzakarian@nbparis.com<br>mparis@nbparis.com<br>*Admitted Pro Hac Vice*<br><br>Gary L. Franklin, Esq.<br>PRIMMER PIPER EGGLESTON & CRAMER PC<br>150 South Champlain Street<br>P.O. Box 1489<br>Burlington, VT  05402-1489<br>(802) 864-0880<br>gfranklin@primmer.com</td></tr>
</table>

## **CERTIFICATE OF SERVICE**

I, Dana A. Zakarian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 17th day of June 2020.

 /s/ Dana A. Zakarian
Dana A. Zakarian