UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **GARRET SITTS, et al.,**<br><br>      Plaintiffs,<br><br>v.<br><br>**DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,**<br><br>      Defendants. | **Civil Action No. 2:16-cv-00287-cr** |

## DECLARATION OF ALFRED C. PFEIFFER JR.

I, Alfred C. Pfeiffer Jr., do declare and state as follows:

1. I am a partner with the law firm of Latham & Watkins LLP, which has been retained by Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC (collectively "DFA") in connection with this Action. I submit this declaration in support of DFA's concurrently filed Reply in Support of Motion i*n Limine* No. 5: To Exclude the 1977 Consent Decree, DFA's Settlements, and DFA's Internal Guidelines.

2. Pursuant to the Court's Orders, ECF Nos. 66, 85, the Protective Order in this case and addendum thereto, ECF Nos. 45, 68, exhibits attached hereto are being filed under seal.

3. Attached as Exhibit 1 is a true and accurate copy of Plaintiffs' Trial Exhibit 2, *see* ECF No. 245 at Exhibit A (Exhibit 2 to the June 27, 2018 Deposition of Sharad Mathur), produced in this action at Bates-stamp DFA DATA03-0880772 – DFA DATA03-0880798.

4. Attached as Exhibit 2 is a true and accurate excerpt of the Transcript of the June 27, 2018 Deposition of Sharad Mathur in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 23, 2020

                                              Alfred C. Pfeiffer Jr.
                                              of LATHAM & WATKINS LLP

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 23, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and served the below parties via email.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the NEF parties:

    Joel G. Beckman, Esq. (jbeckman@nbparis.com)
    Gary L. Franklin, Esq. (gfranklin@primmer.com)
    William C. Nystrom, Esq. (wnystrom@nbparis.com)
    Elizabeth A. Reidy, Esq. (ereidy@nbparis.com)
    Dana A. Zakarian, Esq. (dzakarian@nbparis.com)

Dated:  June 23, 2020

/s/ Alfred C. Pfeiffer Jr.
Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com