NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Ralph Sitts, et al.,

     v.                                                          Case No. 2:16-cv-287

The Dairy Farmers of America, Inc., et al.

TAKE NOTICE that the above-entitled case has been scheduled at 10:00 a.m., on, Tuesday, July 21 and Wednesday, July 22, 2020, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Hearing on the pending Motions in Limine via video conference.

| | |
|---|---|
| Location: video conference | JEFFREY S. EATON, Clerk<br>By: */s/ Jennifer B. Ruddy*<br>Deputy Clerk<br>6/24/2020 |

TO: Dana A. Zakarian, Esq.
Elizabeth Reidy, Esq.
Gary Franklin, Esq.
Joel Beckman, Esq.
William Nystrom, Esq.
Michael Paris, Esq.
Ian Carleton, Esq.
Jennifer Giordano, Esq.
Margaret Zwisler, Esq.
W. Todd Miller, Esq.
Elyse Greenwald, Esq.
Alfred Pfeiffer, Jr., Esq.
Johanna Masse, Court Reporter

*The court has allotted two full days for this hearing. Hearing will be held via video conference from 10:00 a.m. until 4:30 p.m.*