NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Ralph Sitts, et al.,

     v.                                      Case No. 2:16-cv-287

The Dairy Farmers of America, Inc., et al.

TAKE NOTICE that the above-entitled case has been scheduled at 9:30 a.m., on, Monday, August 10, 2020, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Charge Conference via video conference.

Location: video conference

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
6/26/2020

TO: Dana A. Zakarian, Esq.
Elizabeth Reidy, Esq.
Gary Franklin, Esq.
Joel Beckman, Esq.
William Nystrom, Esq.
Michael Paris, Esq.
Ian Carleton, Esq.
Jennifer Giordano, Esq.
Margaret Zwisler, Esq.
W. Todd Miller, Esq.
Elyse Greenwald, Esq.
Alfred Pfeiffer, Jr., Esq.
Johanna Masse, Court Reporter

*The court has allotted a full day for this hearing.*