UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,<br><br>    Defendants. | Civil Action No. 2:16-cv-00287-cr |

**DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND
DAIRY MARKETING SERVICES, LLC'S NOTICE OF
OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST FOR TRIAL**

Pursuant to the schedule set forth by the Court's November 18, 2019 Order and Federal Rule of Civil Procedure 26(a)(3)(B), Defendants Dairy Farmers of America, Inc. ("DFA") and Dairy Marketing Services, LLC ("DMS") (collectively "DFA") submit their objections to plaintiffs' exhibit list, ECF No. 245-1. DFA's objections are included as Attachment A. DFA reserves the right to amend these objections, including as a result of the Court's ruling on any pending motion or issue in this case. DFA remains willing to meet and confer with plaintiffs at the appropriate time in a good faith effort to reach agreement on these objections. Furthermore, to the extent that some of DFA's objections pertain to discrete portions or pages of the proposed exhibit rather than to the entire exhibit itself, DFA remains willing to meet and confer with plaintiffs in an effort to narrow the disputed issues before the Court.

Dated:  July 1, 2020                                  Respectfully submitted,

  /s/ *Alfred C. Pfeiffer Jr.*
Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
Sarah M. Ray (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-391-0600
Facsimile:  415-395-8095
Email:  al.pfeiffer@lw.com
Email:  sarah.ray@lw.com

Margaret M. Zwisler (admitted *pro hac vice*)
Jennifer L. Giordano (admitted *pro hac vice*)
Molly M. Barron (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  202-637-2200
Facsimile:  202-637-2201
Email:  margaret.zwisler@lw.com
Email:  jennifer.giordano@lw.com
Email:  molly.barron@lw.com

W. Todd Miller (admitted *pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone:  202-663-7820
Facsimile:  202-663-7849
Email:  tmiller@bakerandmiller.com

Ian P. Carleton
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, P.O. Box 66
Burlington, VT 05402
Telephone:  802-864-9891
Email:  icarleton@sheeheyvt.com

*Counsel for Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 1, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

    Joel G. Beckman, Esq. (jbeckman@nbparis.com)
    Gary L. Franklin, Esq. (gfranklin@primmer.com)
    William C. Nystrom, Esq. (wnystrom@nbparis.com)
    Elizabeth A. Reidy, Esq. (ereidy@nbparis.com)
    Dana A. Zakarian, Esq. (dzakarian@nbparis.com)


Dated:  July 1, 2020                                     /s/ *Alfred C. Pfeiffer Jr.*
                                                                  Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
                                                                  LATHAM & WATKINS LLP
                                                                  505 Montgomery Street, Suite 2000
                                                                  San Francisco, CA 94111
                                                                  Telephone:  415-391-0600
                                                                  Facsimile:  415-395-8095
                                                                  Email:  al.pfeiffer@lw.com