**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| GARRETT SITTS, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC.,<br>and DAIRY MARKETING SERVICES,<br>LLC,<br><br>DEFENDANTS. | Civil Action No. 2:16-cv-00287-cr |

## PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED TRIAL EXHIBIT LIST

Pursuant to the Court's Order, Plaintiffs submit their objections to Defendants' proposed trial exhibit list (attached hereto as Exhibit A) for the Court's consideration and ruling.

Respectfully Submitted,

PLAINTIFFS,

By their attorneys,

*/s/ Dana A. Zakarian*
William C. Nystrom
Joel G. Beckman
Dana A. Zakarian
Elizabeth A. Reidy
NYSTROM BECKMAN & PARIS LLP
One Marina Park Drive, 15th Fl.
Boston, Massachusetts 02210
(617) 778-9100
jbeckman@nbparis.com
wnystrom@nbparis.com
dzakarian@nbparis.com
ereidy@nbparis.com
Dated: July 1, 2020                         *Admitted Pro Hac Vice*

Gary L. Franklin, Esq.
PRIMMER PIPER EGGLESTON & CRAMER PC
150 South Champlain Street
P.O. Box 1489
Burlington, VT  05402-1489
(802) 864-0880
gfranklin@primmer.com

## CERTIFICATE OF SERVICE

I, Dana A. Zakarian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 1st day of July 2020.

*/s/ Dana A. Zakarian*