UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,<br><br>  Defendants. | Civil Action No. 2:16-cv-00287-cr |

**DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND
DAIRY MARKETING SERVICES, LLC'S
PROPOSED JURY INSTRUCTIONS**

Pursuant to the Court's November 18, 2019 Order, Defendants Dairy Farmers of America, Inc. ("DFA") and Dairy Marketing Services, LLC ("DMS") (collectively "DFA") respectfully submit their proposed jury instructions, which are included as Attachment A. DFA reserves the right to further amend its proposed jury instructions, including as a result of the Court's ruling on any pending motion, its rulings during trial (including pursuant to Federal Rule of Civil Procedure 50) and/or its resolution of any other dispute that bears on the legal claims in this case.

As just one example, DFA has moved in *limine* prior to trial to exclude several categories of evidence and argument. These motions are currently pending and not yet resolved. To the extent that any jury instruction proposed by DFA relates to any legal issue that is currently subject to a motion in *limine*, DFA reserves the right to amend its proposed jury instructions—and to propose additional limiting instructions—after the Court rules on that issue.

Pursuant to the November 14, 2019 pretrial conference, DFA has also included, for the Court's ease of reference, the boilerplate jury instructions issued by the Court in *Securities &*

*Exchange Commission v. McGinnis*, No. 5:14-cv-6-CR (D. Vt. Mar. 22, 2019) (Reiss, J.), ECF No. 656, along with DFA's proposed instructions regarding the claims and defenses in this matter.

Dated:  July 1, 2020                                Respectfully submitted,

  /s/ *Alfred C. Pfeiffer Jr.*
Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
Sarah M. Ray (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:  415-391-0600
Facsimile:  415-395-8095
Email:  al.pfeiffer@lw.com
Email:  sarah.ray@lw.com

Margaret M. Zwisler (admitted *pro hac vice*)
Jennifer L. Giordano (admitted *pro hac vice*)
Molly M. Barron (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone:  202-637-2200
Facsimile:  202-637-2201
Email:  margaret.zwisler@lw.com
Email:  jennifer.giordano@lw.com
Email:  molly.barron@lw.com

W. Todd Miller (admitted *pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone:  202-663-7820
Facsimile:  202-663-7849
Email:  tmiller@bakerandmiller.com

Ian P. Carleton
SHEEHEY FURLONG & BEHM P.C.
30 Main Street, P.O. Box 66
Burlington, VT 05402
Telephone:  802-864-9891
Email:  icarleton@sheeheyvt.com

*Counsel for Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Joel G. Beckman, Esq. (jbeckman@nbparis.com)
Gary L. Franklin, Esq. (gfranklin@primmer.com)
William C. Nystrom, Esq. (wnystrom@nbparis.com)
Elizabeth A. Reidy, Esq. (ereidy@nbparis.com)
Dana A. Zakarian, Esq. (dzakarian@nbparis.com)

Dated: July 1, 2020

/s/ *Alfred C. Pfeiffer Jr.*
Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com