UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,<br><br>　　　　Defendants. | Civil Action No. 2:16-cv-00287-cr |

**DEFENDANTS DAIRY FARMERS OF AMERICA, INC. AND
DAIRY MARKETING SERVICES, LLC'S
PROPOSED VERDICT FORM FOR EACH PLAINTIFF EXHIBIT INDEX**

**LIST OF EXHIBITS**

Exhibit 1:　　Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Victor Barrick, Barrick Dairy LLC"

Exhibit 2:　　Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Logan Bower, Pleasant View Farms"

Exhibit 3:　　Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Mark & Dwight Brandenburg, Char Mar Dairy Farm, Inc."

Exhibit 4:　　Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Thomas Clark"

Exhibit 5:　　Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Gerry Delong, Hope Valley Farms"

Exhibit 6:　　Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Mark & Barbara Dulkis, Dulkis Farms"

| | |
|---|---|
| Exhibit 7: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Glen Eaves, Oak Bluff Farms LLC" |
| Exhibit 8: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Richard Gantner" |
| Exhibit 9: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Stefan & Cindy Gieger, Gieger farm" |
| Exhibit 10: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Scott & Gail Hymers, Sco Gail Farm" |
| Exhibit 11: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Randy & Lynette Inman, Marbil Farms" |
| Exhibit 12: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "John & Frank Lamport, Lamport Farms" |
| Exhibit 13: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Russell & Diane Maxwell" |
| Exhibit 14: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Walt Moore, Walmoore Holsteins, Inc." |
| Exhibit 15: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Michael Nissley" |
| Exhibit 16: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Calvin Roes, Lloyd Roes & Sons LLC" |
| Exhibit 17: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiff Identified as "Bradley Rohrer" |
| Exhibit 18: | Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Donald T. & Donald M. Smith" |

Exhibit 19:  Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Judy & Ken Tompkins"

Exhibit 20:  Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Proposed Verdict Form for the Plaintiffs Identified as "Mark & Eric Visser, Visser Brothers Farm"