# UNITED STATES DISTRICT COURT
# DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, et al., )<br>)<br>    *Plaintiffs*, )<br>)<br>v. )<br>)<br>DAIRY FARMERS OF AMERICA, INC. )<br>and )<br>DAIRY MARKETING SERVICES, LLC, )<br>)<br>    *Defendants*. ) | Case No. 2:16-cv-00287-cr |

## NOTICE OF APPEARANCE

To the Clerk of the Court:

    Please enter the appearance of the undersigned as counsel of record on behalf of the United States Attorney for the District of Vermont. This office represents the United States.

    Dated at Burlington, in the District of Vermont, this 27nd day of July, 2020.

    Sincerely,

    CHRISTINA E. NOLAN
    United States Attorney

By:     */s/ Jason M. Turner*
    JASON TURNER
    Assistant U.S. Attorney
    District of Vermont
    P.O. Box 570
    Burlington, VT 05402-0570
    (802) 951-6725
    Jason.Turner@usdoj.gov