R# 4682022897
U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG -3 PM 3: 52

CLERK

BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

GARRET SITTS, *et al.*,
    Plaintiffs

vs.

DAIRY FARMERS OF AMERICA, INC.
and DAIRY MARKETING SERVICES, LLC,
    Defendants

Civil Action No. 2:16-cv-287-cr

## NOTICE OF APPEARANCE

I, Shapleigh Smith, Jr., Esq., hereby enter my appearance on behalf of The National Council of Farmer Cooperatives who will be filing an Amicus Brief in this matter.

Dated at Burlington, Vermont, this 3rd day of August, 2020.

DINSE P.C.

By: _____
Shapleigh Smith, Jr., Esq.

{B2217501.1 08098-0013}