U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG -3 PM 3: 52

CLERK
BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| GARRET SITTS, *et al.*, : | |
| Plaintiffs : | |
| : | |
| vs. : | Civil Action No. 2:16-cv-287-cr |
| : | |
| DAIRY FARMERS OF AMERICA, INC. : | |
| and DAIRY MARKETING SERVICES, : | |
| LLC, : | |
| Defendants : | |

**MOTION FOR ADMISSION *PRO HAC VICE* OF**
**MARVIN BESHORE**

I, Shapleigh Smith, Jr., Esq., respectfully move pursuant to Local Rule 83.1(b)(2) for the admission *pro hac vice* of Marvin Beshore of Johnson, Duffie, Stewart & Weidner, P.C., in the above-captioned matter. Marvin Beshore is, and will remain, associated with the firm of Dinse P.C.

In support of this motion, undersigned counsel attaches the Affidavit for Admission *Pro Hac Vice* of Marvin Beshore filed herewith, which is averred and satisfies the requirements of the foregoing Local Rules.

WHEREFORE, it is respectfully requested that this Court grant the admission *pro hac vice* of Marvin Beshore in connection with the above-captioned litigation.

Dated at Burlington, Vermont, this 3rd day of August, 2020.

DINSE P.C.

_____
Shapleigh Smith, Jr., Esq.