U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG -3 PM 3: 57

CLERK

BY _____
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

GARRET SITTS, *et al.*,
          Plaintiffs

vs.                          Civil Action No. 2:16-cv-287-cr

DAIRY FARMERS OF AMERICA,
INC. and DAIRY MARKETING
SERVICES, LLC,
          Defendants

**AFFIDAVIT OF MARVIN BESHORE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Marvin Beshore, make this affidavit in support of this motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* pursuant to Local Rule 83.1(b).

I, Marvin Beshore, being duly sworn, do hereby depose and say as follows:

1. I am of-counsel with the law firm of Johnson, Duffie, Stewart & Weidner.

2. My business address is 301 Market Street, P.O. Box 109, Lemoyne, PA 17043. My additional contact information is listed below.

3. I am a member in good standing of the bars of Pennsylvania (Bar No. 31979) and New York (Bar No. 4531620). I am also admitted to practice in the following courts: U.S. District Court - Middle District of Pennsylvania; the U.S. District Court - Eastern District of Pennsylvania; the U.S. District Court - Western District of Pennsylvania; the U.S. District Court - Eastern District of Michigan; the U.S. District Court – District of Columbia; the U.S. District Court – Arizona; the U.S. Supreme Court; the U.S. Court of Appeals – D.C. Circuit; the U.S. Court of Appeals – Third Circuit; the U.S. Court of Appeals – Sixth Circuit; the U.S. Court of Appeals – Seventh Circuit; the U.S. Court of Appeals – Eighth Circuit; the U.S. Court of Appeals – Tenth Circuit.

4. There are no disciplinary proceedings pending against me in any jurisdiction. I have never been subject to any suspension, disbarment or disciplinary proceeding in any jurisdiction. I have not, either by resignation, withdrawal, or otherwise, ever terminated or attempted to terminate my office as attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

5.  I have reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Vermont and the Vermont Rules of Professional Conduct.

6.  A current Certificate of Good Standing from the Supreme Court of Pennsylvania is attached to this Affidavit as Exhibit "A".

7.  I designate, Shapleigh Smith as my agent for service of process and the District of Vermont as the forum for the resolution of any dispute arising out of my admission.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to the penalties of perjury.

Dated: July 31, 2020

Respectfully submitted,

JOHNSON, DUFFIE, STEWART & WEIDNER

Marvin Beshore
I.D. No. 31979
301 Market Street ~ P.O. Box 109
Lemoyne, PA 17043-0109
Phone: (717) 761-4540
Email: mbeshore@johnsonduffie.com