# EXHIBIT A



### Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### *Marvin Beshore, Esq.*

#### DATE OF ADMISSION

*July 7, 1980*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal**
**Dated:  July 31, 2020**

Amy Dreibelbis, Esq.
Deputy Prothonotary