## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, *et al.*,<br>    Plaintiffs<br><br>vs.<br><br>DAIRY FARMERS OF AMERICA, INC.<br>and DAIRY MARKETING SERVICES,<br>LLC,<br>    Defendants | :<br>:<br>:<br>:  Civil Action No. 2:16-cv-287-cr<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATE OF SERVICE

I hereby certify that I filed by hand delivery to the Clerk of the Court, and served a true and correct copy of Notice of Appearance, Motion for Admission *Pro Hac Vice,* Affidavit of Marvin Beshore, and Certificate of Good Standing upon all counsel of record via email on the 3rd day of August, 2020, as follows:

> Joel G. Beckman, Esquire (jbeckman@nbparis.com)
> Gary L. Franklin, Esquire (gfranklin@primmer.com)
> William C. Nystrom, Esquire (wnystrom@nbparis.com)
> Michael Paris, Esquire (mparis@nbparis.com)
> Elizabeth A. Reidy, Esquire (ereidy@nbparis.com)
> Dana A. Zakarian, Esquire (dzakarian@nbparis.com)
> Jason M. Turner, AUSA (jason.turner4@usdoj.gov)
> Alfred C. Pfeiffer Jr. (al.pfeiffer@lw.com)
> Sarah M. Ray (Sarah.Ray@lw.com)
> Margaret M. Zwisler (margaret.zwisler@lw.com)
> Jennifer L. Giordano (jennifer.giordano@lw.com)
> W. Todd Miller (tmiller@bakerandmiller.com)
> Ian P. Carleton (icarleton@sheeheyvt.com)
> Elyse M. Greenwald, Esquire (elyse.greenwald@lw.com)
> Molly M. Barron, Esquire (molly.barron@lw.com)

Dated at Burlington, Vermont, this 3rd day of August, 2020.

DINSE P.C.

By: _____
Shapleigh Smith, Jr., Esq.

{B2217332.1 08098-0013}