# Exhibit "B"

## Marvin Beshore

| | |
|---|---|
| **From:** | Dana Zakarian <dzakarian@nbparis.com> |
| **Sent:** | Wednesday, August 5, 2020 12:56 PM |
| **To:** | Marvin Beshore; al.pfeiffer@lw.com; jason.turner4@usdoj.gov; Joel Beckman; gfranklin@primmer.com; William Nystrom; Michael Paris; Elizabeth Reidy |
| **Cc:** | TMiller@bakerandmiller.com; Shap Smith |
| **Subject:** | RE: Request for non-objection to Motion for Leave to File Brief for Amici Curiae |

> THIS EMAIL IS FROM SOMEONE OUTSIDE OF JOHNSON DUFFIE.
> DO NOT CLICK ON LINKS OR OPEN ATTACHMENTS UNLESS YOU RECOGNIZE THE SENDER AND KNOW THE CONTENT IS SAFE

Marvin,

Plaintiffs do not consent to the filing of an "*amicus*" brief on behalf of National Council of Farmer Cooperatives, the National Cooperative Business Association and CoBank, ACB. Plaintiffs will oppose any motion for leave to file any so called *amicus* brief.

National Council of Farmer Cooperatives, National Cooperative Business Association and CoBank, ACB have no standing to file a brief in this matter. Indeed, there is no question that DFA is competently represented and capable of addressing issues relating to the meaning of "mutual benefit."

Moreover, your clients do not constitute "friends of the Court." *See United States v. Hunter,* 1998 WL 372552, at *1 (D. Vt. June 10, 1998) ("The term 'amicus curiae' means friend of the court, not friend of a party.") (internal citations omitted). Indeed, DFA is a member of the National Council of Farmer Cooperatives, its biggest contributor from 2004 to the present, and both Rick Smith (CEO) and Greg Wickham (CFO) sit on the board of directors. Similarly, CoBank has provided funding to DFA - - Wickham has even recognized that "CoBank is a longtime financial partner for DFA." CoBank, meanwhile, has praised DFA as one of "the premier milk marketing cooperatives in the nation." At least one individual sits on the Board of Directors for both DFA and CoBank. Likewise, you have entered your appearance on behalf of DFA in countless matters throughout the country.

In short, given your clients' relationship with DFA, you seem to be interested in filing a "friend of DFA" brief, not an amicus brief. *See United States v. Gotti*, 755 F.Supp. 1157 (E.D.N.Y. 1991) ("Rather than seeking to come as a 'friend of the court' and provide the court with an objective, dispassionate, neutral discussion of the issues, it is apparent that the NYCLU has come as an advocate for one side.").

If you file a motion for leave, we expect that you will disclose yours and your clients' relationship with DFA and attach this email to your motion, setting forth Plaintiffs' position.

Dana



Dana A. Zakarian
One Marina Park Drive, 15th Floor
Boston, MA  02210

Direct: (617) 778-9127
Fax:  (617) 778-9110

---

**From:** Marvin Beshore <mbeshore@johnsonduffie.com>
**Sent:** Wednesday, August 5, 2020 8:33 AM
**To:** Dana Zakarian <dzakarian@nbparis.com>; al.pfeiffer@lw.com; jason.turner4@usdoj.gov; Joel Beckman <jbeckman@nbparis.com>; gfranklin@primmer.com; William Nystrom <wnystrom@nbparis.com>; Michael Paris <mparis@nbparis.com>; Elizabeth Reidy <ereidy@nbparis.com>
**Cc:** TMiller@bakerandmiller.com; Shap Smith <ssmith@DINSE.COM>
**Subject:** Request for non-objection to Motion for Leave to File Brief for Amici Curiae

Counsel:

I am requesting your concurrence, or non-objection, to our filing today a brief on behalf of the National Council of Farmer Cooperatives, the National Cooperative Business Association, and CoBank, ACB as *amici curiae*.  The brief addresses the single issue of "mutual benefit" under the Capper-Volstead Act.

Thank you in advance for your anticipated cooperation.

Marvin



**Marvin Beshore**
Attorney
**Johnson, Duffie, Stewart & Weidner**
301 Market Street ~ P.O. Box 109
Lemoyne, PA  17043-0109
Email:  mbeshore@johnsonduffie.com
Phone: 717.761.4540 ~ Fax: 717.761.3015
For more information about our comprehensive services, please visit our website at www.johnsonduffie.com

This communication, along with attachments, contains information that is protected by the attorney/client and/or other privileges and is considered confidential.  Receipt by anyone other than the intended recipient(s) is not a waiver of any attorney/client or other privilege.  It constitutes non-public information intended to be delivered only to the designated recipient.  This communication is also protected from disclosure under applicable law. If the reader or recipient of this communication is not the intended recipient, an employee or agent of the intended recipient or you believe that you have received this communication in error, please notify the sender immediately by return e-mail. The email should also be promptly deleted. Any review, retransmission, dissemination or duplication of this e-mail and/or attachments, will be considered unauthorized use and is prohibited.