# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF VERMONT

GARRET SITTS, *et al.,*               :
          Plaintiffs               :
                          :
      vs.               :     Civil Action No. 2:16-cv-287-cr
                          :
DAIRY FARMERS OF AMERICA, INC.   :
and DAIRY MARKETING SERVICES,   :
LLC,               :
          Defendants               :

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 5th, 2020, I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system which will be sent electronically to the registered parties below and paper copies will be sent to those indicated as non-registered participants.

### Registered Parties:

Joel G. Beckman, Esq. (jbeckman@nbparis.com)
Gary L. Franklin, Esq. (gfranklin@primmer.com)
William C. Nystrom, Esq. (wnystrom@nbparis.com)
Michael Paris, Esq. (mparis@nbparis.com)
Elizabeth A. Reidy, Esq. (ereidy@nbparis.com)
Dana A. Zakarian, Esq. (dzakarian@nbparis.com)
Jason M. Turner, AUSA (jason.turner4@usdoj.gov)
Alfred C. Pfeiffer Jr., Esq. (al.pfeiffer@lw.com)
Margaret M. Zwisler, Esq. (margaret.zwisler@lw.com)
Jennifer L. Giordano, Esq. (jennifer.giordano@lw.com)
W. Todd Miller, Esq. (tmiller@bakerandmiller.com)
Ian P. Carleton, Esq. (icarleton@sheeheyvt.com)
Elyse M. Greenwald, Esq. (elyse.greenwald@lw.com)

### Non-registered Parties:
Molly M. Barron, Esquire
Sarah M. Ray, Esquire
*Latham & Watkins, LLP*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111

JOHNSON, DUFFIE, STEWART & WEIDNER

By:___/s/  Marvin Beshore, Esquire_____
*Admitted Pro Hac Vice*