# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | | |
|---|---|---|
| GARRETT SITTS, *et al.*, | : | |
|     Plaintiffs | : | |
| | : | |
|   vs. | : | Civil Action No. 2:16-cv-287 |
| | : | |
| DAIRY FARMERS OF AMERICA, | : | |
|   INC., *et al.*, | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, this _____ day of _____, 2020, upon consideration of the Motion for Leave to File Brief of the *Amici Curiae* filed by the National Council of Farmer Cooperatives ("NCFC"), the National Cooperative Business Association ("NCBA"), and CoBank, ACB, in Response to the Statement of Interest filed on behalf of The United States of America, on August 5, 2020, and for good cause shown,

    **IT IS ORDERED** that the Motion is **GRANTED**.


BY THE COURT:

_____
Honorable Christina Reiss, Presiding