UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **GARRETT SITTS, et al.,**<br><br>                    **PLAINTIFFS,**<br><br>     v.<br><br>**DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,**<br><br>                    **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# EXHIBIT B



July 20, 2020

**Via Email**
Jennifer Giordano, Esq.
Latham & Watkins, LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004

      RE:    <u>Garret Sitts, et al., v. Dairy Farmers of America, et al.</u>
               USDC Vermont, C.A. No.: 16-cv-287

Dear Jennifer:

      Pursuant to Fed. R. Civ. P. 902(4), plaintiffs hereby provide notice of their intent to offer at trial certified copies of public records. To that end, enclosed please find the certification and records provided by the United States Department of Agriculture.

      Thank you for your attention to this matter.

                                          Very Truly Yours,

                                          Dana A. Zakarian



One Marina Park Drive 15th Floor   Boston   Massachusetts 02210   Tel 617.778.9100   Fax 617.778.9110
www.nbparis.com

# United States  of America

## DEPARTMENT OF AGRICULTURE
## WASHINGTON

I, S...y Perdue, Secretary of the United States Department of Agriculture, do h...y certify that the annexed copy, or each of the specific number of annex... copies, is a true, correct and compared copy of a document in my offici... stody as hereinafter described:

Handler-... payroll data as supplied by handlers to the Market Administrator, Northeast Milk Marketing Area, in response to a Subpoena ... e United States District Court for the District of Vermont in Garrett Sitts, et al. v. Dairy Farmers of America, et al., Civil Acti... :16-CV-00287-cr (D. Vt.)

In testimony whereof, I have hereunto caused the seal of the Department of Agriculture to be affixed and my name subscribed in the District of Columbia this

__8th__ day of __July__ 20 __20__

_Sonny Perdue_

Sonny Perdue
Secretary of Agriculture

By _Mai T. Dinh_

Mai T. Dinh, Assistant General Counsel
Marketing, Regulatory and Food Safety
 Programs Division
Office of the General Counsel

Form OGC 74-1 (Rev.05/17)

| MA# | | Name | Name | Plaintiff Farm Name | Plaintiff Address | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8087 | 1 | Atwell | Leon | Atwell Farm | 9628 Prospect Rd Remsen NY 13438 | 1,221,458 | 1,318,558 | 1,455,651 | 1,313,898 | 1,382,062 | 1,390,977 | 1,478,255 | 1,476,594 | 1,709,922 | 1,791,128 | 1,679,846 | 1,521,265 | 1,776,517 |
| 19698 | 2 | Barrick | Victor | Barrick Dairy LLC | 2653 Walnut Bottom Rd Carlsle, PA 17015 | 10,157,135 | 10,466,752 | 10,937,960 | 10,710,019 | 9,763,108 | 9,727,875 | 9,343,160 | 9,185,649 | 9,303,449 | 9,262,292 | 10,607,199 | 12,406,916 | 13,636,183 |
| 13894 | 3 | Baumgarder | Daniel | Barrens View Farm | 237 W Barrens Church Rd Dillsburg PA 17019 | 1,224,695 | 1,147,840 | 1,210,676 | 1,242,534 | 1,317,040 | 1,402,426 | 1,472,426 | 1,309,251 | 1,346,568 | 1,410,030 | 1,229,226 | 1,001,536 | 1,362,135 |
| 6788 | 4 | Board | VVilliam | Boardview Farm | 1154 Spring Valley Road Delhi NY 13753 | 1,113,605 | 983,625 | 934,153 | 955,519 | 910,603 | 950,904 | 904,626 | 987,915 | 977,754 | 997,387 | 1,026,210 | 1,011,477 | 1,067,024 |
| 15417 | 5 | Bolles | George | | 890 Hamden Hill Spur Delhi, NY 13753 | 502,556 | 591,652 | 594,877 | 573,631 | 637,752 | 650,415 | 554,233 | 0 | 0 | 0 | 0 | 0 | 0 |
| 27217 | 6 | Bolles | Roger | | 570 Hamden Hill Spur Delhi NY 13753 | 0 | 0 | 0 | 0 | 0 | 0 | 153,039 | 668,886 | 630,362 | 609,312 | 609,673 | 644,555 | 572,775 |
| 20433 | 7 | Bollinger | Andy & Tom | Meadow Spring Farm, LLC | 340A W Meadow Valley Rd Lititz. PA 17543 | 8,493,734 | 8,761,775 | 8,828,408 | 9,418,891 | 9,671,650 | 9,536,463 | 9,890,519 | 9,570,389 | 10,390,690 | 10,869,974 | 11,464,767 | 11,500,882 | 11,527,983 |
| 3365 | 8 | Bower | Logan | Pleasant View Farms | 2675 Conococheague Rd Blaln PA 17006 | 12,401,079 | 13,032,204 | 11,577,892 | 12,150,892 | 12,667,289 | 13,192,856 | 12,553,736 | 13,137,366 | 14,022,848 | 14,122,880 | 14,946,697 | 15,108,766 | 15,406,440 |
| 13914 | 9 | Brandenburg | Mark & Dwight | Char Mar Dairy Farm, Inc. | 6319 Mountain Church Road Jefferson, MD 21755 | 9,508,250 | 9,290,197 | 8,244,485 | 9,701,445 | 11,086,574 | 12,877,998 | 12,101,680 | 11,109,321 | 12,256,678 | 11,685,977 | 15,010,984 | 10,714,960 | 11,959,916 |
| 1002966 | 10 | Brouillette | Bernard | Brouillette farm | 5477 Brouillette Rd Oriskany Falls, NY 13425 | 1,217,217 | 1,388,631 | 1,408,264 | 1,519,618 | 1,875,883 | 1,999,181 | 2,088,413 | 2,334,402 | 2,218,709 | 2,229,285 | 2,557,759 | 2,380,416 | 2,555,659 |
| 11364 | 11 | Brouillette | Thomas | Poverty Hill Farm | 5333 Brouillette Rd, Oriskany Falls NY 13425 | 896,022 | 894,932 | 858,305 | 898,568 | 1,058,827 | 948,015 | 927,370 | 1,053,445 | 1,287,946 | 1,181,311 | 1,184,119 | 1,062,974 | 1,137,954 |
| 18988 | 12 | Button | Aaron | Button Brothers | 3664 State Route 36 Jasper. NY 14855 | 2,473,227 | 2,730,459 | 2,985,255 | 3,078,380 | 3,062,828 | 3,078,144 | 3,124,974 | 3,333,141 | 3,679,591 | 3,559,989 | 3,518,556 | 3,799,582 | 3,610,449 |
| 9118 | 13 | Chase | Hesler | | 4866 Bedford Corners Rd Cape Vincent NY 13618 | 382,681 | 315,872 | 215,155 | 217,221 | 216,609 | 210,704 | 204,060 | 182,608 | 195,672 | 218,633 | 199,560 | 170,507 | 257,539 |
| 18822 | 14 | Clark | Thomas | | 2899 Elk Creek Rd Delhi NY 13753 | 3,150,029 | 3,184,071 | 2,929,487 | 2,903,284 | 2,483,251 | 2,842,426 | 2,674,865 | 2,753,631 | 3,555,475 | 3,388,965 | 4,018,263 | 4,238,830 | 4,964,212 |
| 22015 | 15 | Clatterbuck | Thomas & Sue | | 2836 State Route 8 West Winfield. NY 13491 | 763,213 | 760,794 | 832,455 | 768,588 | 726,630 | 1,015,222 | 1,154,011 | 1,032,105 | 973,083 | 1,082,381 | 1,072,783 | 663,669 | 880,220 |
| 1599 | 16 | Covert | Dale | | 448 Brace Rd West Winfield NY 13491 | 1,208,386 | 1,082,658 | 1,074,468 | 1,057,284 | 1,076,054 | 1,065,513 | 1,025,143 | 1,054,857 | 1,073,853 | 1,055,863 | 975,947 | 1,075,445 | 1,034,672 |
| 10943 | 17 | Currier | Paul & Scott | | 756 Albany Rd (Paul) 455 Goodler Road (Scott) Clayville. NY 13322 | 3,158,906 | 2,931,641 | 2,677,490 | 3,102,164 | 2,888,460 | 2,770,064 | 2,942,727 | 3,003,731 | 3,128,273 | 3,161,811 | 3,315,831 | 2,922,598 | 3,107,074 |
| 2990 | 18 | Delong | Gerry | Hone Vallev Farms | 170 Laurel Drive Quarryv!lle, PA 17566 | 5,639,729 | 2,230,666 | 9,820,261 | 11,178,549 | 11,350,689 | 10,727,655 | 10,859,392 | 10,859,953 | 11,153,100 | 11,754,737 | 10,782,494 | 10,974,257 | 12,018,177 |
| 12540 | 19 | Diehl | Pete & Alice | Diehl Homestead | 93 Diehl Rd Callicoon, NY 12723 | 1,312,767 | 1,306,437 | 1,343,294 | 1,246,957 | 1,101,992 | 1,160,692 | 946,019 | 899,640 | 861,391 | 914,813 | 962,185 | 761,501 | 612,838 |
| 12667 | 20 | Doring | Mark | Doring Acres | 3019 Jackson Hill Rd Treadwell, NY 13846 | 1,242,256 | 1,030,157 | 1,133,246 | 1,042,520 | 624,449 | 545,104 | 68,172 | 0 | 0 | 0 | 0 | 0 | 0 |
| 19008 | 21 | Dulkis | Mark & Barbara | Dulkis Farms | 1053 Co Hwy 42 Maryland. NY 12116 | 1,266,591 | 1,279,844 | 1,272,745 | 1,316,638 | 1,156,465 | 1,169,627 | 1,218,598 | 1,288,957 | 1,250,880 | 1,134,708 | 1,027,420 | 950,346 | 1,083,581 |
| 15790 | 22 | Eaves | Glen | Oak Bluff Farms LLC | PO Box 89 Woodsboro, MD 21798 | 40,934,742 | 19,681,963 | 10,090,329 | 12,037,248 | 16,675,508 | 10,543,088 | 15,578,548 | 24,480,763 | 22,405,417 | 25,753,090 | 21,122,836 | 22,951,010 | 19,240,204 |
| 10370 | 23 | Eby | Mike | | 459 Queen Road Gordonville. PA 17529 | 1,516,645 | 1,227,829 | 1,262,824 | 1,319,459 | 1,493,376 | 1,451,309 | 1,416,480 | 1,462,558 | 1,399,345 | 1,485,445 | 1,450,527 | 360,988 | 0 |
| 18765 | 24 | Eklund | William | Eklund Farm Machinery, Inc. | P.O. Box 455 Stamford NY 12167 | 6,664,381 | 6,464,688 | 5,367,503 | 4,371,614 | 4,202,220 | 4,388,456 | 3,980,272 | 3,860,158 | 4,332,367 | 4,582,354 | 4,925,268 | 5,760,006 | 6,976,491 |
| 13828 | 25 | Elliot | Doug | | 2892 Mason Rd Waterville, NY 13460 | 446,262 | 1,060,518 | 1,149,024 | 1,227,358 | 1,200,005 | 1,192,584 | 1,379,512 | 874,406 | 1,004,038 | 933,644 | 405,963 | 107,749 | 0 |
| 1005335 | 26 | Elliot | James | | 6536 Henderberg Rd. Rome NY 13440 | 0 | 426,759 | 506,560 | 470,228 | 510,553 | 673,609 | 691,184 | 710,421 | 799,483 | 843,131 | 909,055 | 999,359 | 1,072,277 |
| 11302 | 27 | Elliott | Wendall | Milkshake Dairy | 4966 Tudman Rd, Westmoreland NY 13490 | 782,679 | 497,312 | 616,751 | 660,703 | 558,030 | 628,548 | 560,075 | 757,802 | 809,604 | 876,559 | 1,322,902 | 1,262,317 | 1,637,886 |
| | 28 | Family Dairy Farms, LLC | | | | | | | | | | | | | | | | |
| 9328 | 28A | Lantz Jr. | Ammon | | 550 W Lime Rock Rd, Lititz, PA 17543 | 285,304 | 777,178 | 1,179,689 | 1,096,504 | 1,009,326 | 1,046,610 | 1,050,739 | 1,036,207 | 1,111,884 | 1,078,426 | 1,125,739 | 883,691 | 1,015,566 |

| MA# | | Name | Name | Plaintiff Farm Name | Plaintiff Address | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5613 | 28B | Lantz | Jonathan | | 1243 S. College Street Myerstown PA 17067 | 876,448 | 914,280 | 867,303 | 721,032 | 655,818 | 653,503 | 621,097 | 540,897 | 543,868 | 605,059 | 599,153 | 490,665 | 597,681 |
| 23906 | 28C | Miller | Isaac | | 1717 Valley Road Christiana, PA 17509 | 0 | 0 | 561,556 | 763,973 | 745,822 | 734,280 | 687,381 | 732,110 | 668,336 | 747,548 | 834,587 | 1,119,655 | 1,171,671 |
| 25193 | 28D | Miller | Samuel | | 380 Bell Road Christiana, PA 17509 | 0 | 0 | 0 | 0 | 644,993 | 760,263 | 803,340 | 660,123 | 789,796 | 996,177 | 964,042 | 845,592 | 749,441 |
| 10227 | 28E | Smoker | Reuben | | 564 Houtztown Road Myerstown. PA 17067 | 850,472 | 962,095 | 1,024,693 | 924,442 | 875,586 | 808,952 | 821,056 | 788,345 | 662,149 | 749,116 | 735,528 | 748,569 | 658,886 |
| 3130 | 28F | Stoltzfoos | Daniel F. | | 277 Peach Bottom Road Peach Bottom PA 17563 | 876,581 | 808,743 | 819,289 | 799,039 | 700,133 | 712,922 | 688,338 | 564,685 | 609,711 | 642,697 | 820,713 | 790,153 | 646,368 |
| 19761 | 28G | Stoltzfoos | Daniel L | | 181-B N Weavertown Road Ronks PA 17572 | 0 | 0 | 808,411 | 984,463 | 986,566 | 985,593 | 929,898 | 933,851 | 959,691 | 1,036,321 | 985,789 | 973,598 | 1,068,128 |
| 22712 | 28H | Stoltzfus | Samuel | | 3077 Route 25 Millersburg, PA 17061 | 597,400 | 872,907 | 928,157 | 1,041,187 | 1,300,466 | 1,356,503 | 1,385,114 | 1,311,310 | 1,265,986 | 1,293,482 | 1,398,931 | 1,416,375 | 1,373,455 |
| 6764 | 29 | Faucher | Michael | | 417 Atwood Rd Brier Hill NY 13814 | 1,828,376 | 1,909,084 | 1,972,276 | 2,050,717 | 2,154,348 | 2,101,487 | 2,120,796 | 2,163,876 | 2,318,942 | 2,245,860 | 2,162,951 | 2,264,177 | 2,185,839 |
| 6409 | 30 | Fitch | David & Robin | Swiss Hill Farm | 147 Millers Mills Rd West Winfield. NY 13491 | 1,133,636 | 1,398,091 | 1,174,940 | 1,676,986 | 1,702,384 | 1,627,014 | 1,747,613 | 2,778,927 | 2,395,243 | 3,208,896 | 3,182,583 | 3,021,806 | 2,898,388 |
| 1641 | 31 | Flint | Duane & Susan | | 3010 Highup Rd, Jasper. NY 14855 | 851,963 | 933,445 | 1,229,892 | 1,307,539 | 1,342,911 | 1,471,091 | 1,374,473 | 1,427,012 | 1,568,691 | 1,568,077 | 985,317 | 1,073,457 | 1,277,194 |
| 7648 | 32 | Fults | Joe | Fults Farm LLC | 30180 Fulls Rd Evans Mills. NY 13637 | 158,792 | 764,931 | 860,333 | 828,317 | 1,104,845 | 1,265,430 | 1,403,494 | 1,600,329 | 1,714,880 | 1,740,246 | 1,903,539 | 1,772,861 | 1,681,861 |
| 18919 | 33 | Gantner | Richard | | 7278 State Hwy 7 Maryland. NY 12116 | 898,000 | 846,928 | 882,318 | 857,876 | 710,410 | 721,830 | 735,206 | 736,603 | 646,831 | 720,463 | 663,822 | 746,145 | 680,760 |
| 10337 | 34 | Gieger | Stefan & Cindy | Gleger Farm | 30 Likel Road Jeffersonville, NY 12748 | 1,219,671 | 1,209,460 | 1,110,871 | 1,162,637 | 1,119,897 | 1,121,163 | 1,005,337 | 962,226 | 969,124 | 1,028,385 | 997,968 | 1,011,475 | 947,910 |
| 23309 | 35 | Gloss | William | | 501 Alleman Rd Chambersburg, PA 17202 | 0 | 903,253 | 879,997 | 652,795 | 1,018,865 | 1,079,738 | 922,898 | 864,341 | 1,149,535 | 1,094,008 | 991,842 | 0 | 0 |
| 6784 | 36 | Grant | David & Laurie | Grantson Farm | 561 Gay Brook Rd, Oneonta, NY 13820 | 1,824,425 | 1,833,011 | 1,828,282 | 1,958,363 | 1,888,636 | 1,956,913 | 1,930,787 | 1,970,555 | 2,085,158 | 2,158,122 | 2,236,611 | 2,331,342 | 2,241,772 |
| 12723 | 37 | Gray | Jim & Joyce | Jean Nel Farms | 263 Old Winter Hollow Rd New Kingston, NY 12459 | 1,001,858 | 988,486 | 955,993 | 915,785 | 817,960 | 823,385 | 738,936 | 906,548 | 1,004,390 | 917,072 | 1,062,002 | 1,032,539 | 980,389 |
| 1000374 & 21865 | 38 | Gwozdz | John | Hales Hill LLC | 308 Fales Road Cheshire, MA 01225 (Farm 1) 171 Buckland Road Adams MA 01220 (Farm 2) | 1,823,436 | 1,895,237 | 1,788,594 | 1,886,920 | 1,865,260 | 1,811,957 | 839,206 | 883,168 | 1,400,237 | 1,467,600 | 1,357,236 | 1,267,185 | 1,033,577 |
| 7635 | 39 | Hall | Dennis | Hallholom Farm | 44732 Barnes Settlement Road Redwood, NY 13679-4208 | 1,080,253 | 991,574 | 843,513 | 358,471 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18815 | 40 | Hamilton | Roger & John | Delhio Farm | P O Box 55 1490 Charlotte Creek West Davenport, NY 13860 | 2,997,698 | 2,093,021 | 1,805,275 | 1,794,021 | 1,502,137 | 978,343 | 2,052,452 | 1,041,674 | 1,298,101 | 210,453 | 0 | 0 | 0 |
| 15764 | 41 | Hildebrand | Nevin & Marlin | Rocky Glade Farms | 10702-B Hildebrand Rd 10702-A Hildebrand Lane Woodsboro, MD 21798 | 2,652,831 | 1,974,498 | 2,248,032 | 2,060,271 | 1,797,871 | 816,271 | 2,000,418 | 2,240,745 | 2,405,278 | 2,536,561 | 1,502,600 | 2,183,295 | 1,854,103 |
| 23662 | 42 | Hillyerd | Jake & Harlen | | 6966 Denley Rd Boonville, NY 13309 | 36,495 | 453,213 | 678,686 | 667,926 | 563,134 | 642,666 | 687,687 | 563,831 | 509,419 | 599,650 | 517,263 | 516,397 | 362,426 |
| 18749 | 43 | Holdridge | Richard & Terri | Homdinger Holsteins | 53139 State Highway 10 Bloomville, NY 13739 | 1,121,810 | 1,085,577 | 1,091,122 | 1,053,499 | 1,134,347 | 1,142,833 | 1,223,503 | 1,099,899 | 1,100,635 | 1,089,214 | 1,068,804 | 1,219,646 | 1,178,340 |
| 19545 | 44 | Homing | Paul | | 445 Gockley Road Stevens PA 17578 | 2,595,943 | 2,381,922 | 2,657,884 | 1,957,562 | 2,103,952 | 2,229,815 | 1,974,631 | 496,174 | 0 | 0 | 0 | 0 | 0 |
| 18810 | 45 | Huyck | Terry & Robert | Huyck Valley Farm | 275 Jackson Hill Treadwell NY 13846 | 1,384,639 | 1,330,585 | 1,316,729 | 1,318,881 | 1,174,057 | 1,131,849 | 1,216,248 | 1,294,000 | 1,648,486 | 1,897,313 | 1,760,669 | 1,891,954 | 1,949,741 |
| 17012 | 46 | Hymers | Scott & Gail | Sco Gail Farm | 173 Elk Creek Road Delhi NY 13753 | 1,236,180 | 1,248,424 | 1,283,910 | 1,162,267 | 1,194,400 | 1,058,509 | 982,598 | 1,017,035 | 969,262 | 1,081,123 | 1,001,001 | 1,290,247 | 1,402,974 |
| 12287 | 47 | Inch | Terry & Robert | Circle Creek Holsteins | 369 Bermudian Creek Rd East Berlin PA 17316 | 2,438,130 | 2,439,800 | 2,738,820 | 2,811,493 | 2,975,404 | 3,230,376 | 3,177,074 | 3,386,075 | 3,402,393 | 3,527,473 | 3,911,100 | 3,686,994 | 3,743,301 |
| 19024 | 48 | Inman | Randy & Lynette | Marbil Farms | 1426 River Bluff Rd Mount Crawford VA 22841 | 1,795,853 | 1,715,024 | 1,584,617 | 0 | 0 | 59,703 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

| | | Plaintiff Identifying Information | | | Pounds of Grade A Non-Organic Milk (Sold on Order One) | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MA# | | Name | Name | Plaintiff Farm Name | Plaintiff Address | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
| 864 | 49 | Javko | Theodore | Jayko Dairy | 1053 Wells Road Cheshire MA 01225 | 1,916,195 | 1,858,266 | 1,815,012 | 1,601,965 | 1,548,365 | 1,796,872 | 2,034,666 | 1,769,788 | 1,979,290 | 2,019,639 | 2,056,187 | 2,025,900 | 2,087,034 |
| 14075 | 50 | Kahler | Jack & Stacey | Jastay Farm | 11830B Keymar Rd Keymar MD 21757 | 1,228,804 | 1,127,575 | 897,011 | 742,052 | 704,722 | 753,138 | 616,573 | 681,481 | 1,217,824 | 1,211,151 | 1,026,618 | 181,077 | 0 |
| 18772 | 51 | Keator | James & Teresa | Keator Farm | 4814 County Highway 10 East Meridith NY 13757 | 1,119,412 | 1,190,878 | 910,863 | 744,017 | 431,351 | 546,577 | 730,185 | 828,232 | 944,474 | 1,111,860 | 1,245,036 | 1,652,778 | 1,383,431 |
| 14087 | 52 | Keilholtz | Jim & Sharon | Glad Ray Farms | 10609 Keysville Rd Emmitsburg MD 21727 | 1,354,729 | 1,308,363 | 1,407,624 | 1,274,027 | 1,323,046 | 1,246,627 | 1,225,190 | 1,340,755 | 1,356,634 | 1,254,722 | 1,108,596 | 1,025,160 | 921,682 |
| 14660 | 53 | Keith | George | | 1000 Pleasant Valley Road Waterville NY 13480 | 1,367,495 | 1,365,091 | 1,363,347 | 1,215,061 | 1,064,741 | 1,094,275 | 1,193,039 | 1,150,173 | 1,194,400 | 1,107,638 | 1,191,687 | 1,213,275 | 1,112,878 |
| 7621 | 54 | Klock | Lee & Janet | Klock Family Farm | 35265 Amend Rd LaFargeville NY 13656 | 2,282,493 | 2,212,929 | 1,803,545 | 1,776,465 | 1,665,666 | 1,623,333 | 1,702,122 | 1,828,581 | 1,790,607 | 1,978,931 | 2,136,824 | 2,232,111 | 2,511,009 |
| 8074 | 55 | Kraeger | Mike & Lisa | | 6224 Wynn Road Constableville, NY 13325 | 5,060,272 | 5,022,502 | 5,330,625 | 4,875,167 | 4,704,122 | 4,729,484 | 4,836,560 | 4,650,786 | 3,872,878 | 4,129,882 | 4,107,631 | 4,037,511 | 4,177,265 |
| 7650 | 56 | LaClair | Fred & Ernie | | 19169 Woodard Rd Watertown NY 13601 | 1,094,204 | 12,312 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 17329 | 57 | Lalyer | Tim | Gypsy Dell Farm | 9889 Old Stage Rd Remsen NY 13436 | 2,237,436 | 2,585,938 | 2,323,615 | 2,056,957 | 2,150,265 | 2,937,973 | 3,149,740 | 3,373,908 | 3,939,645 | 4,183,407 | 4,215,321 | 4,528,800 | 4,192,117 |
| 18844 | 58 | Lamport | Frank & John | Lamport Farms | 13691 County Highway 18 Hobart, NY 13788 | 2,594,920 | 2,640,391 | 2,550,483 | 2,629,880 | 2,603,293 | 2,540,904 | 2,652,873 | 2,668,726 | 2,731,822 | 2,779,535 | 2,723,358 | 2,525,768 | 2,490,423 |
| 2635 | 59 | Lull | Corrine | | 1670 County Highway 34 Schenevus NY 12155 | 1,518,824 | 1,777,634 | 1,753,219 | 1,299,419 | 302,878 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 11347 | 60 | Maine | Charles & Gretchen | Mainecrest Farms | 143 Mason Rd Waterville NY 13480 | 811,524 | 782,265 | 673,830 | 618,446 | 513,541 | 496,015 | 482,815 | 414,616 | 461,431 | 496,430 | 47,807 | 0 | 0 |
| 17032 | 61 | Manos | Thomas & Debora | | 27101 Bonney Rd Watertown NY 13601 | 1,001,507 | 1,040,264 | 1,087,492 | 786,234 | 1,031,565 | 1,047,795 | 922,492 | 1,005,508 | 584,227 | 0 | 0 | 0 | 0 |
| 7611 | 62 | Matthews | Fred | Matthews Farm | 17104 County Route 12 LaFargeville, NY 13656 | 857,646 | 677,678 | 299,370 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 18799 | 63 | Maxwell | Russell & Diane | | 21287 State Highway 28 Delhi NY 13753 | 916,813 | 956,138 | 964,478 | 933,396 | 961,905 | 1,020,674 | 1,003,732 | 939,498 | 988,223 | 1,004,985 | 1,003,915 | 1,031,005 | 1,130,118 |
| 17233 | 64 | McIntosh | Gerry | Windsong Lane Farms | 21879 Buttermilk Flat Rd LaFargeville NY 13656 | 14,277,297 | 13,713,254 | 14,683,127 | 14,748,621 | 9,073,063 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 14173 | 65 | Mellott | Stephen | S & L Mellott Farms | 6890 Renninger Rd Mercersburg PA 17236 | 2,497,914 | 1,844,496 | 2,000,494 | 2,143,342 | 2,221,123 | 2,126,505 | 2,000,418 | 2,108,655 | 2,283,698 | 1,405,102 | 1,885,490 | 879,073 | 0 |
| 5960 | 66 | Mitchell | John & Ann | Mitchell Farms | 1599 State Highway 37 Hammond NY 13646 | 1,141,830 | 1,236,614 | 1,020,916 | 1,113,886 | 1,188,908 | 1,233,426 | 1,076,321 | 955,528 | 953,162 | 767,642 | 995,198 | 969,736 | 898,847 |
| 22386 | 67 | Monteith | Thomas | Woodland Farms | 271 Silver Street Granville MA 01034 | 424,000 | 282,732 | 241,910 | 210,831 | 178,836 | 206,048 | 175,929 | 167,655 | 0 | 0 | 0 | 0 | 0 |
| 3961 | 68 | Moore | Walt | Walmoore Holsteins, Inc. | 1826 Howell Moore Rd. West Grove PA 19390 | 13,719,720 | 14,941,284 | 15,169,859 | 17,979,304 | 19,697,856 | 21,915,125 | 23,006,149 | 23,355,907 | 25,237,653 | 25,953,427 | 26,260,788 | 24,873,635 | 25,586,990 |
| 7624 | 69 | Morrow | Richard & Sheila | Morfarms | 42173 County Roule 2 LaFargeville NY 13656 | 0 | 234,282 | 321,139 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| 2149 | 70 | Moser | Dean | | 9597 Number Three Rd Copenhagen, NY 12834 | 1,858,380 | 1,785,695 | 1,833,703 | 1,828,873 | 1,632,962 | 1,826,712 | 1,856,050 | 1,677,542 | 2,123,677 | 1,924,802 | 1,805,766 | 1,971,641 | 2,481,118 |
| 25583 | 71 | Murray (Quinn) | Melissa (& Sean) | | 1993 County Route 113 Greenwich, NY 12834 | 0 | 0 | 0 | 0 | 65,181 | 1,037,422 | 1,462,034 | 1,709,267 | 2,235,404 | 2,814,092 | 2,945,678 | 3,337,020 | 3,115,574 |
| 21458 | 72 | Nauman | Thomas | | 1684 Baker Rd Manheim, PA 17545 | 543,033 | 0 | 0 | 0 | 597,224 | 1,227,744 | 1,149,215 | 1,017,062 | 1,124,899 | 1,160,956 | 1,156,858 | 1,058,361 | 1,236,895 |
| 20578 | 73 | Neff | Charles | Neffdale Farm. LLC | 604 Strasburg Rd Paradise PA 17562 | 1,898,269 | 2,000,187 | 1,996,057 | 2,105,844 | 2,016,635 | 2,131,695 | 2,013,426 | 2,031,717 | 2,074,791 | 2,145,776 | 2,176,762 | 2,091,090 | 2,213,068 |
| 1216 | 74 | Nichols | David | | 3877 Center Rd Madison, NY 13402 | 312,698 | 312,848 | 290,862 | 223,559 | 206,584 | 205,385 | 196,854 | 0 | 0 | 0 | 0 | 79,109 | 85,661 |
| 19490 | 75 | Nissly | Michael | | 2004 Franklin Road Washingtonboro, PA 17582 (home) 2075 Spookynook Road Mount Joy PA (farm) | 2,158,231 | 2,106,771 | 3,006,130 | 6,719,959 | 7,154,124 | 7,394,179 | 7,673,207 | 8,410,225 | 8,426,739 | 8,378,736 | 8,794,608 | 8,409,285 | 8,901,793 |
| 22573 | 76 | Parish | Lou Ann | The Bates Farm | 19961 Counly Roule 189 Adams, NY 13605 | 811,956 | 920,522 | 850,382 | 719,623 | 949,814 | 951,576 | 1,083,922 | 915,331 | 682,658 | 784,629 | 797,880 | 776,401 | 730,440 |

| MA# | | Name | Name | Plaintiff Farm Name | Plaintiff Address | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6337 | 78 | Peters | Daniel | Sheephill Dairy | 51 Pleasant Valley Rd, Callicoon, NY 12723 | 1,320,260 | 1,242,609 | 1,248,330 | 1,283,703 | 1,169,095 | 1,170,004 | 1,191,503 | 1,145,827 | 1,169,529 | 561,315 | 771,972 | 1,095,138 | 1,271,666 |
| 1868 | 77 | Perry | Marsha | | 45750 Farrell Rd Redwood NY 13679 | 1,536,098 | 1,321,029 | 1,169,163 | 1,240,924 | 1,359,427 | 1,220,580 | 1,244,491 | 1,209,883 | 1,079,862 | 722,492 | 0 | 0 | 0 |
| 22580 | 79 | Post | Carolyn & Dave | Pineyvale Farm | 3949 Town Brook Road Hobart, NY 13788 | 1,306,410 | 1,244,651 | 1,140,091 | 1,161,200 | 1,106,376 | 1,132,752 | 1,018,804 | 926,041 | 0 | 0 | 0 | 0 | 0 |
| 8075 | 80 | Post | Judy Lee | Lee Dairy Farm | 3219 East Road Boonville NY 13309 | 1,264,731 | 1,115,812 | 1,342,396 | 1,339,190 | 1,266,306 | 1,315,850 | 1,195,233 | 1,314,698 | 1,203,278 | 1,263,443 | 1,228,641 | 1,159,481 | 1,257,613 |
| 18950 | 81 | Pugh | Richard | Pugh Farms | 3237 Slate Route 8 West Winfield NY 13491 | 1,550,053 | 1,530,307 | 1,436,006 | 1,386,223 | 1,381,968 | 1,499,933 | 1,459,748 | 1,255,413 | 1,318,788 | 1,393,730 | 1,708,071 | 2,388,295 | 2,894,582 |
| 16809 | 82 | Rasmussen | Scott | | 835 Spring Valley Road Delhi NY 13753 | 1,481,808 | 1,431,382 | 1,287,217 | 1,263,871 | 1,173,408 | 1,130,555 | 901,939 | 847,286 | 886,951 | 1,101,435 | 1,022,595 | 1,205,733 | 820,540 |
| 14995 | 83 | Reape | Brian & Lori | | PO Box 16, 9977 Merz Rd Castorland, NY 13620 | 2,502,013 | 2,552,623 | 2,807,438 | 2,751,986 | 2,871,007 | 3,056,242 | 3,579,140 | 3,993,545 | 4,031,860 | 4,687,792 | 4,484,833 | 3,963,639 | 4,320,990 |
| 1421 | 84 | Robinson | David & Lynette | Robinson Farms | 19719 County Rte 181 LaFargeville NY 13656 | 2,717,046 | 2,635,159 | 2,602,407 | 2,226,554 | 2,298,726 | 2,539,113 | 2,412,846 | 2,416,742 | 2,590,567 | 2,232,803 | 2,065,323 | 300,546 | 1,129,790 |
| 20734 | 85 | Robinson | Brian & Lisa | Robinson Dairy | 3991 Olmstead Rd Woodhull NY 14898 | 555,697 | 580,600 | 1,485,523 | 1,403,753 | 962,285 | 1,011,976 | 1,069,738 | 1,016,636 | 924,180 | 891,989 | 985,157 | 933,000 | 764,108 |
| 2082 | 86 | Roes | Calvin | Lloyd Roes & Sons LLC | 7996 State Rte 12 Lowville NY 13367 | 1,300,590 | 1,222,592 | 1,051,684 | 953,438 | 994,219 | 1,098,395 | 1,300,507 | 1,630,039 | 1,579,073 | 1,417,495 | 1,627,892 | 1,928,834 | 2,212,799 |
| 10537 | 87 | Rohrbaugh | Paul & Sarah | Rohring Falls Farm | 704 County Hwy 34 Schenevus. NY 12155 | 1,036,524 | 1,403,014 | 1,618,800 | 1,594,917 | 1,728,823 | 1,751,688 | 1,716,435 | 1,796,358 | 1,837,446 | 1,884,458 | 1,967,583 | 1,911,669 | 1,867,904 |
| 10441 | 88 | Rohrer | Bradley | | 3392 Blue Rock Road Lancaster PA 17603 | 4,043,287 | 4,259,316 | 4,688,159 | 5,489,336 | 13,010,575 | 14,610,662 | 14,548,263 | 16,528,564 | 18,094,685 | 18,745,723 | 18,636,534 | 17,982,028 | 18,761,117 |
| 8083 | 89 | Ryan | Roberta | | 3082 Howanietz Road Boonville NY 13309 | 622,799 | 478,196 | 466,989 | 469,695 | 459,379 | 458,100 | 442,667 | 461,091 | 543,730 | 531,820 | 535,021 | 591,600 | 586,935 |
| 8073 | 90 | Sawyer | Scott & Lin | SS Milkyway Farm , Inc. | 2081 Thayer Hill Road Boonville NY 13309 | 4,124,245 | 4,362,736 | 4,616,229 | 4,569,932 | 4,006,711 | 4,134,747 | 3,832,316 | 3,052,445 | 2,683,270 | 2,221,246 | 2,880,981 | 2,393,578 | 2,879,809 |
| 19199 | 91 | Sensenig | Robert | Lin-Ro-Farms | 276 Scott Rd Quarryville PA 17566 | 2,542,470 | 2,658,652 | 2,600,538 | 2,614,550 | 2,579,670 | 867,391 | 0 | 1,367,547 | 2,394,045 | 2,421,359 | 2,517,233 | 2,495,344 | 2,421,796 |
| 12646 | 92 | Sitts | Garrett & Ralph | | 13501 Street, Route 357 Franklin NY 1377 5 | 1,500,744 | 1,758,499 | 1,908,997 | 1,909,983 | 1,456,541 | 1,410,853 | 1,524,943 | 1,442,635 | 1,521,662 | 1,481,775 | 1,596,365 | 1,704,901 | 1,932,597 |
| 3816 | 93 | Smith | Thomas &.Dale | | 1600 West Route 897 Denver, PA 17517 | 842,050 | 807,931 | 770,531 | 874,087 | 774,247 | 717,661 | 618,473 | 512,280 | 597,153 | 536,601 | 499,577 | 204,452 | 0 |
| 14262 | 94 | Smith | Dale & Susan | | 4000 Starr Lane Union Bridge  MD 21791 | 1,257,657 | 1,196,976 | 1,157,188 | 1,285,831 | 1,371,297 | 1,265,362 | 1,265,461 | 1,301,625 | 1,273,141 | 902,779 | 778,324 | 872,075 | 728,808 |
| 14264 | 95 | Smith | Dennis & Robin | Dublin Hills Farm | 11340 Dublin Road Woodsboro MD 2179B | 1,125,460 | 947,010 | 1,028,145 | 1,029,309 | 886,258 | 1,074,773 | 979,843 | 886,308 | 947,878 | 928,644 | 819,607 | 656,133 | 829,060 |
| 18835 | 96 | Smith | Donald T. & Donald M. | | 21 Bartlett Hollow Road Franklin. NY 13TTS | 2,222,285 | 2,090,693 | 2,094,188 | 2,319,634 | 2,321,814 | 2,305,973 | 2,406,450 | 2,528,988 | 2,860,975 | 2,883,254 | 2,836,204 | 2,774,728 | 2,811,790 |
| 21428 | 97 | Smith | Roger & Tammy | | 52521 State Highway 10 Bloomville NY 13739 | 993,239 | 1,003,431 | 1,014,781 | 1,060,711 | 1,008,276 | 1,085,464 | 1,041,365 | 1,040,979 | 948,670 | 1,040,301 | 1,047,076 | 1,079,250 | 1,037,429 |
| 15577 | 98 | Snyder | Todd | | 5632 Gomer Hill Rd Turin, NY 13473 | 635,590 | 1,321,596 | 1,423,608 | 1,296,060 | 1,115,879 | 503,171 | 794,371 | 1,037,331 | 939,024 | 992,750 | 1,207,603 | 1,092,859 | 717,618 |
| 7628 | 99 | Sourwine | Richard & Danny | Sourwine Farms | 4440B Reynolds Road Alexandria Bay, NY 13607 24463 State Route 26 Redwood, NY 13679 24399 State Route 26 Redwood, NY 13679 (farm) | 2,245,012 | 2,100,565 | 1,852,215 | 1,753,531 | 2,087,163 | 2,053,631 | 2,015,434 | 1,890,303 | 780,438 | 0 | 0 | 0 | 0 |
| 7633 | 100 | Sourwine | Stephen | Swan Hollow Farms | 25118 Swan Hollow Rd Alexandria Bay, NY 13607 | 2,430,892 | 2,249,977 | 1,512,105 | 1,366,036 | 1,373,994 | 1,436,603 | 1,607,331 | 1,576,274 | 1,743,404 | 1,887,054 | 1,769,945 | 1,862,367 | 1,548,795 |
| 14275, 1000320 & 1005437 | 101 | Sowers | Randy | Sowers Dairy | 6305 Boliva Road Mlddletown MD 21769 | 1,758,899 | 1,614,968 | 2,254,546 | 993,541 | 940,810 | 963,071 | 1,058,843 | 1,928,780 | 3,195,162 | 2,802,773 | 3,244,081 | 6,857,519 | 7,012,533 |
| 18855 | 102 | Stalter | Shane | | 10905 State Highway 357 Franklin, NY 13775 | 1,604,582 | 1,621,054 | 1,557,098 | 1,548,427 | 1,716,083 | 1,851,893 | 1,830,106 | 1,981,512 | 2,200,706 | 2,388,478 | 2,305,283 | 2,448,388 | 2,465,809 |
| 17462 | 103 | Stambaugh | George & Shirley | | 3419 Ritner Highway Newville, PA 17241 | 5,267,861 | 4,131,877 | 3,754,541 | 3,663,366 | 2,683,591 | 2,277,399 | 1,740,937 | 1,967,211 | 3,402,929 | 3,637,365 | 2,937,631 | 1,292,219 | 0 |

| MA# | | Name | Name | Plaintiff Farm Name | Plaintiff Address | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23658 | 104 | Stanko | Tracy | Redline Farms LLC | 7387 Crooked Brook Rd Utica, NY 13502 | 0 | 253,314 | 795,677 | 632,467 | 710,784 | 920,022 | 945,734 | 988,510 | 1,104,771 | 1,224,744 | 1,220,432 | 1,241,846 | 1,165,920 |
| 18756 | 105 | Swantak | Richard | Richard Swantak Dairy Farm | 383 Swantak Road South Kortright NY 13842 | 1,706,645 | 1,598,477 | 1,785,101 | 1,561,826 | 1,381,433 | 1,514,459 | 1,532,443 | 1,597,217 | 1,697,069 | 1,697,177 | 1,462,542 | 448,194 | 0 |
| 6812 | 106 | Thompson | George & Patricia | Elmdale Farm | 349 Dry Brook Road Delhi NY 13753 | 609,739 | 541,583 | 558,029 | 591,833 | 594,454 | 606,706 | 557,716 | 580,796 | 552,957 | 576,910 | 175,629 | 0 | 0 |
| 21579 | 107 | Thompson | Jeremy | | 4207 Jefferson Pike Jefferson, MD 21755 | 1,440,212 | 1,371,216 | 1,104,041 | 965,189 | 866,687 | 1,412,846 | 1,468,409 | 1,626,657 | 1,688,444 | 1,799,845 | 1,669,325 | 1,277,256 | 1,106,681 |
| 6871 | 108 | Tompkins | Ken & Judy | | 2628 State Highway 23 Laurens, NY 13796 | 2,296,793 | 2,589,548 | 2,568,296 | 2,639,893 | 2,708,373 | 2,459,295 | 2,771,153 | 3,158,819 | 2,778,559 | 2,667,464 | 2,596,235 | 2,941,668 | 2,844,676 |
| 14320 | 109 | Vaughan | Dan | Daily Crisis Farm, Ltd. | 2837 Bradenbaugh Rd White Hall MD 21161 | 354,827 | 386,715 | 424,273 | 427,373 | 355,146 | 385,491 | 473,633 | 411,133 | 411,724 | 481,479 | 658,646 | 602,627 | 582,573 |
| 17182 | 110 | Visser | Mark | Visser Brothers Farm | 168 Stove Pipe City Rd Panton, VT 05491 | 3,687,755 | 3,694,734 | 3,665,978 | 3,554,453 | 3,865,727 | 4,246,671 | 3,896,429 | 3,789,555 | 3,683,817 | 4,174,389 | 3,860,568 | 3,947,217 | 3,674,842 |
| 20604 | 111 | Waldroff | Edward | Homestead Fields | 20831 Eiss Rd I.aFargeville NY 13656 | 1,997,189 | 1,906,487 | 1,740,490 | 1,608,606 | 1,551,682 | 1,557,701 | 1,347,936 | 1,199,792 | 1,299,288 | 1,365,186 | 1,473,314 | 1,472,667 | 1,475,993 |
| 21349 | 112 | Walts | Erlc | Rocky Top Dairy Farm | 45972 Olney Rd Redwood, NY 13679 | 137,037 | 149,590 | 118,943 | 108,618 | 145,985 | 122,736 | 98,596 | 46,902 | 0 | 0 | 0 | 0 | 0 |
| 5863 | 113 | Wetterhahn Jr. | Gerald | | 13467 County Route 5 Clayton, NY 13624 | 515,943 | 501,078 | 348,102 | 346,051 | 332,434 | 321,507 | 149,446 | 0 | 0 | 0 | 0 | 0 | 0 |
| 21602 | 114 | Wilczewski (c/o Kearns) | Eugene (c/o Cindy) | | 146 Victor Rd Poland, NY 13431 | 1,208,878 | 1,140,184 | 1,255,051 | 1,154,403 | 1,101,908 | 1,174,508 | 1,311,350 | 1,324,156 | 1,221,297 | 1,184,300 | 380,220 | 0 | 0 |
| 15870 | 115 | Wilson | Steve | | 21128 Lentz Rd Parkton MD 21120 | 3,112,504 | 2,899,037 | 2,679,817 | 2,720,750 | 2,278,048 | 2,461,049 | 2,637,329 | 1,972,439 | 1,086,009 | 1,105,523 | 1,141,668 | 0 | 0 |