**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT SITTS, et al.,**<br><br><br>                   **PLAINTIFFS,**<br><br>    **v.**<br><br>**DAIRY FARMERS OF AMERICA, INC.,**<br>**and DAIRY MARKETING SERVICES,**<br>**LLC,**<br><br>                **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# <u>EXHIBIT A</u>



About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## PAC to PAC/Party, 2004 cycle

Select a Cycle: 2004 ▾

**Party Breakdown**



Republican, $2K


🔴 Republican

| Contributions from this PAC | Total |
| --- | --- |
| Senate Victory Fund | $2,000 |
| National Council of Farmer Co-ops | $30 |

| Contributors to this PAC | Total |
| --- | --- |
| Dairy Farmers of America | $10,000 |
| Sunkist Growers | $10,000 |
| American Crystal Sugar | $5,000 |
| Land O'Lakes | $5,000 |
| CHS Inc | $5,000 |
| Diamond of California | $2,000 |
| National Grape Co-op Assn | $2,000 |
| Sun-Maid Growers of California | $1,500 |
| West Central Cooperative | $1,000 |
| CF Industries | $1,000 |
| California Canning Peach Assn | $500 |
| National Council of Farmer Co-ops | $30 |

*Based on data released by the FEC on September 15, 2013

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**  Enter at least 3 characters



**We follow the money. You make it possible.**

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ›

**Find Your Representatives**

Street City, State Zip Code



Speak Onli
Exp

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address     Sign Up

🐦 Follow us on Twitter

f Follow us on Facebook



The Center for Responsive Politics
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📢  TAKE ACTION

❤  DONATE

🛒  BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up



**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## PAC to PAC/Party, 2006 cycle

Select a Cycle:  2006 ⌄

Party Breakdown



Democratic, $1K

🌀 Democratic

| Contributions from this PAC | Total |
| --- | --- |
| Unknown (Filer Error) | $1,300 |
| John Salazar & Ken Salazar Joint Cmte | $1,000 |

| Contributors to this PAC | Total |
| --- | --- |
| Sunkist Growers | $10,000 |
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| Blue Diamond Growers | $5,000 |
| Sun-Maid Growers of California | $3,000 |
| National Grape Co-op Assn | $2,000 |
| California Canning Peach Assn | $2,000 |
| West Central Cooperative | $1,000 |

*Based on data released by the FEC on June 17, 2013

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters 🔍



We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

Make a Donation Today ▶

**Find Your Representatives**

Street City, State Zip Code 🔍



Speak Onli
Exp

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                                              Sign Up

🐦 Follow us on Twitter

f Follow us on Facebook



The Center for Responsive Politics
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up



**OpenSecrets.org**
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## PAC to PAC/Party, 2008 cycle

Select a Cycle: 2008 ⌄

Party Breakdown



Republican, $2K


🔴 Republican

| Contributions from this PAC | Total |
|---|---|
| Senate Victory Fund | $2,000 |

| Contributors to this PAC | Total |
|---|---|
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| CHS Inc | $5,000 |
| Blue Diamond Growers | $5,000 |
| Sunkist Growers | $5,000 |
| American Crystal Sugar | $5,000 |
| California Canning Peach Assn | $4,000 |
| West Central Cooperative | $2,000 |
| National Grape Co-op Assn | $2,000 |

\*Based on data released by the FEC on March 11, 2013

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**   Enter at least 3 characters   🔍



## We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ❯

**Find Your Representatives**

Street City, State Zip Code   🔍




Find the P

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address       Sign Up

🐦 Follow us on Twitter

f Follow us on Facebook

The Center for Responsive Politics

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up



**DONATE**

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

MENU

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

### PAC to PAC/Party, 2010 cycle

Select a Cycle: 2010 ⌄

**Party Breakdown**

To Repubs: $5,000



Republican, $5K

🔴 Republican

| Contributions from this PAC | Total |
|---|---|
| Hawkeye PAC | $5,000 |
| National Council of Farmer Co-Ops | $-1,000 |

| Contributors to this PAC | Total |
|---|---|
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| Sunkist Growers | $10,000 |
| American Crystal Sugar | $10,000 |
| CHS Inc | $5,000 |
| California Canning Peach Assn | $4,000 |
| West Central Cooperative | $2,000 |
| National Council of Farmer Co-Ops | $-1,000 |

*Based on data released by the FEC on February 04, 2013

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters 🔍



We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

Make a Donation Today ❯

**Find Your Representatives**

Street City, State Zip Code 🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address      Sign Up

🐦 Follow us on Twitter

f Follow us on Facebook



**The Center for Responsive Politics**
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📢 TAKE ACTION

♥ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.



About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## PAC to PAC/Party, 2012 cycle

Select a Cycle:  2012 ⌄

Party Breakdown



Republican, $14K          Democratic, $1K

[ ● Democratic   ● Republican ]

| Contributions from this PAC | Total |
|---|---|
| Freshman Agricultural Republican Members | $8,000 |
| Rely on Your Beliefs | $2,500 |
| TFP-FOJB Cmte | $2,500 |
| Majority Cmte PAC | $1,000 |
| DAKPAC | $1,000 |

| Contributors to this PAC | Total |
|---|---|
| Sunkist Growers | $10,000 |
| American Crystal Sugar | $10,000 |
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| California Canning Peach Assn | $5,000 |
| Ocean Spray Cranberries | $1,000 |
| National Grape Co-op Assn | $1,000 |
| Friends of Kent Conrad | $-1,000 |

*Based on data released by the FEC on March 25, 2013

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters 🔍



**Find Your Representatives**

Street City, State Zip Code 🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                                                    Sign Up

🐦 Follow us on Twitter

f Follow us on Facebook



The Center for Responsive Politics

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📣 TAKE ACTION

♥ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

8/4/2020
National Council of Farmer Co-Ops to PACs/Parties | OpenSecrets
Case 2:16-cv-00287-cr Document 295-1 Filed 08/07/20 Page 17 of 66

About

Resources

 Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

### PAC to PAC/Party, 2014 cycle

Select a Cycle: 2014 ▾

Party Breakdown


Republican, $2.5K

 Republican

| | Contributions from this PAC | Total |
|---|---|---|
| Boehner for Speaker Cmte | | $2,500 |
| | **Contributors to this PAC** | **Total** |
| Dairy Farmers of America | | $10,000 |
| Land O'Lakes | | $10,000 |
| Sunkist Growers | | $10,000 |
| American Crystal Sugar | | $10,000 |
| Pacific Coast Producers | | $10,000 |
| California Canning Peach Assn | | $5,000 |
| Blue Diamond Growers | | $5,000 |
| AG Processing | | $3,250 |
| West Central Cooperative | | $2,000 |
| Dairylea Cooperative | | $1,000 |

*Based on data released by the FEC on February 27, 2017

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters



# We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ›

**Find Your Representatives**

Street City, State Zip Code 🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address      Sign Up

🐦 Follow us on Twitter

f Follow us on Facebook



**The Center for Responsive Politics**

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📢 TAKE ACTION

❤ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.



About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

### PAC to PAC/Party, 2016 cycle

Select a Cycle:  2016 ⌄

Party Breakdown


Republican, $6K


● Republican

| Contributions from this PAC | Total |
|---|---|
| Boehner for Speaker Cmte | $5,000 |
| McConnell for Majority Leader Cmte | $1,000 |
| Unknown (Filer Error) | $1,000 |
| **Contributors to this PAC** | **Total** |
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| Sunkist Growers | $10,000 |
| American Crystal Sugar | $10,000 |
| Pacific Coast Producers | $10,000 |
| CHS Inc | $5,000 |
| AG Processing | $5,000 |
| California Canning Peach Assn | $5,000 |
| Landus Cooperative | $2,000 |
| Ocean Spray Cranberries | $1,000 |

*Based on data released by the FEC on November 27, 2017

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**   Enter at least 3 characters   🔍



**Find Your Representatives**

Street City, State Zip Code   🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

| Email address | Sign Up |

🐦   Follow us on Twitter

f   Follow us on Facebook



The Center for Responsive Politics

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

### PAC to PAC/Party, 2018 cycle

Select a Cycle: 2018 ▾

**Party Breakdown**



Republican, $7K


Republican

| Contributions from this PAC | Total |
|---|---|
| Team Ryan | $5,000 |
| Preserving America's Traditions | $1,000 |
| Team Marshall | $1,000 |

| Contributors to this PAC | Total |
|---|---|
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| American Crystal Sugar | $10,000 |
| Pacific Coast Producers | $10,000 |
| Snake River Sugar | $10,000 |
| Ocean Spray Cranberries | $7,500 |
| CHS Inc | $7,500 |
| AG Processing | $5,000 |
| California Canning Peach Assn | $4,500 |
| Landus Cooperative | $2,000 |
| Riceland Foods | $1,500 |
| Plains Cotton Cooperative Assn | $1,000 |

**Contributors to this PAC**

**Total**

National Grape Co-op Assn

$1,000

*Based on data released by the FEC on June 10, 2019

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**  Enter at least 3 characters



**We follow the money. You make it possible.**

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ›

**Find Your Representatives**

Street City, State Zip Code



Unique En
Rir

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address

Sign Up

 Follow us on Twitter

Follow us on Facebook



The Center for Responsive Politics

1300 L St., NW Suite 200
Washington, DC 20005

**TEL** (202) 857-0044

FAX (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

 TAKE ACTION

 DONATE

 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up



DONATE

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / PAC to PAC/Party

MENU

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## PAC to PAC/Party, 2020 cycle

Select a Cycle: 2020 ▼

| Contributions from this PAC | Total |
|---|---|
| Committee for Stronger Rural Communities | $20,000 |

| Contributors to this PAC | Total |
|---|---|
| Dairy Farmers of America | $10,000 |
| Land O'Lakes | $10,000 |
| American Crystal Sugar | $10,000 |
| CHS Inc | $10,000 |
| AG Processing | $10,000 |
| Pacific Coast Producers | $10,000 |
| Snake River Sugar | $10,000 |
| California Canning Peach Assn | $5,000 |
| Riceland Foods | $3,000 |
| Plains Cotton Cooperative Assn | $1,000 |

*Based on data released by the FEC on June 26, 2020

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters 🔍



## We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ➤

**Find Your Representatives**

Street City, State Zip Code 🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address             Sign Up

 Follow us on Twitter

 Follow us on Facebook



**The Center for Responsive Politics**

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📢 TAKE ACTION

❤ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up



OpenSecrets.org
Center for Responsive Politics

**DONATE**

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

MENU

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2016 cycle

Select a Cycle: 2016 ▾

Individual donors gave 255 large ($200+) contributions to this PAC in 2015-2016.

Browse by Amount: 1 2 3 4 Next

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| VANHOOSE, TODD<br>ALEXANDRIA, VA 22302 | COBANK | 03/26/15 | $3,500 |
| BUMGARNER, MIKE<br>COLUMBUS, OH 43231 | UNITED PRODUCERS, INC. | 02/26/16 | $3,300 |
| POLICINSKI, CHRISTOPHER<br>SAINT PAUL, MN 55164 | LAND O' LAKES, INC | 04/25/16 | $3,000 |
| GALES, AMY<br>PARKER, CO 80138 | COBANK | 02/26/16 | $3,000 |
| POLICINSKI, CHRISTOPHER<br>SAINT PAUL, MN 55164 | LAND O' LAKES, INC | 05/14/15 | $2,500 |
| DOYLE, LARRY R<br>LAKEWAY, TX 78734 | FARM CREDIT BANK OF TEXAS | 09/23/16 | $2,000 |
| MYERS III, H RIVERS<br>DECATUR, AL 35603 | AFC | 07/12/15 | $2,000 |
| NATZ, KEVIN<br>WASHINGTON, DC 20001 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 12/05/16 | $1,800 |
| VAN DOREN, LISA<br>WASHINGTON, DC 20002 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 04/06/15 | $1,740 |
| DIGLIO, JOE<br>NOVI, MI 48376 | MICHIGAN MILK PRODUCERS ASSOCIATION | 04/29/15 | $1,700 |
| BRIGGS, STEPHEN<br>ABERDEEN, SD 57401 | SOUTH DAKOTA WHEAT GROWERS | 02/13/15 | $1,680 |
| MYERS III, H RIVERS<br>DECATUR, AL 35603 | AFC | 10/24/16 | $1,500 |
| TOWNLEY, ED<br>WILLISTON, VT 05495 | AGRI MARK FARMERS CO-OP, INC. | 10/03/16 | $1,500 |
| SPACKLER, J KEITH<br>OMAHA, NE 68103 | AG PROCESSING, INC. | 05/02/16 | $1,500 |

| Name | Organization | Date | Amount |
|------|--------------|------|--------|
| CONNER, CHARLES F<br>ALEXANDRIA, VA 22302 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 03/30/16 | $1,500 |
| LANCE, DANE<br>LAFAYETTE, CA 94549 | SUNSWEET GROWERS INC. | 03/28/16 | $1,500 |
| SPRADLIN, JAMES<br>MORTON, IL 61550 | GROWMARK, INC. | 03/28/16 | $1,500 |
| ENGEL, ROBERT<br>CASTLE ROCK, CO 80108 | COBANK | 02/26/16 | $1,500 |
| KRISLE, ROBERT B<br>GREENBRIER, TN 37073 | TENNESSEE FARMERS COOPERATIVE | 02/25/16 | $1,500 |
| YORK, L WILLIAM<br>HUDSON, WI 54016 | AGRIBANK, FCB | 02/25/16 | $1,500 |
| SMITH, RICHARD<br>KANSAS CITY, MO 64153 | DAIRY FARMERS OF AMERICA | 01/11/16 | $1,500 |
| DOYLE, LARRY R<br>LAKEWAY, TX 78734 | FARM CREDIT BANK OF TEXAS | 10/20/15 | $1,500 |
| RAMSEY, TIM<br>CANBY, OR 97013 | OREGON CHERRY GROWERS, INC. | 10/07/15 | $1,500 |
| SPACKLER, J KEITH<br>OMAHA, NE 68103 | AG PROCESSING, INC. | 06/25/15 | $1,500 |
| ENGEL, ROBERT<br>CASTLE ROCK, CO 80108 | COBANK | 03/26/15 | $1,500 |
| YORK, L WILLIAM<br>HUDSON, WI 54016 | AGRIBANK, FCB | 01/13/15 | $1,500 |
| KRISLE, ROBERT B<br>GREENBRIER, TN 37073 | TENNESSEE FARMERS COOPERATIVE | 04/29/15 | $1,500 |
| SPRADLIN, JAMES<br>MORTON, IL 61550 | GROWMARK, INC. | 04/06/15 | $1,500 |
| SMITH, RICHARD<br>KANSAS CITY, MO 64153 | DAIRY FARMERS OF AMERICA | 04/03/15 | $1,500 |
| CASALE, CARL<br>SAINT PAUL, MN 55118 | CHS, INC. | 03/18/16 | $1,300 |
| SWANGO, GARY A<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 02/26/16 | $1,275 |
| VAN DOREN, LISA<br>WASHINGTON, DC 20002 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 03/30/16 | $1,154 |
| REIMER, DOUG MR<br>GUTTENBERG, IA 52052 | LAND O'LAKES, INC. | 02/13/15 | $1,070 |
| KLEIN, ANA<br>ROSEVILLE, CA 95747 | SUNSWEET GROWERS INC. | 04/19/16 | $1,000 |
| TROIKE, JEFFREY<br>VEEDERSBURG, IN 47987 | CERES SOLUTIONS, LLC | 02/25/16 | $1,000 |
| WICKHAM, GREG<br>MANLIUS, NY 13104 | DAIRY FARMERS OF AMERICA | 01/11/16 | $1,000 |
| MCBRIDE, MARY E<br>ENGLEWOOD, CO 80111 | COBANK | 03/26/15 | $1,000 |
| WICKHAM, GREG<br>MANLIUS, NY 13104 | DAIRYLEA COOPERATIVE, INC. | 02/26/15 | $1,000 |
| CASALE, CARL<br>SAINT PAUL, MN 55118 | CHS, INC. | 05/14/15 | $1,000 |
| KLIPPENSTEIN, JACKIE<br>PLATTE CITY, MO 64079 | DAIRY FARMERS OF AMERICA | 06/25/15 | $950 |
| GHAZI, LEILI<br>SAN RAFAEL, CA 94901 | COBANK | 04/07/15 | $850 |
| KLIPPENSTEIN, JACKIE<br>PLATTE CITY, MO 64079 | DAIRY FARMERS OF AMERICA | 01/11/16 | $800 |
| TROIKE, JEFFREY<br>VEEDERSBURG, IN 47987 | CERES SOLUTIONS, LLC | 02/13/15 | $800 |
| BRAND, RICK<br>SOMERS, IA 50586 | LAND O LAKES, INC | 03/04/15 | $745 |
| MOHR, RONNIE | LAND O' LAKES, INC. | 02/13/15 | $670 |

GREENFIELD, IN 46140

| ARNOLD, TRICIA<br>CULLMAN, AL 35058 | ALABAMA FARMERS COOPERATIVE | 10/19/15 $650 |
|---|---|---|
| COPE, STAN<br>MONTGOMERY, AL 36117 | ALABAMA FARMERS COOPERATIVE | 10/29/15 $641 |
| CHEATHAM, AL<br>DECATUR, AL 35601 | ALABAMA FARMERS COOPERATIVE | 10/19/16 $635 |
| CHEATHAM, AL<br>DECATUR, AL 35601 | ALABAMA FARMERS COOPERATIVE | 10/19/15 $635 |
| COPE, GAIL<br>MONTGOMERY, AL 36116 | ALABAMA FARMERS COOPERATIVE | 12/07/16 $605 |
| TATE, KENNETH MICHAEL<br>HUNTSVILLE, AL 35811 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $600 |
| NEWBY, JIMMY<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 04/29/15 $600 |
| HERSHEY, MARILYN<br>COCHRANVILLE, PA 19330 | LAND O'LAKES | 02/13/15 $565 |
| WOMACK, DAVID<br>ATMORE, AL 36502 | ALABAMA FARMERS COOPERATIVE | 11/17/16 $500 |
| ARNOLD, TRICIA<br>CULLMAN, AL 35058 | ALABAMA FARMERS COOPERATIVE | 10/19/16 $500 |
| NEWBY, JIMMY<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| SMITH, LAWRENCE<br>FLORENCE, AL 35633 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| SANDERS, BILL<br>GOSHEN, AL 36035 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| BENNICH, LARRY<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| SIMS, JEFFERY<br>ALPINE, AL 35014 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| GIVHAN, SAM<br>SAFFORD, AL 36773 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| TINDAL, TED<br>GREENVILLE, AL 36037 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| HAYNES, BEN<br>CULLMAN, AL 35058 | ALABAMA FARMERS COOPERATIVE | 10/14/16 $500 |
| BURLAGE, DAVID<br>LONE TREE, CO 80124 | COBANK | 09/14/16 $500 |
| REIMER, DOUG<br>GUTTENBERG, IA 52052 | LAND O'LAKES, INC. | 05/02/16 $500 |
| HALVERSON, THOMAS<br>DENVER, CO 80202 | COBANK | 06/07/16 $500 |
| VERSLUES, ERNEST<br>ROCHEPORT, MO 65279 | MFA INCORPORATED | 03/29/16 $500 |
| NOBIS, KENNETH<br>SAINT JOHNS, MI 48879 | MICHIGAN MILK PRODUCERS ASSOCIATION | 03/14/16 $500 |
| GRAVATT, GERALYN<br>RICHMOND, VA 23260 | SOUTHERN STATES COOPERATIVE, INC. | 01/21/16 $500 |
| COYNE, DAN<br>OLYMPIA, WA 98502 | NORTHWEST DAIRY ASSOCIATION | 01/07/16 $500 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2016 election cycle and based on Federal Election Commission data released on November 27, 2017.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**   Enter at least 3 characters   🔍



## We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ▶

**Find Your Representatives**

Street City, State Zip Code   🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

| Email address | Sign Up |

 Follow us on Twitter

 Follow us on Facebook



**The Center for Responsive Politics**
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📢 TAKE ACTION

♥ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

DONATE

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2016 cycle

Select a Cycle: 2016 ⌄

Individual donors gave 255 large ($200+) contributions to this PAC in 2015-2016.

Browse by Amount: Previous1 2 34Next

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| ANDERSEN, ROBERT<br>LINCOLN, NE 68516 | NEBRASKA CO-OP COUNCIL | 12/30/15 | $500 |
| SHILTS, ROBERT D<br>IRVINGTON, KY 40146 | UNITED PRODUCERS, INC. | 08/28/15 | $500 |
| KELLEY, DANIEL<br>NORMAL, IL 61761 | COBANK | 07/12/15 | $500 |
| COYNE, DAN<br>OLYMPIA, WA 98502 | NORTHWEST DAIRY ASSOCIATION | 12/31/69 | $500 |
| CARSON, MARLIS MS<br>WASHINGTON, DC 20001 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 03/04/15 | $500 |
| GRAVATT, GERALYN<br>RICHMOND, VA 23260 | SOUTHERN STATES COOPERATIVE, INC. | 01/18/15 | $500 |
| ANDERSEN, ROBERT<br>LINCOLN, NE 68516 | NEBRASKA CO-OP COUNCIL | 01/15/15 | $500 |
| WOMACK, DAVID<br>HUXFORD, AL 36543 | ALABAMA FARMERS COOPERATIVE | 05/20/15 | $500 |
| WALLS, KENNETH<br>NEW BROCKTON, AL 36351 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| SMITH, LAWRENCE<br>FLORENCE, AL 35633 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| SANDERS, BILL<br>GOSHEN, AL 36035 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| BENNICH, LARRY<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| TATE, KENNETH MICHAEL<br>HUNTSVILLE, AL 35811 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| HAYNES, BEN<br>CULLMAN, AL 35058 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |

Case 2:16-cv-00287-cr Document 295-1 Filed 08/07/20 Page 35 of 66

| | | | |
|---|---|---|---|
| TINDAL, TED<br>GREENVILLE, AL 36037 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| GIVHAN, SAM<br>SAFFORD, AL 36773 | ALABAMA FARMERS COOPERATIVE | 04/29/15 | $500 |
| KLIPPENSTEIN, JACKIE<br>PLATTE CITY, MO 64079 | DAIRY FARMERS OF AMERICA | 04/03/15 | $500 |
| DARISSE, JUSTIN<br>GAITHERSBURG, MD 20878 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 03/04/15 | $430 |
| CONNER, CHARLES F<br>ALEXANDRIA, VA 22302 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/13/15 | $430 |
| DOBRINSKI, EVERETT<br>MAKOTI, ND 58756 | COBANK | 02/26/16 | $425 |
| GRAVES, LEON<br>SYRACUSE, NY 13207 | DAIRYLEA COOPERATIVE, INC. | 02/13/15 | $425 |
| GRAVES, LEON<br>SYRACUSE, NY 13207 | DAIRY FARMERS OF AMERICA | 02/26/16 | $405 |
| DENT, THOMAS<br>HUMESTON, IA 50123 | MFA INC. | 03/29/16 | $400 |
| SCHLESSELMAN, DAN<br>CONCORDIA, MO 64020 | MFA INC. | 03/29/16 | $400 |
| COPE, GLEN<br>AURORA, MO 65605 | MFA INCORPORATED | 03/29/16 | $400 |
| MOFFITT, JOHN<br>WINIGAN, MO 63566 | MFA INCORPORATED | 03/29/16 | $400 |
| CALLIS, DAVID<br>SEDALIA, MO 65301 | MFA INC. | 03/29/16 | $400 |
| SPENCER, CHARLES<br>FAUCETT, MO 64448 | MFA INC. | 03/29/16 | $400 |
| ALTHOFF, DAWN<br>CALIFORNIA, MO 65018 | MFA INC. | 03/29/16 | $400 |
| ENGEMANN, TIM<br>HERMANN, MO 65041 | MFA INCORPORATED | 03/29/16 | $400 |
| KAGAY, BARRY<br>AMITY, MO 64422 | MFA INC. | 03/29/16 | $400 |
| KIRCHER, KENDALL<br>NEW FRANKLIN, MO 65274 | MFA INC. | 03/29/16 | $400 |
| OEHL, DOYLE<br>JACKSON, MO 63755 | MFA INC. | 03/29/16 | $400 |
| READING, JIMMIE<br>CURRYVILLE, MO 63339 | MFA INC. | 03/29/16 | $400 |
| MILLS, DON<br>EL DORADO SPRINGS, MO 64744 | MFA INC. | 03/28/16 | $400 |
| MESSICK, WES<br>EAST NEW MARKET, MD 21631 | SOUTHERN STATES COOPERATIVE, INC. | 03/08/16 | $400 |
| DIGLIO, JOSEPH M<br>NOVI, MI 48376 | MICHIGAN MILK PRODUCERS ASSOCIATION | 03/08/16 | $400 |
| VAN DOREN, LISA<br>WASHINGTON, DC 20002 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 07/02/15 | $400 |
| CARSON, MARLIS<br>WASHINGTON, DC 20003 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 06/29/15 | $400 |
| MESSICK, WES MR<br>EAST NEW MARKET, MD 21631 | SOUTHERN STATES COOPERATIVE, INC. | 02/06/15 | $400 |
| BEHR, ROBERT<br>LAKELAND, FL 33803 | COBANK | 05/22/15 | $400 |
| FULLER, JO ANN<br>MADISON, AL 35758 | ALABAMA FARMERS COOPERATIVE | 10/19/16 | $334 |
| FULLER, JOANN<br>MADISON, AL 35758 | ALABAMA FARMERS COOPERATIVE | 10/19/15 | $334 |
| FUDGE, JAMES<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 11/02/16 | $325 |
| FUDGE, JAMES | ALABAMA FARMERS COOPERATIVE | 10/15/15 | $316 |

| | | |
|---|---|---|
| DECATUR, AL 35603 | | |
| ROBERTS, EDWARD<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 11/03/16 $302 |
| JOHNSON, TINA<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 12/09/16 $300 |
| TURNER, BETH<br>TRINITY, AL 35673 | ALABAMA FARMERS COOPERATIVE | 11/30/16 $300 |
| NICHOLS, WAYNE<br>POMONA, MO 65789 | MFA INC. | 03/29/16 $300 |
| HERINK, KEVIN<br>CLUTIER, IA 52217 | GROWMARK, INC. | 03/28/16 $300 |
| BOSTROM, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/28/16 $300 |
| SWANGO, GARY A<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/28/16 $300 |
| NEUHAUS, DENNIS<br>HOYLETON, IL 62803 | GROWMARK, INC. | 03/28/16 $300 |
| PIERSON, RON<br>WALNUT, IL 61376 | GROWMARK, INC. | 03/28/16 $300 |
| UHLMAN, DAVID<br>TREMONT, IL 61568 | GROWMARK, INC. | 03/28/16 $300 |
| CARROLL, KEVIN<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/28/16 $300 |
| ERICSON, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/28/16 $300 |
| PHELPS, ROBERT<br>ROCKTON, IL 61072 | GROWMARK, INC. | 03/28/16 $300 |
| REIFSTECK, JOHN<br>CHAMPAIGN, IL 61822 | GROWMARK, INC. | 03/28/16 $300 |
| TEMPLE, BRAD<br>SERENA, IL 60549 | GROWMARK, INC. | 03/28/16 $300 |
| MALCHINE, KEVIN<br>WATERFORD, WI 53185 | GROWMARK, INC. | 03/28/16 $300 |
| HEITZ, MATT<br>FARLEY, IA 52046 | GROWMARK, INC. | 03/28/16 $300 |
| ESTHER, CHET<br>FREDERICK, IL 62639 | GROWMARK, INC. | 03/28/16 $300 |
| SCHMIDT, BARRY<br>MACOMB, IL 61455 | GROWMARK, INC. | 03/28/16 $300 |
| ORR, MARK<br>PEKIN, IL 61554 | GROWMARK, INC. | 03/28/16 $300 |
| TURNER, MICHAEL<br>MAHOMET, IL 61853 | GROWMARK, INC. | 03/28/16 $300 |
| TANNER, ALLEN<br>CRESTON, IA 50801 | GROWMARK, INC. | 03/28/16 $300 |
| MITTELSTADT, WADE<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/28/16 $300 |
| WOODS, MIKE K<br>BLOOMINGTON, IL 61705 | GROWMARK, INC. | 03/28/16 $300 |
| NELSON, RICHARD<br>PAXTON, IL 60957 | GROWMARK, INC. | 03/28/16 $300 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2016 election cycle and based on Federal Election Commission data released on November 27, 2017.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters   🔍

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.



**Find Your Representatives**

Street City, State Zip Code





Unique En
Rin

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address     Sign Up

 Follow us on Twitter

 Follow us on Facebook



The Center for Responsive Politics
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

About

Resources

 Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2016 cycle

Select a Cycle: 2016 ▾

Individual donors gave 255 large ($200+) contributions to this PAC in 2015-2016.

Browse by Amount: Previous 1 2 **3** 4 Next

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| MCCORMICK, JACK<br>ELLIS GROVE, IL 62241 | GROWMARK, INC. | 03/28/16 | $300 |
| ROBERTS, C EDWARD JR<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/29/15 | $300 |
| JOHNSON, TINA<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/19/15 | $300 |
| MCCORMICK, JACK<br>ELLIS GROVE, IL 62241 | GROWMARK, INC. | 06/05/15 | $300 |
| MILLS, DON<br>EL DORADO SPRINGS, MO 64744 | MFA INC. | 01/13/15 | $300 |
| READING, JIMMIE<br>CURRYVILLE, MO 63339 | MFA INC. | 01/13/15 | $300 |
| THOMPSON, HARRY<br>LOHMAN, MO 65053 | MFA INCORPORATED | 01/13/15 | $300 |
| KAGAY, BARRY<br>AMITY, MO 64422 | MFA INC. | 01/13/15 | $300 |
| KIRCHER, KENDALL<br>NEW FRANKLIN, MO 65274 | MFA INC. | 01/13/15 | $300 |
| SPENCER, CHARLES<br>FAUCETT, MO 64448 | MFA INC. | 01/13/15 | $300 |
| ENGEMANN, TIM MR<br>HERMANN, MO 65041 | MFA INCORPORATED | 01/13/15 | $300 |
| DENT, THOMAS<br>HUMESTON, IA 50123 | MFA INC. | 01/13/15 | $300 |
| CALLIS, DAVID<br>SEDALIA, MO 65301 | MFA INC. | 01/13/15 | $300 |
| SCHLESSELMAN, DAN<br>CONCORDIA, MO 64020 | MFA INC. | 01/13/15 | $300 |

| | | | |
|---|---|---|---|
| MOFFITT, JOHN MR<br>WINIGAN, MO 63566 | MFA INCORPORATED | 01/13/15 | $300 |
| COPE, GLEN<br>AURORA, MO 65605 | MFA INCORPORATED | 01/13/15 | $300 |
| CARROLL, KEVIN<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/27/15 | $300 |
| ESTHER, CHET<br>FREDERICK, IL 62639 | GROWMARK, INC. | 04/09/15 | $300 |
| ERICSON, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/06/15 | $300 |
| SWANGO, GARY A<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/06/15 | $300 |
| NEUHAUS, DENNIS<br>HOYLETON, IL 62803 | GROWMARK, INC. | 04/06/15 | $300 |
| PIERSON, ROS<br>WALNUT, IL 61376 | GROWMARK, INC. | 04/06/15 | $300 |
| WORTH, DENNIS<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/06/15 | $300 |
| MALCHINE, KEVIN<br>WATERFORD, WI 53185 | GROWMARK, INC. | 04/06/15 | $300 |
| PHELPS, ROBERT<br>ROCKTON, IL 61072 | GROWMARK, INC. | 04/06/15 | $300 |
| ORR, MARK<br>PEKIN, IL 61554 | GROWMARK, INC. | 04/06/15 | $300 |
| WOODS, MIKE K<br>BLOOMINGTON, IL 61705 | GROWMARK, INC. | 04/06/15 | $300 |
| TANNER, ALLEN<br>CRESTON, IA 50801 | GROWMARK, INC. | 04/06/15 | $300 |
| BUCKALEW, STEVEN<br>CENTREVILLE, MD 21617 | GROWMARK, INC. | 04/06/15 | $300 |
| WATT, DAVID MR<br>MURRAYVILLE, IL 62668 | GROWMARK, INC. | 04/06/15 | $300 |
| NELSON, RICHARD MR<br>PAXTON, IL 60957 | GROWMARK, INC. | 04/06/15 | $300 |
| HERINK, KEVIN<br>CLUTIER, IA 52217 | GROWMARK, INC. | 04/06/15 | $300 |
| REIFSTECK, JOHN<br>CHAMPAIGN, IL 61822 | GROWMARK, INC. | 04/06/15 | $300 |
| UHLMAN, DAVID<br>TREMONT, IL 61568 | GROWMARK, INC. | 04/06/15 | $300 |
| KRUSE, SHELLY<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/06/15 | $300 |
| BOSTROM, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/06/15 | $300 |
| HEITZ, MATT<br>FARLEY, IA 52046 | GROWMARK, INC. | 04/06/15 | $300 |
| MITTELSTADT, WADE<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/06/15 | $300 |
| SCHMIDT, BARRY<br>MACOMB, IL 61455 | GROWMARK, INC. | 04/06/15 | $300 |
| GEHRKE, ROBERT<br>ELGIN, IL 60124 | GROWMARK, INC. | 04/06/15 | $300 |
| TRUSSELL, TIM<br>PIKE ROAD, AL 36064 | ALABAMA FARMERS COOPERATIVE | 11/02/16 | $297 |
| TRUSSELL, TIM<br>PIKE ROAD, AL 36064 | ALABAMA FARMERS COOPERATIVE | 10/19/15 | $290 |
| TURNER, BETH<br>TRINITY, AL 35673 | ALABAMA FARMERS COOPERATIVE | 10/29/15 | $286 |
| JANSSEN, SCOT<br>STACYVILLE, IA 50476 | NORTHERN COUNTRY COOPERATIVE | 04/01/16 | $275 |
| HICKS, VICKI | AGRIBANK, FCB | 03/11/16 | $260 |

Case 2:16-cv-00287-cr Document 295-1 Filed 08/07/20 Page 41 of 66

| | | | |
|---|---|---|---|
| WASHINGTON, DC 20250 | | | |
| REIMER, DOUG<br>GUTTENBERG, IA 52052 | LAND O'LAKES, INC. | 07/02/15 | $260 |
| HOLLINGSWORTH, SENA P<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/24/16 | $250 |
| COOK, MARIE B<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/19/16 | $250 |
| JACOB, ANDREW<br>GREENWOOD VILLAGE, CO 80111 | COBANK | 09/23/16 | $250 |
| FORREST, JIM<br>SANDY HOOK, VA 23153 | SOUTHERN STATES COOPERATIVE | 12/28/16 | $250 |
| MYRIN, ALARIK<br>ALTAMONT, UT 84001 | COBANK | 08/16/16 | $250 |
| ROUSH, CLINT<br>ARAPAHO, OK 73620 | COBANK | 05/20/16 | $250 |
| KRAGNES, DAVID<br>FELTON, MN 56536 | COBANK | 05/18/16 | $250 |
| WHITTINGTON, SCOTT<br>BURLINGTON, KS 66839 | LYON-COFFEY ELECTRIC COOP | 05/16/16 | $250 |
| STILL, KEVIN<br>DANVILLE, IN 46122 | CO-ALLIANCE, LLP | 05/16/16 | $250 |
| BEHR, ROBERT<br>LAKELAND, FL 33803 | COBANK | 05/16/16 | $250 |
| FREUND, BENJAMIN<br>EAST CANAAN, CT 06024 | COBANK | 05/13/16 | $250 |
| KELLEY, DANIEL<br>NORMAL, IL 61761 | COBANK | 05/13/16 | $250 |
| MILLER, GARY<br>DOUGLASVILLE, GA 30135 | COBANK | 05/10/16 | $250 |
| AMAREL, ROBERT JR<br>YUBA CITY, CA 95993 | SUNSWEET GROWERS INC. | 05/10/16 | $250 |
| SITMAN, RICHARD<br>KENTWOOD, LA 70444 | COBANK | 07/12/16 | $250 |
| MAGNUSON, JAMES R<br>SULLY, IA 50251 | COBANK | 06/28/16 | $250 |
| RIEL, KEVIN<br>YAKIMA, WA 98908 | COBANK | 06/21/16 | $250 |
| SANDLIN, STEPHANIE HERSETH<br>SIOUX FALLS, SD 57108 | COBANK | 06/21/16 | $250 |
| MOYER, CATHERINE<br>ULYSSES, KS 67880 | COBANK | 06/07/16 | $250 |
| REINDERS, DAVE<br>DUMAS, TX 79029 | COBANK | 06/07/16 | $250 |
| DOBRINSKI, EVERETT<br>MAKOTI, ND 58756 | COBANK | 06/02/16 | $250 |
| SABLOFF, BARRY<br>WINNETKA, IL 60093 | COBANK | 06/02/16 | $250 |
| WATT, DAVID<br>MURRAYVILLE, IL 62668 | GROWMARK, INC. | 03/28/16 | $250 |
| RAYBACK, CAROLYN<br>SHERWOOD, OR 97140 | OREGON CHERRY GROWERS, INC. | 03/16/16 | $250 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2016 election cycle and based on Federal Election Commission data released on November 27, 2017.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**  Enter at least 3 characters  



**We follow the money. You make it possible.**

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ▸

**Find Your Representatives**

Street City, State Zip Code



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                          Sign Up

 Follow us on Twitter

 Follow us on Facebook



**The Center for Responsive Politics**

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2016 cycle

Select a Cycle: 2016 ▾

Individual donors gave 255 large ($200+) contributions to this PAC in 2015-2016.

Browse by Amount: Previous 1 2 3 4

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| KELLEY, TERRY<br>DICKSON, TN 37055 | TENNESSEE FARMERS COOPERATIVE | 02/26/16 | $250 |
| WARD, RALEIGH<br>EFFINGHAM, SC 29541 | SOUTHERN STATES COOPERATIVE, INC. | 02/25/16 | $250 |
| GRANNIS, DARYL<br>FLEMINGSBURG, KY 41041 | SOUTHERN STATES COOPERATIVE, INC. | 01/21/16 | $250 |
| AMBURGEY, TRACEY S<br>NORTH CHESTERFIELD, VA 23237 | SOUTHERN STATES COOPERATIVE, INC. | 01/21/16 | $250 |
| COOK, MARIE B<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/15/15 | $250 |
| SWANGO, GARY A<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 09/14/15 | $250 |
| O'FLAHERTY, LORI<br>DENVER, CO 80207 | COBANK | 07/12/15 | $250 |
| SITMAN, RICHARD<br>KENTWOOD, LA 70444 | COBANK | 07/12/15 | $250 |
| MYRIN, ALARIK<br>ALTAMONT, UT 84001 | COBANK | 07/02/15 | $250 |
| MAGNUSON, JAMES R<br>SULLY, IA 50251 | COBANK | 06/15/15 | $250 |
| SQUIRES, BILL<br>MISSOULA, MT 59803 | COBANK | 06/05/15 | $250 |
| CHILDS, DAN<br>MANNSVILLE, OK 73447 | COBANK | 06/05/15 | $250 |
| SABLOFF, BARRY<br>WINNETKA, IL 60093 | COBANK | 06/05/15 | $250 |
| KELLEY, DANIEL MR<br>NORMAL, IL 61761 | COBANK | 02/13/15 | $250 |

| | | |
|---|---|---|
| BURLAGE, DAVID<br>LONE TREE, CO 80124 | COBANK | 01/26/15 $250 |
| SCRIBNER, THOMAS<br>RICHMOND, VA 23260 | SOUTHERN STATES COOPERATIVE, INC. | 01/18/15 $250 |
| WARD, RALEIGH<br>EFFINGHAM, SC 29541 | SOUTHERN STATES COOPERATIVE, INC. | 01/15/15 $250 |
| JOHNSON, BRUCE<br>WEST POINT, VA 23181 | SOUTHERN STATES COOPERATIVE, INC. | 01/15/15 $250 |
| GRANNIS, DARYL<br>FLEMINGSBURG, KY 41041 | SOUTHERN STATES COOPERATIVE, INC. | 01/15/15 $250 |
| STREETER, BILLY MR<br>COLUMBIA, MO 65203 | MFA INCORPORATED | 01/13/15 $250 |
| NICHOLS, WAYNE<br>POMONA, MO 65789 | MFA INC. | 01/13/15 $250 |
| PHIPPEN, DAVID<br>RIPON, CA 95366 | COBANK | 05/29/15 $250 |
| SANDLIN, STEPHANIE HERSETH<br>SIOUX FALLS, SD 57108 | COBANK | 05/29/15 $250 |
| DOBRINSKI, EVERETT<br>MAKOTI, ND 58756 | COBANK | 05/22/15 $250 |
| RIEL, KEVIN<br>YAKIMA, WA 98908 | COBANK | 05/21/15 $250 |
| REINDERS, DAVID L<br>DUMAS, TX 79029 | COBANK | 05/20/15 $250 |
| HARRIS, WILLIAM<br>LE ROY, NY 14482 | COBANK | 05/20/15 $250 |
| WHITTINGTON, SCOTT<br>BURLINGTON, KS 66839 | LYON-COFFEY ELECTRIC COOP | 05/20/15 $250 |
| ROUSH, CLINT<br>ARAPAHO, OK 73620 | COBANK | 05/20/15 $250 |
| FRITZ, MARY<br>CHESTER, MT 59522 | COBANK | 05/20/15 $250 |
| STILL, KEVIN<br>DANVILLE, IN 46122 | COBANK | 05/20/15 $250 |
| GUTHRIE, J LESS<br>PORTERVILLE, CA 93258 | COBANK | 05/20/15 $250 |
| KRAGNES, DAVID<br>FELTON, MN 56536 | COBANK | 05/15/15 $250 |
| MOYER, CATHERINE<br>ULYSSES, KS 67880 | COBANK | 05/14/15 $250 |
| FREUND, BENJAMIN<br>EAST CANAAN, CT 06024 | COBANK | 05/14/15 $250 |
| HALLIN, THOMAS G<br>MADISON, AL 35756 | ALABAMA FARMERS COOPERATIVE | 10/19/16 $245 |
| KUCERAK, MILAN R<br>JEFFERSON, IA 50129 | WEST CENTRAL COOPERATIVE | 02/13/16 $240 |
| HALLIN, THOMAS G<br>MADISON, AL 35756 | ALABAMA FARMERS COOPERATIVE | 10/15/15 $239 |
| DARISSE, JUSTIN<br>GAITHERSBURG, MD 20878 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/26/16 $225 |
| DAILEY, THOMAS M<br>MOULTON, AL 35650 | ALABAMA FARMERS COOPERATIVE | 10/19/16 $212 |
| DAILEY, THOMAS M<br>MOULTON, AL 35650 | ALABAMA FARMERS COOPERATIVE | 10/29/15 $212 |
| CODY, KEVIN J<br>OVERLAND PARK, KS 66221 | DAIRY FARMERS OF AMERICA | 02/12/16 $210 |
| CASALE, CARL<br>SAINT PAUL, MN 55118 | CHS, INC. | 10/03/16 $200 |
| KRISLE, ROBERT B<br>GREENBRIER, TN 37073 | TENNESSEE FARMERS COOPERATIVE | 06/17/16 $200 |
| ANDERSEN, ROBERT | NEBRASKA CO-OP COUNCIL | 02/13/15 $200 |

LINCOLN, NE 68516

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2016 election cycle and based on Federal Election Commission data released on November 27, 2017.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**   Enter at least 3 characters   🔍



**Find Your Representatives**

Street City, State Zip Code   🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address     Sign Up

🐦   Follow us on Twitter

f   Follow us on Facebook



The Center for Responsive Politics

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044

FAX (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.

Case 2:16-cv-00287-cr   Document 295-1   Filed 08/07/20   Page 48 of 66

About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

DONATE

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2018 cycle

Select a Cycle: 2018 ⌄

Individual donors gave 261 large ($200+) contributions to this PAC in 2017-2018.

Browse by Amount: 1 2 3 4 Next

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| MAINES, DAN NEWVILLE, PA 17241 | LAND O LAKES, INC | 02/22/17 | $5,000 |
| DIGLIO, JOSEPH M NOVI, MI 48376 | MICHIGAN MILK PRODUCERS ASSOCIATION | 03/07/17 | $4,675 |
| NOBIS, KENNETH SAINT JOHNS, MI 48879 | MICHIGAN MILK PRODUCERS ASSOCIATION | 02/22/17 | $3,550 |
| GREER, JAMES L COLUMBIA, MO 65203 | MFA OIL COMPANY | 07/20/18 | $3,500 |
| BUMGARNER, MIKE COLUMBUS, OH 43231 | UNITED PRODUCERS, INC. | 02/22/17 | $2,900 |
| TROIKE, JEFFREY VEEDERSBURG, IN 47987 | CERES SOLUTIONS, LLC | 02/09/18 | $2,515 |
| LIEBE, TOM WAUNAKEE, WI 53597 | COOPERATIVE NETWORK | 02/22/17 | $2,370 |
| CONNER, CHARLES F MCLEAN, VA 22102 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 11/29/17 | $2,000 |
| POHLNER, ROGER E FISHER, AR 72429 | RICELAND FOODS, INC. | 03/15/18 | $2,000 |
| KRISLE, ROBERT B GREENBRIER, TN 37073 | TENNESSEE FARMERS COOPERATIVE | 02/09/18 | $1,900 |
| VAN DOREN, LISA WASHINGTON, DC 20002 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/09/18 | $1,900 |
| DIGLIO, JOSEPH M NOVI, MI 48376 | MICHIGAN MILK PRODUCERS ASSOCIATION | 02/12/18 | $1,850 |
| VAN DOREN, LISA WASHINGTON, DC 20002 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 03/01/17 | $1,800 |
| KRISLE, ROBERT B GREENBRIER, TN 37073 | TENNESSEE FARMERS COOPERATIVE | 02/22/17 | $1,700 |

| | | | |
|---|---|---|---|
| SMITH, RICK<br>KANSAS CITY, MO 64112 | DAIRY FARMERS OF AMERICA | 02/22/17 | $1,500 |
| STROBURG, JEFF<br>MIDLOTHIAN, VA 23113 | SOUTHERN STATES COOPERATIVE | 01/27/17 | $1,500 |
| SPACKLER, J KEITH<br>OMAHA, NE 68103 | AG PROCESSING, INC. | 06/28/17 | $1,500 |
| LANCE, DANE<br>LAFAYETTE, CA 94549 | SUNSWEET GROWERS INC. | 10/06/17 | $1,500 |
| MYERS III, H RIVERS<br>DECATUR, AL 35603 | AFC | 10/11/17 | $1,500 |
| LANCE, DANE<br>YUBA CITY, CA 95993 | SUNSWEET GROWERS INC. | 10/05/18 | $1,500 |
| HALVERSON, THOMAS<br>DENVER, CO 80202 | COBANK | 03/21/17 | $1,500 |
| SPRADLIN, JAMES<br>MORTON, IL 61550 | GROWMARK, INC. | 03/31/17 | $1,500 |
| TOWNLEY, ED<br>WILLISTON, VT 05495 | AGRI MARK FARMERS CO-OP, INC. | 11/07/17 | $1,500 |
| DOYLE, LARRY R<br>LAKEWAY, TX 78734 | FARM CREDIT BANK OF TEXAS | 03/05/18 | $1,500 |
| SPRADLIN, JAMES<br>MORTON, IL 61550 | GROWMARK, INC. | 03/29/18 | $1,500 |
| KUCERAK, MILAN R<br>JEFFERSON, IA 50129 | LANDUS COOPERATIVE | 04/09/18 | $1,500 |
| SPACKLER, J KEITH<br>OMAHA, NE 68103 | AG PROCESSING, INC. | 04/26/18 | $1,500 |
| DEBERTIN, JAY<br>SUNFISH LAKE, MN 55118 | CHS, INC. | 04/26/18 | $1,500 |
| POLICINSKI, CHRISTOPHER<br>SAINT PAUL, MN 55164 | LAND O' LAKES, INC | 04/26/18 | $1,500 |
| TOWNLEY, ED<br>WILLISTON, VT 05495 | AGRI MARK FARMERS CO-OP, INC. | 06/06/18 | $1,500 |
| STROBURG, JEFF<br>MIDLOTHIAN, VA 23113 | SOUTHERN STATES COOPERATIVE | 05/09/18 | $1,500 |
| HALVERSON, THOMAS<br>DENVER, CO 80202 | COBANK | 02/18/18 | $1,360 |
| BUMGARNER, MIKE<br>COLUMBUS, OH 43231 | UNITED PRODUCERS, INC. | 02/09/18 | $1,300 |
| MYERS III, H RIVERS<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 03/05/18 | $1,000 |
| WICKHAM, GREG<br>MANLIUS, NY 13104 | DAIRY FARMERS OF AMERICA | 02/16/18 | $1,000 |
| NOBIS, KENNETH<br>SAINT JOHNS, MI 48879 | MICHIGAN MILK PRODUCERS ASSOCIATION | 04/16/18 | $1,000 |
| VERSLUES, ERNEST<br>ROCHEPORT, MO 65279 | MFA INCORPORATED | 04/16/18 | $1,000 |
| BUMGARNER, MIKE<br>COLUMBUS, OH 43231 | UNITED PRODUCERS, INC. | 06/28/18 | $1,000 |
| VERSLUES, ERNEST<br>ROCHEPORT, MO 65279 | MFA INCORPORATED | 04/04/17 | $1,000 |
| WICKHAM, GREG<br>MANLIUS, NY 13104 | DAIRY FARMERS OF AMERICA | 02/07/17 | $1,000 |
| LOCKEN, DALE L<br>ABERDEEN, SD 57401 | SOUTH DAKOTA WHEAT GROWERS | 02/08/17 | $1,000 |
| CONNER, DRU Q<br>MCLEAN, VA 22102 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/08/18 | $940 |
| WOMACK, DAVID<br>ATMORE, AL 36502 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $900 |
| SANDERS, BILL<br>GOSHEN, AL 36035 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $800 |
| CHEATHAM, AL | ALABAMA FARMERS COOPERATIVE | 01/12/18 | $720 |

| | | | |
|---|---|---|---|
| DECATUR, AL 35601 | | | |
| NEWBY, JIMMY<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| SMITH, LAWRENCE<br>FLORENCE, AL 35633 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| SIMS, JEFFERY<br>ALPINE, AL 35014 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| GIVHAN, SAM<br>SAFFORD, AL 36773 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| HENDRICKS, RICK<br>JAY, FL 32565 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| KLIPPENSTEIN, JACQUELINE M<br>PLATTE CITY, MO 64079 | DAIRY FARMERS OF AMERICA | 02/07/17 | $700 |
| HAYNES, BEN<br>CULLMAN, AL 35058 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| HAYES, BROOKS<br>DOTHAN, AL 36303 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| TATE, MIKE<br>HUNTSVILLE, AL 35811 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $700 |
| COPE, GAIL<br>MONTGOMERY, AL 36116 | ALABAMA FARMERS COOPERATIVE | 12/07/17 | $655 |
| LAMB, JAMES<br>KNOXVILLE, AL 35469 | ALABAMA FARMERS COOPERATIVE | 12/21/17 | $600 |
| CAVEY, BRIAN<br>WASHINGTON, DC 20001 | COBANK | 03/05/18 | $600 |
| TATE, MIKE<br>HUNTSVILLE, AL 35811 | ALABAMA FARMERS COOPERATIVE | 10/23/17 | $600 |
| MYERS III, H RIVERS<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 10/10/18 | $550 |
| STRATHMAN, KEVIN<br>SHAWNEE, KS 66226 | DAIRY FARMERS OF AMERICA | 02/22/17 | $550 |
| CARSON, MARLIS MS<br>WASHINGTON, DC 20003 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/16/18 | $550 |
| VOTH, MYRON<br>WALTON, KS 67151 | MID KANSAS COOPERATIVE/LAND O' LAKES | 03/05/18 | $500 |
| GAEDDERT, JASON<br>INMAN, KS 67546 | MKC | 03/05/18 | $500 |
| BECKER, KEITH<br>GALVA, KS 67443 | MKC | 02/16/18 | $500 |
| HASTY, SARA<br>HESSTON, KS 67062 | MKC | 02/16/18 | $500 |
| KLEIN, ANA<br>ROSEVILLE, CA 95747 | SUNSWEET GROWERS INC. | 01/11/18 | $500 |
| SCHULER, BRAD<br>NICOLAUS, CA 95659 | SUNSWEET GROWERS INC. | 12/05/17 | $500 |
| DEATHERAGE, JAMES<br>BRYAN, TX 77803 | PRODUCERS COOPERATIVE | 12/06/17 | $500 |
| DEATHERAGE, JAMES<br>BRYAN, TX 77803 | PRODUCERS COOPERATIVE | 12/14/18 | $500 |
| BLEW, CLINTON JAY<br>HUTCHINSON, KS 67501 | MKC | 01/31/18 | $500 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2018 election cycle and based on Federal Election Commission data released on June 10, 2019.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters 🔍

RESOURCES

ABOUT US

TAKE ACTION

DONATE

BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.



## We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ❯

**Find Your Representatives**

Street City, State Zip Code   🔍



$44.99

## Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address     Sign Up

   Follow us on Twitter

   Follow us on Facebook



**The Center for Responsive Politics**
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

About

Resources

 Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

MENU

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2018 cycle

Select a Cycle: 2018 ▾

Individual donors gave 261 large ($200+) contributions to this PAC in 2017-2018.

Browse by Amount: Previous1 2 34Next

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| WEGNER, ALLEN<br>ONAGA, KS 66521 | MKC | 01/31/18 | $500 |
| SCHRAG, BEN<br>CANTON, KS 67428 | MKC | 01/31/18 | $500 |
| MAYER, HAL<br>ALTA VISTA, KS 66834 | MKC | 01/31/18 | $500 |
| CARLTON, KENNY<br>GENESEO, KS 67444 | MKC | 01/31/18 | $500 |
| JOHNSON, DUANE<br>LINDSBORG, KS 67456 | MKC | 01/31/18 | $500 |
| ELLWOOD, RANDALL<br>WINDOM, KS 67491 | MKC | 01/31/18 | $500 |
| MILLS, DAVID<br>ABILENE, KS 67410 | MKC | 01/31/18 | $500 |
| CAVEY, BRIAN<br>WASHINGTON, DC 20001 | COBANK | 04/07/17 | $500 |
| VOTH, MYRON<br>WALTON, KS 67151 | MID KANSAS COOPERATIVE/LAND O' LAKES | 04/12/17 | $500 |
| DEATHERAGE, JAMES<br>BRYAN, TX 77803 | PRODUCERS COOPERATIVE | 01/05/17 | $500 |
| HAYNES, BEN<br>CULLMAN, AL 35058 | ALABAMA FARMERS COOPERATIVE | 08/30/17 | $500 |
| SIMS, JEFFERY<br>ALPINE, AL 35014 | ALABAMA FARMERS COOPERATIVE | 08/30/17 | $500 |
| BENNICH, LARRY<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 08/30/17 | $500 |
| SMITH, LAWRENCE<br>FLORENCE, AL 35633 | ALABAMA FARMERS COOPERATIVE | 08/30/17 | $500 |

| SANDERS, BILL<br>GOSHEN, AL 36035 | ALABAMA FARMERS COOPERATIVE | 08/30/17 $500 |
|---|---|---|
| NEWBY, JIMMY<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 08/30/17 $500 |
| STILL, KEVIN<br>DANVILLE, IN 46122 | CO-ALLIANCE, LLP | 05/11/18 $500 |
| REIMER, DOUG<br>GUTTENBERG, IA 52052 | LAND O'LAKES, INC. | 06/25/18 $500 |
| TROIKE, JEFF<br>ATTICA, IN 47918 | CERES SOLUTIONS, LLP | 02/22/17 $500 |
| BECKER, KEITH<br>GALVA, KS 67443 | MKC | 03/29/17 $500 |
| SPEARS, DAVE<br>VALLEY CENTER, KS 67147 | MKC | 03/29/17 $500 |
| POSCH, DANIEL<br>HUTCHINSON, KS 67502 | MKC | 03/29/17 $500 |
| SCHRAG, BEN<br>CANTON, KS 67428 | MKC | 03/29/17 $500 |
| GAEDDERT, JASON<br>INMAN, KS 67546 | MKC | 03/29/17 $500 |
| MAYER, HAL<br>ALTA VISTA, KS 66834 | MKC | 03/29/17 $500 |
| WEGNER, ALLEN<br>ONAGA, KS 66521 | MKC | 03/29/17 $500 |
| BLEW, CLINTON<br>HUTCHINSON, KS 67501 | MKC | 03/29/17 $500 |
| CARLTON, KENNEDY<br>GENESEO, KS 67444 | MKC | 03/29/17 $500 |
| HASTY, SARA<br>HESSTON, KS 67062 | MKC | 03/29/17 $500 |
| CHRISTIANSEN, CINDY<br>MCPHERSON, KS 67460 | MKC | 03/29/17 $500 |
| JOHNSON, DUANE<br>LINDSBORG, KS 67456 | MKC | 03/29/17 $500 |
| ELLWOOD, RANDALL<br>WINDOM, KS 67491 | MKC | 03/29/17 $500 |
| MILLS, DAVID<br>ABILENE, KS 67410 | MKC | 03/30/17 $500 |
| GIVHAN, SAM<br>SAFFORD, AL 36773 | ALABAMA FARMERS COOPERATIVE | 10/10/17 $500 |
| WOMACK, DAVID<br>ATMORE, AL 36502 | ALABAMA FARMERS COOPERATIVE | 09/14/17 $500 |
| HENDRICKS, RICK<br>JAY, FL 32565 | ALABAMA FARMERS COOPERATIVE | 09/14/17 $500 |
| POSCH, DANIEL<br>HUTCHINSON, KS 67502 | MKC | 11/01/18 $500 |
| SPEARS, DAVE<br>VALLEY CENTER, KS 67147 | MKC | 11/01/18 $500 |
| CHRISTIANSEN, DAVID<br>MCPHERSON, KS 67460 | MKC | 11/01/18 $500 |
| WERSTAK, JOE<br>COLUMBUS, OH 43235 | UNITED PRODUCERS, INC. | 02/22/17 $480 |
| BRAND, RICK<br>SOMERS, IA 50586 | LAND O LAKES, INC | 03/27/17 $455 |
| WATKINS, DEBBIE<br>ANGIER, NC 27501 | U.S. TOBACCO COOPERATIVE | 02/09/18 $445 |
| WERSTAK, JOE<br>COLUMBUS, OH 43235 | UNITED PRODUCERS, INC. | 02/08/18 $440 |
| MESSICK, WES MR<br>EAST NEW MARKET, MD 21631 | SOUTHERN STATES COOPERATIVE, INC. | 02/16/18 $400 |
| CALLIS, DAVID | MFA INC. | 05/14/18 $400 |

Case 2:16-cv-00287-cr Document 295-1 Filed 08/07/20 Page 55 of 66

SEDALIA, MO 65301

| | | |
|---|---|---|
| MOFFITT, JOHN<br>WINIGAN, MO 63566 | MFA INCORPORATED | 04/16/18 $400 |
| DENT, THOMAS<br>HUMESTON, IA 50123 | MFA INC. | 04/16/18 $400 |
| SCHLESSELMAN, DON<br>CONCORDIA, MO 64020 | MFA INC. | 04/16/18 $400 |
| NICHOLS, WAYNE<br>POMONA, MO 65789 | MFA INC. | 04/16/18 $400 |
| KAGAY, BARRY<br>AMITY, MO 64422 | MFA INC. | 04/16/18 $400 |
| READING, CARRIE<br>CURRYVILLE, MO 63339 | MFA INC. | 04/16/18 $400 |
| ENGEMANN, TIM<br>HERMANN, MO 65041 | MFA INCORPORATED | 04/16/18 $400 |
| OEHL, DOYLE<br>JACKSON, MO 63755 | MFA INC. | 04/16/18 $400 |
| ALTHOFF, DAVIN<br>CALIFORNIA, MO 65018 | MFA INC. | 04/16/18 $400 |
| SPENCER, CHARLES<br>FAUCETT, MO 64448 | MFA INC. | 04/16/18 $400 |
| SCHLESSELMAN, DON<br>CONCORDIA, MO 64020 | MFA INC. | 04/04/17 $400 |
| DENT, THOMAS<br>HUMESTON, IA 50123 | MFA INC. | 04/04/17 $400 |
| MOFFITT, JOHN<br>WINIGAN, MO 63566 | MFA INCORPORATED | 04/04/17 $400 |
| CALLIS, DAVID<br>SEDALIA, MO 65301 | MFA INC. | 04/04/17 $400 |
| READING, JIMMIE<br>CURRYVILLE, MO 63339 | MFA INC. | 04/04/17 $400 |
| ENGEMANN, TIM<br>HERMANN, MO 65041 | MFA INCORPORATED | 04/04/17 $400 |
| SPENCER, CHARLES<br>FAUCETT, MO 64448 | MFA INC. | 04/04/17 $400 |
| KIRCHER, KENDALL<br>NEW FRANKLIN, MO 65274 | MFA INC. | 04/04/17 $400 |
| KAGAY, BARRY<br>AMITY, MO 64422 | MFA INC. | 04/04/17 $400 |
| OEHL, DOYLE<br>JACKSON, MO 63755 | MFA INC. | 04/04/17 $400 |
| ALTHOFF, DAVIN<br>CALIFORNIA, MO 65018 | MFA INC. | 04/04/17 $400 |
| MILLS, DON<br>EL DORADO SPRINGS, MO 64744 | MFA INC. | 04/04/17 $400 |
| HALVERSON, THOMAS<br>DENVER, CO 80202 | COBANK | 03/21/17 $400 |
| NICHOLS, WAYNE<br>POMONA, MO 65789 | MFA INC. | 05/24/17 $400 |
| MESSICK, WES<br>EAST NEW MARKET, MD 21631 | SOUTHERN STATES COOPERATIVE, INC. | 02/13/17 $400 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2018 election cycle and based on Federal Election Commission data released on June 10, 2019.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters   

RESOURCES

ABOUT US

📢 TAKE ACTION

♥ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.



## We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ›

**Find Your Representatives**

Street City, State Zip Code



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address                                                                 Sign Up

 Follow us on Twitter

 Follow us on Facebook



**The Center for Responsive Politics**

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

About

Resources

✉ Sign Up


OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2018 cycle

Select a Cycle: 2018 ▾

Individual donors gave 261 large ($200+) contributions to this PAC in 2017-2018.

Browse by Amount: Previous12 3 4Next

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| HALLIN, THOMAS G<br>MADISON, AL 35756 | ALABAMA FARMERS COOPERATIVE | 11/21/18 | $391 |
| KAPPELMAN, PETER<br>TWO RIVERS, WI 54241 | LAND O' LAKES, INC | 02/09/18 | $375 |
| FULLER, JO ANN<br>MADISON, AL 35758 | ALABAMA FARMERS COOPERATIVE | 11/19/18 | $372 |
| FULLER, JO ANN<br>MADISON, AL 35758 | ALABAMA FARMERS COOPERATIVE | 11/15/17 | $351 |
| TRUSSELL, GEORGE<br>PIKE ROAD, AL 36064 | ALABAMA FARMERS COOPERATIVE | 11/19/18 | $350 |
| FUDGE, JAMES<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 12/12/17 | $350 |
| PAYNE, DAVID B<br>PELL CITY, AL 35128 | ALABAMA FARMERS COOPERATIVE | 12/26/18 | $348 |
| PAYNE, DAVID B<br>PELL CITY, AL 35128 | ALABAMA FARMERS COOPERATIVE | 11/20/17 | $342 |
| FUDGE, JAMES<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 11/27/18 | $339 |
| DAILEY, THOMAS M<br>MOULTON, AL 35650 | ALABAMA FARMERS COOPERATIVE | 11/15/17 | $330 |
| MCWHERTER, JIM<br>LA VERGNE, TN 37086 | TENNESSEE FARMERS COOPERATIVE | 02/22/17 | $325 |
| ROBERTS, EDWARD<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 11/21/18 | $323 |
| HICKS, VICKI<br>WASHINGTON, DC 20250 | AGRIBANK, FCB | 02/08/18 | $320 |
| ROBERTS, CLYDE E<br>DECATUR, AL 35603 | ALABAMA FARMERS COOPERATIVE | 11/28/17 | $316 |

| | | |
|---|---|---|
| REIMER, DOUG<br>GUTTENBERG, IA 52052 | LAND O'LAKES, INC. | 06/26/17 $300 |
| MITTELSTADT, WADE<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/31/17 $300 |
| MALCHINE, KEVIN<br>WATERFORD, WI 53185 | GROWMARK, INC. | 03/31/17 $300 |
| TEMPLE, BRAD<br>SERENA, IL 60549 | GROWMARK, INC. | 03/31/17 $300 |
| TANNER, ALLEN<br>CRESTON, IA 50801 | GROWMARK, INC. | 03/31/17 $300 |
| CARROLL, KEVIN<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/31/17 $300 |
| ERICSON, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/31/17 $300 |
| ESTHER, CHET<br>FREDERICK, IL 62639 | GROWMARK, INC. | 03/31/17 $300 |
| SCHMIDT, BARRY<br>BLOOMINGTON, IL 61705 | GROWMARK, INC. | 03/31/17 $300 |
| WOODS, MICHAEL<br>BLOOMINGTON, IL 61705 | GROWMARK, INC. | 03/31/17 $300 |
| NEUHAUS, DENNIS<br>HOYLETON, IL 62803 | GROWMARK, INC. | 03/31/17 $300 |
| ORR, MARK<br>PRINCETON, IL 61356 | GROWMARK, INC. | 03/31/17 $300 |
| REIFSTECK, JOHN<br>CHAMPAIGN, IL 61822 | GROWMARK, INC. | 03/31/17 $300 |
| MCCORMICK, JACK<br>ELLIS GROVE, IL 62241 | GROWMARK, INC. | 03/31/17 $300 |
| VAN DOREN, LISA<br>WASHINGTON, DC 20002 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/08/18 $300 |
| MARTHEDAL, JON<br>FRESNO, CA 93725 | COBANK | 02/09/18 $300 |
| REIFSTECK, JOHN<br>CHAMPAIGN, IL 61822 | GROWMARK, INC. | 03/29/18 $300 |
| WATT, DAVID<br>MURRAYVILLE, IL 62668 | GROWMARK, INC. | 03/29/18 $300 |
| BUILTA, SHEILA<br>YORKVILLE, IL 60560 | GROWMARK | 03/29/18 $300 |
| TURNER, MICHAEL<br>MAHOMET, IL 61853 | GROWMARK, INC. | 03/29/18 $300 |
| TANNER, ALLEN<br>CRESTON, IA 50801 | GROWMARK, INC. | 03/29/18 $300 |
| ESTHER, CHET<br>FREDERICK, IL 62639 | GROWMARK, INC. | 03/29/18 $300 |
| MCCORMICK, JACK<br>ELLIS GROVE, IL 62241 | GROWMARK, INC. | 03/29/18 $300 |
| MALCHINE, KEVIN<br>WATERFORD, WI 53185 | GROWMARK, INC. | 03/29/18 $300 |
| PHELPS, ROBERT<br>ROCKTON, IL 61072 | GROWMARK, INC. | 03/29/18 $300 |
| TEMPLE, BRAD<br>SERENA, IL 60549 | GROWMARK, INC. | 03/29/18 $300 |
| ERICSON, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/29/18 $300 |
| SCHMIDT, BARRY<br>BLOOMINGTON, IL 61705 | GROWMARK, INC. | 03/29/18 $300 |
| BOSTROM, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 03/29/18 $300 |
| NELSON, RICHARD<br>PAXTON, IL 60957 | GROWMARK, INC. | 03/29/18 $300 |
| MITTELSTADT, WADE | GROWMARK, INC. | 03/29/18 $300 |

| | | | |
|---|---|---|---|
| BLOOMINGTON, IL 61704 | | | |
| KAFER, ANN<br>BLOOMINGTON, IL 61701 | GROWMARK, INC. | 04/04/17 | $300 |
| PIERSON, RON<br>WALNUT, IL 61376 | GROWMARK, INC. | 04/03/17 | $300 |
| HERINK, KEVIN<br>CLUTIER, IA 52217 | GROWMARK, INC. | 04/03/17 | $300 |
| UHLMAN, DAVID<br>TREMONT, IL 61568 | GROWMARK, INC. | 04/03/17 | $300 |
| BOSTROM, BRENT<br>BLOOMINGTON, IL 61704 | GROWMARK, INC. | 04/03/17 | $300 |
| HEITZ, MATT<br>FARLEY, IA 52046 | GROWMARK, INC. | 04/03/17 | $300 |
| NELSON, RICHARD<br>PAXTON, IL 60957 | GROWMARK, INC. | 04/03/17 | $300 |
| WATT, DAVID<br>MURRAYVILLE, IL 62668 | GROWMARK, INC. | 04/03/17 | $300 |
| PHELPS, ROBERT<br>ROCKTON, IL 61072 | GROWMARK, INC. | 04/03/17 | $300 |
| TURNER, MICHAEL<br>MAHOMET, IL 61853 | GROWMARK, INC. | 04/03/17 | $300 |
| NEUHAUS, DENNIS<br>HOYLETON, IL 62803 | GROWMARK, INC. | 04/13/18 | $300 |
| UHLMAN, DAVID<br>TREMONT, IL 61568 | GROWMARK, INC. | 03/29/18 | $300 |
| PIERSON, RON<br>WALNUT, IL 61376 | GROWMARK, INC. | 03/29/18 | $300 |
| HERINK, KEVIN<br>CLUTIER, IA 52217 | GROWMARK, INC. | 03/29/18 | $300 |
| KAFER, ANN<br>BLOOMINGTON, IL 61701 | GROWMARK, INC. | 03/29/18 | $300 |
| HORA, BRIAN<br>AINSWORTH, IA 52201 | GROWMARK | 03/29/18 | $300 |
| ORR, MARK<br>PRINCETON, IL 61356 | GROWMARK, INC. | 04/05/18 | $300 |
| JONES, ANDREW L<br>BLOOMDALE, OH 44817 | GROWMARK, INC. | 04/25/18 | $300 |
| DOBRINSKI, EVERETT<br>MAKOTI, ND 58756 | COBANK | 06/05/18 | $300 |
| KRAGNES, DAVID<br>FELTON, MN 56536 | COBANK | 06/11/18 | $300 |
| TRUSSELL, GEORGE TIM<br>PIKE ROAD, AL 36064 | ALABAMA FARMERS COOPERATIVE | 11/20/17 | $297 |
| HALLIN, THOMAS G<br>MADISON, AL 35756 | ALABAMA FARMERS COOPERATIVE | 11/20/17 | $288 |
| BUSH, DEBBIE H<br>AUBURN, AL 36830 | ALABAMA FARMERS COOPERATIVE | 11/20/18 | $280 |
| BUSH, DEBBIE H<br>AUBURN, AL 36830 | ALABAMA FARMERS COOPERATIVE | 11/28/17 | $275 |
| FISHER, LARA<br>GAITHERSBURG, MD 20878 | NATIONAL COUNCIL OF FARMER COOPERATIVE | 02/09/18 | $260 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2018 election cycle and based on Federal Election Commission data released on June 10, 2019.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC** Enter at least 3 characters  🔍



## We follow the money. You make it possible.

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ›

**Find Your Representatives**

Street City, State Zip Code   🔍



Schedule
Appoi

# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

Email address     Sign Up

🐦   Follow us on Twitter

f   Follow us on Facebook



The Center for Responsive Politics
1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

📢 TAKE ACTION

♥ DONATE

🛒 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.



About

Resources

✉ Sign Up



OpenSecrets.org
Center for Responsive Politics

**DONATE**

MENU

Home / Influence & Lobbying / PACs / National Council of Farmer Co-Ops / Contributors

Tweet

# National Council of Farmer Co-Ops

- Summary
- Recipients
- Donors
- Expenditures
- PAC to PAC/Party

## Contributors, 2018 cycle

Select a Cycle: 2018 ⌄

Individual donors gave 261 large ($200+) contributions to this PAC in 2017-2018.

Browse by Amount: Previous 1 2 3 4

| Contrib | Occupation | Date | Amount |
|---|---|---|---|
| KELLEY, TERRY<br>DICKSON, TN 37055 | TENNESSEE FARMERS COOPERATIVE | 02/22/17 | $253 |
| GRANNIS, DARYL<br>FLEMINGSBURG, KY 41041 | SOUTHERN STATES COOPERATIVE, INC. | 02/22/17 | $250 |
| WARD, RALEIGH<br>EFFINGHAM, SC 29541 | SOUTHERN STATES COOPERATIVE, INC. | 02/13/17 | $250 |
| BROWN, MICHAEL<br>SAN DIEGO, CA 92103 | COBANK | 05/11/17 | $250 |
| BROWN, RUSSELL<br>WARSAW, VA 22572 | COBANK | 05/11/17 | $250 |
| WHITTINGTON, CINDY<br>BURLINGTON, KS 66839 | COBANK | 05/12/17 | $250 |
| BEHR, ROBERT<br>LAKELAND, FL 33803 | COBANK | 05/12/17 | $250 |
| FREUND, BENJAMIN<br>EAST CANAAN, CT 06024 | COBANK | 05/15/17 | $250 |
| RIEL, KEVIN<br>YAKIMA, WA 98908 | COBANK | 05/16/17 | $250 |
| STILL, KEVIN<br>DANVILLE, IN 46122 | CO-ALLIANCE, LLP | 05/16/17 | $250 |
| ROUSH, CLINT<br>ARAPAHO, OK 73620 | COBANK | 05/16/17 | $250 |
| SANDLIN, STEPHANIE HERSETH<br>SIOUX FALLS, SD 57108 | COBANK | 05/24/17 | $250 |
| KRAGNES, DAVID<br>FELTON, MN 56536 | COBANK | 05/24/17 | $250 |
| MAGNUSON, JAMES R<br>SULLY, IA 50251 | COBANK | 05/24/17 | $250 |

| | | | |
|---|---|---|---|
| MOYER, CATHERINE<br>ULYSSES, KS 67880 | COBANK | 06/01/17 | $250 |
| DOBRINSKI, EVERETT<br>MAKOTI, ND 58756 | COBANK | 06/13/17 | $250 |
| KELLEY, DANIEL<br>NORMAL, IL 61761 | COBANK | 06/13/17 | $250 |
| BRINKLEY, KEVIN<br>LUBBOCK, TX 79464 | PLAINS COTTON COOPERATIVE ASSO | 03/15/17 | $250 |
| SITMAN, RICHARD<br>KENTWOOD, LA 70444 | COBANK | 07/05/17 | $250 |
| REINDERS, DAVE<br>DUMAS, TX 79029 | COBANK | 07/05/17 | $250 |
| SCHOTT, KAREN<br>BROADVIEW, MT 59015 | COBANK | 07/14/17 | $250 |
| MYRIN, ALARIK<br>ALTAMONT, UT 84001 | COBANK | 10/11/17 | $250 |
| BLACK, WALTER CRAYTON<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 12/26/18 | $250 |
| AMBURGEY, TRACEY S<br>NORTH CHESTERFIELD, VA 23237 | SOUTHERN STATES COOPERATIVE, INC. | 02/16/18 | $250 |
| SALMEN, DAVID<br>ABERDEEN, SD 57401 | AGTEGRA COOPERATIVE | 03/05/18 | $250 |
| GRANNIS, DARYL<br>FLEMINGSBURG, KY 41041 | SOUTHERN STATES COOPERATIVE, INC. | 03/05/18 | $250 |
| FREUND, BENJAMIN<br>EAST CANAAN, CT 06024 | COBANK | 06/22/18 | $250 |
| KELLEY, DANIEL<br>NORMAL, IL 61761 | COBANK | 06/25/18 | $250 |
| BEHR, ROBERT<br>LAKELAND, FL 33803 | COBANK | 05/11/18 | $250 |
| WHITTINGTON, CINDY<br>BURLINGTON, KS 66839 | COBANK | 05/14/18 | $250 |
| GILBERT, ANDREW<br>POTSDAM, NY 13676 | COBANK | 05/22/18 | $250 |
| BROWN, RUSSELL<br>WARSAW, VA 22572 | COBANK | 05/22/18 | $250 |
| RIEL, KEVIN<br>YAKIMA, WA 98908 | COBANK | 05/31/18 | $250 |
| MAGNUSON, JAMES R<br>SULLY, IA 50251 | COBANK | 06/04/18 | $250 |
| BROWN, MICHAEL<br>SAN DIEGO, CA 92103 | COBANK | 05/08/18 | $250 |
| MOYER, CATHERINE<br>ULYSSES, KS 67880 | COBANK | 07/06/18 | $250 |
| ROUSH, CLINT<br>ARAPAHO, OK 73620 | COBANK | 08/08/18 | $250 |
| DOTON, PAUL<br>WOODSTOCK, VT 05091 | AGRI-MARK, INC. | 01/05/17 | $250 |
| AMBUREY, TRACY<br>CHESTERFIELD, VA 23838 | SOUTHERN STATES COOPERATIVE, INC. | 01/05/17 | $250 |
| COPE, GLEN<br>AURORA, MO 65605 | MFA INCORPORATED | 04/28/17 | $250 |
| JANSSEN, SCOT<br>STACYVILLE, IA 50476 | NORTHERN COUNTRY COOPERATIVE | 03/05/18 | $240 |
| BLACK, WALTER CRAYTON<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 12/06/17 | $220 |
| BLACK, WALTER CRAYTON<br>ATHENS, AL 35613 | ALABAMA FARMERS COOPERATIVE | 01/05/17 | $210 |
| SULLIVAN, RANDY<br>FRANKLIN, TX 77856 | PRODUCERS COOPERATIVE | 12/06/17 | $200 |
| MALAZZO, JOHN | PRODUCERS COOPERATIVE | 12/06/17 | $200 |

Case 2:16-cv-00287-cr   Document 295-1   Filed 08/07/20   Page 65 of 66

| | | |
|---|---|---|
| CALDWELL, TX 77836 | | |
| HOELSCHER, DALE T<br>TEMPLE, TX 76501 | PRODUCERS COOPERATIVE | 12/06/17 $200 |
| CATALENA, SAMMY<br>BRYAN, TX 77802 | PRODUCERS COOPERATIVE | 12/06/17 $200 |
| HOLTKAMP, DON<br>BRENHAM, TX 77833 | PRODUCERS COOPERATIVE | 12/05/17 $200 |
| KURTEN, BOBBY<br>BRYAN, TX 77808 | PRODUCERS COOPERATIVE | 12/06/17 $200 |
| BRITTEN, RANDALL<br>BRYAN, TX 77806 | PRODUCERS COOPERATIVE | 12/06/17 $200 |
| KRISTYNIK, MICHAEL<br>BRYAN, TX 77808 | PRODUCERS COOPERATIVE | 12/06/17 $200 |

METHODOLOGY: The numbers on this page are based on contributions from individuals giving $200 or more, as reported to the Federal Election Commission.

NOTE: All the numbers on this page are for the 2018 election cycle and based on Federal Election Commission data released on June 10, 2019.

Feel free to distribute or cite this material, but please credit the Center for Responsive Politics. For permission to reprint for commercial uses, such as textbooks, contact the Center: info@crp.org

**Search for a PAC**   Enter at least 3 characters   🔍



**We follow the money. You make it possible.**

Thanks to support from individuals like yourself, our work makes possible the daily examination of the industries, organizations and individuals trying to influence the democratic process.

**Make a Donation Today** ➤

**Find Your Representatives**

Street City, State Zip Code   🔍



# Count Cash & Make Change

Sign up for our newsletter to track money's influence on U.S. elections and public policy.

| Email address | Sign Up |
|---|---|

 Follow us on Twitter

 Follow us on Facebook



### The Center for Responsive Politics

1300 L St., NW Suite 200
Washington, DC 20005
**TEL** (202) 857-0044
**FAX** (202) 857-7809

POLITICIANS & ELECTIONS

INFLUENCE & LOBBYING

NEWS & ANALYSIS

RESOURCES

ABOUT US

 TAKE ACTION

 DONATE

 BUY CUSTOM DATA

Except for the Revolving Door section, content on this site is licensed under a Creative Commons Attribution-Noncommercial-Share Alike 3.0 United States License by OpenSecrets.org. To request permission for commercial use, please contact us.