UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRETT SITTS, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,<br><br>DEFENDANTS. | Civil Action No. 2:16-cv-00287-cr |

# **EXHIBIT B**

# MANAGEMENT

## RICK SMITH

### PRESIDENT AND CHIEF EXECUTIVE OFFICER

As DFA's president and chief executive officer since 2006, Rick has established a values-based culture for the organization and instilled operational discipline and efficiency. Under his leadership, DFA has undertaken several strategic initiatives designed to bring members increased value, expand the Cooperative's global footprint and grow its commercial businesses. In addition, Rick has played a key role in elevating DFA's focus on its members in alignment with its mission, vision and values, improving its sustainability efforts and strengthening the Cooperative's relationships within the industry. Rick is a director on the boards of National Milk Producers Federation, National Council of Farmer Cooperatives and the Innovation Center for U.S. Dairy. In addition, Rick chairs Global Dairy Platform. Rick and his wife, Janet, have three children.



| WE ARE | OUR PRODUCTS | OUR COMMITMENT | INGREDIENT SOLUTIONS (/INGREDIENTS/INGREDIENT-SOLUTIONS) | FACTS (/DAIRY-FACTS) | CAREERS |



[(/) Who We Are (/Who-We-Are)](/) › [Our Cooperative (/Who-We-Are/Our-Cooperative)](/) › Board Member Bio (/Who-We-Are/Our-Cooperative/Board-Member-Bio)

**CONTACT US (/CONTACT-US)** **NEWSROOM (/NEWSROOM)**     **1.888.DFA.MILK (TEL:1.888.DFA.MILK)**

**MEMBERSHIP (/MEMBERSHIP)**

**FARM SERVICES (/MEMBERSHIP/FARM-SERVICES)**

(HTTPS://WWW.LINKEDIN.COM/COMPANY/DAIRY-FARMERS-OF-AMERICA/)   (HTTPS://WWW.INSTAGRAM.COM/DFAMILK/)

**MY LEGISLATOR (/FOOTER-REDIRECT-PAGES/MY-LEGISLATOR)**

**HALF & HALF (/FOOTER-REDIRECT-PAGES/HALF-HALF)**



**POLICIES (/POLICIES)**   **SITEMAP (/SITEMAP)**
**ACCESSIBILITY (/ACCESSIBILITY)**
**PRIVACY POLICY (/PRIVACY-POLICY)**
**TERMS OF USE (/TERMS-OF-USE)**

© 2020 Dairy Farmers of America

[DFA Dairy Farmers of America] (/) | WE ARE | OUR PRODUCTS | OUR COMMITMENT | INGREDIENT SOLUTIONS (/INGREDIENTS/INGREDIENT-SOLUTIONS) | FACTS (/DAIRY-FACTS) | CAREERS

# MANAGEMENT

## GREG WICKHAM

### CHIEF FINANCIAL OFFICER

In his current role as chief financial officer, Greg is responsible for information technology, finance and accounting and works closely with the operating divisions on financial matters. Previously, he served seven years as chief executive officer of Dairylea Cooperative, which merged with DFA in April 2014. Greg currently serves as chairman of Newtrient, LLC and as a board member for National Milk Producers Federation, National Council of Farmer Cooperatives and the Innovation Center for U.S. Dairy



| WE ARE | OUR PRODUCTS | OUR COMMITMENT | INGREDIENT SOLUTIONS (/INGREDIENTS/INGREDIENT-SOLUTIONS) | FACTS (/DAIRY-FACTS) | CAREERS |



(/) Who We Are (/Who-We-Are) › Our Cooperative (/Who-We-Are/Our-Cooperative) › Board Member Bio (/Who-We-Are/Our-Cooperative/Board-Member-Bio)

CONTACT US (/CONTACT-US) NEWSROOM (/NEWSROOM)　　　　　　1.888.DFA.MILK (TEL:1.888.DFA.MILK)

MEMBERSHIP (/MEMBERSHIP)

FARM SERVICES (/MEMBERSHIP/FARM-SERVICES)

(HTTPS://WWW.LINKEDIN.COM/COMPANY/DAIRY-FARMERS-OF-AMERICA/)　(HTTPS://WWW.INSTAGRAM.COM/DFAMILK/)

MY LEGISLATOR (/FOOTER-REDIRECT-PAGES/MY-LEGISLATOR)

HALF & HALF (/FOOTER-REDIRECT-PAGES/HALF-HALF)



THIS MARK MATTERS. (/)

POLICIES (/POLICIES)　SITEMAP (/SITEMAP)
ACCESSIBILITY (/ACCESSIBILITY)
PRIVACY POLICY (/PRIVACY-POLICY)
TERMS OF USE (/TERMS-OF-USE)

© 2020 Dairy Farmers of America