**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT**

| | |
|---|---|
| **GARRETT SITTS, et al.,**<br><br><br>     **PLAINTIFFS,**<br><br>  **v.**<br><br>**DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,**<br><br>     **DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

# <u>EXHIBIT D</u>

**Farm Credit of New Mexico**
PO Box 94330
Albuquerque, NM 87199

# Michael Marley Elected to CoBank Board of Directors Will Represent The Mid Plains Region for a Four-Year Term Beginning in 2020

CoBank, a cooperative bank serving agribusinesses, rural infrastructure providers and Farm Credit associations throughout the United States, today announced that Michael Marley has been elected to the bank's board of directors in a runoff election in the Mid Plains region. Marley will hold a modified equity seat for a four-year term beginning on January 1, 2020.

Marley, 56, is the owner of Corrales Dairy, Marley Farms and Corrales Farm, dairy and irrigated farming operations, all located in Roswell, New Mexico. He is also a general partner of Marley Ranches and Marley & Whitney Partnerships, which are ranching operations. He sits on the board of Farm Credit of New Mexico, ACA, and the CoBank District Farm Credit Council and is the chair of the CoBank Association Leadership Committee. He is also a director on the board of Dairy Farmers of America, Southwest Council, and Gandy Marley and is the chair of Zia Milk Producers.



"On behalf of the entire board, I would like to welcome Michael to the CoBank board and thank the shareholders of the Mid Plains region for their participation in the election," said Kevin Riel, board chair. "Michael brings extensive experience from several of the industries we serve and we look forward to working with him to continue to position CoBank for long-term success."

**Visit us on the web at www.farmcreditnm.com**                                    **Join us on facebook**