UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRETT SITTS, et al.,<br><br>PLAINTIFFS,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,<br><br>DEFENDANTS. | Civil Action No. 2:16-cv-00287-cr |

# **EXHIBIT E**



## Marvin Beshore

OF COUNSEL

**Areas of Practice**
Dairy Marketing Regulations; Agricultural Law; General Civil; Real Estate; Litigation; Commercial Law; Probate and Estate Law

**Education**
Georgetown University Law Center, J.D.
Dickinson College, A.B., Philosophy

 MBeshore@JohnsonDuffie.com

 717 761 4540

Marvin has been engaged in the general practice of law since his graduation from Georgetown University Law Center in 1976 and has had an office in Harrisburg since 1980.  His representation of dairy farmers, dairy farmer cooperatives, and other firms in the dairy industry has taken him across the United States into more than 20 federal district courts and into six federal circuit courts of appeals.  In 2015, Marvin led the legal initiative on behalf of California dairy cooperatives and their member dairy farmers which, after a 40 day hearing, successfully brought federal milk marketing regulation to California, preempting the state system which had disadvantaged the California dairy farmers.  Marvin is recognized nationally as an authority on federal milk marketing regulations under the Agricultural Marketing Agreement Act.  He has represented national, regional, and local dairy farmer cooperatives with members in the 48 contiguous states.  Among his current clients, Marvin presently serves as counsel to the Pennsylvania Association of Dairy Cooperatives and several regional cooperative marketing agencies in common.

Marvin's practice also involves: counseling and representing clients in estate planning and administration; real estate transactions, zoning and land use, nonprofit organizations, and other civil matters.  He is the Solicitor for the Fairview Township and Monaghan Township Zoning Hearing Boards.

Marvin is a member of the Dauphin County and Pennsylvania Bar Associations and the American Agricultural Law Association.

He has been active in numerous community organizations including: The York County 4-H Endowment, where he is currently Chairman of the Board of Trustees; Current Board member: Fairview Township Emergency Medical Services, Inc.; Past Board member and officer: Red Land Senior Citizens Center, Inc.; Board member, officer, and coach, Redland Soccer Club, Inc.; and elected member West Shore School District, Board of School Directors, 1985-93, President or Vice-President, 1989-93.  He is a parishioner of St. Theresa Church, New Cumberland.

Marvin is a native of Fairview Township,York County where he and his wife, Anne Marie, reside.  They are the parents of six children and have seven grandchildren.

**Comprehensive.
Committed. Connected.**



## OUR LOCATIONS

| **Harrisburg Office (Lemoyne)** | **Wyomissing Office** | **Carlisle Office** | **Chambersburg Office** |
|---|---|---|---|
| 301 Market Street | 875 Berkshire Blvd. | 26 State Avenue | 183 Lincoln Way East |
| Lemoyne, PA 17043 | Suite 103 | Suite 102 | Chambersburg, PA 17201 |
| P:717-761-4540 | Wyomissing, PA 19610 | Carlisle, PA 17013 | P:717-761-4540 |
| F:717-761-3015 | P:610-374-6630 | P:717-761-4540 | F:717-761-3015 |
|  | F:610-374-6631 | F:717-761-3015 |  |

mail@johnsonduffie.com