NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Garrett Sitts, et al.,

      v.                                    Case No. 2:16-cv-287

The Dairy Farmers of America, Inc., et al.

TAKE NOTICE that the above-entitled case has been scheduled  at 9:30 a.m., on, Tuesday, September 1, 2020, in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Charge Conference via video conference.

Location: Courtroom 510

JEFFREY S. EATON, Clerk
By: */s/ Jennifer B. Ruddy*
Deputy Clerk
8/12/2020

TO: Dana A. Zakarian, Esq.
Elizabeth Reidy, Esq.
Gary Franklin, Esq.
Joel Beckman, Esq.
William Nystrom, Esq.
Michael Paris, Esq.
Ian Carleton, Esq.
Jennifer Giordano, Esq.
Sarah Ray, Esq.
Molly Barron, Esq.
Margaret Zwisler, Esq.
W. Todd Miller, Esq.
Elyse Greenwald, Esq.
Alfred Pfeiffer, Jr., Esq.
Johanna Masse, Court Reporter

*The court has allotted a full day for this hearing.*