UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG 12  PM 12: 00

CLERK

BY _____
DEPUTY CLERK

| GARRET SITTS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,<br><br>Defendants. | Civil Action No. 2:16-cv-00287-cr |
|---|---|

## ORDER

The matter before the Court is Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC's Stipulated Motion to Redact Portions of the July 21, 2020 Motions *in Limine* Hearing Transcript (the "Motion").

Upon consideration, and for good cause shown, it is hereby ORDERED that the Motion is GRANTED. It is hereby ORDERED that lines 94:1-7; 94:19-25; 95:11-13; 95:20-96:5; 96:10-13; 96:16-97:8; 97:18-19; 97:22-24; 98:5-7; 98:18; 99:1-100:8; 100:12; 100:15; 100:17-18; 100:25; 101:1-6; 101:14-22; 102:3-4; 102:11; 102:14-15; 102:19-25; and 178:17 of the July 21, 2020 Motions *in Limine* Hearing Transcript be redacted, as reflected in Exhibit A to the Motion, and not made available to the public. The remainder of the transcript shall be available to the public and evidence that has been sealed may be admitted at trial subject to further evidentiary rulings.

It is so ORDERED this 12th day of August, 2020. to the extent they have not been made by the court or were conditional or preliminary in nature. CR

_____
The Honorable Christina Reiss
United States District Judge