UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,<br><br>    Defendants. | Civil Action No. 2:16-cv-00287-cr |

### DECLARATION OF ALFRED C. PFEIFFER JR.

I, Alfred C. Pfeiffer Jr., do declare and state as follows:

1. I am a partner with the law firm of Latham & Watkins LLP, which has been retained by Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC (collectively "DFA") in connection with this Action. I submit this declaration in support of DFA's concurrently filed Response in Opposition to Plaintiffs' Offer of Proof Regarding Executive Compensation ("Response").

2. Pursuant to the Court's Orders, ECF Nos. 66, 85, the Protective Order in this case and addendum thereto, ECF Nos. 45, 68, portions of this Response and exhibits attached hereto are being filed under seal.

3. Attached as Exhibit 1 is a true and accurate excerpt of the Transcript of the August 23, 2018 Deposition of Gregory Wickham in this action.

4. Attached as Exhibit 2 is a true and accurate excerpt of the Transcript of the August 30, 2018 Deposition of Richard Smith in this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   August 21, 2020

                                                       Alfred C. Pfeiffer Jr.
                                                       of LATHAM & WATKINS LLP

## CERTIFICATE OF SERVICE

  I hereby certify that on August 21, 2020 I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and via email.  The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

 Joel G. Beckman, Esq. (jbeckman@nbparis.com)
 Gary L. Franklin, Esq. (gfranklin@primmer.com)
 William C. Nystrom, Esq. (wnystrom@nbparis.com)
 Elizabeth A. Reidy, Esq. (ereidy@nbparis.com)
 Dana A. Zakarian, Esq. (dzakarian@nbparis.com)
 Jason M. Turner, Esq. (jason.turner4@usdoj.gov)
 Shapleigh Smith, Jr., Esq. (ssmith@dinse.com)
 Marvin Beshore, Esq. (mbeshore@johnsonduffie.com)

Dated: August 21, 2020

                /s/ *Alfred C. Pfeiffer Jr.*
                Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
                LATHAM & WATKINS LLP
                505 Montgomery Street, Suite 2000
                San Francisco, CA 94111
                Telephone: 415-391-0600
                Facsimile: 415-395-8095
                Email: al.pfeiffer@lw.com