

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 AUG 28 PM 3: 37

CLERK

BY ⎯⎯⎯⎯⎯⎯⎯⎯
   DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **GARRET SITTS, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC,**<br><br>Defendants. | **Civil Action No. 2:16-cv-00287-cr** |

## MOTION FOR ADMISSION *PRO HAC VICE* OF DAVID L. JOHNSON

NOW COME Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC ("Defendants"), by and through local counsel, Sheehey Furlong & Behm P.C., and respectfully move pursuant to Local Rule 83.1(b)(2) for the admission *pro hac vice* of David L. Johnson of Latham & Watkins LLP, with an office in Washington, D.C., as counsel in the above-captioned matter on behalf of Defendants. Mr. Johnson is, and will remain, associated with the firm of Sheehey Furlong & Behm, P.C., and specifically, Ian P. Carleton, who is a member in good standing of the bar of this Court. An affidavit in compliance with Local Rule 83.1(b)(2)(B) is attached in support of this Motion, as well as a Certificate of Good Standing for Mr. Johnson from the District of Columbia Court of Appeals.

WHEREFORE, it is respectfully requested that this Court grant the admission *pro hac vice* of David L. Johnson in connection with the above-captioned litigation.

Dated: August 28, 2020

Respectfully submitted,

/s/ Ian P. Carleton / JPB

Ian P. Carleton, Esq.
SHEEHY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com

*Attorney for Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2020 I electronically filed with the Clerk of Court the foregoing document using the CM/ECF system and via email. The CM/ECF system will provide service of such filing via Notice of Electronic Filing (NEF) to the following NEF parties:

Joel G. Beckman, Esq. (jbeckman@nbparis.com)
Gary L. Franklin, Esq. (gfranklin@primmer.com)
William C. Nystrom, Esq. (wnystrom@nbparis.com)
Elizabeth A. Reidy, Esq. (ereidy@nbparis.com)
Dana A. Zakarian, Esq. (dzakarian@nbparis.com)
Jason M. Turner, Esq. (jason.turner4@usdoj.gov)
Shapleigh Smith, Jr., Esq. (ssmith@dinse.com)
Marvin Beshore, Esq. (mbeshore@johnsonduffie.com)

Dated: August 28, 2020

Ian P. Carleton
SHEEHY FURLONG & BEHM P.C.
30 Main Street, 6th Floor
P.O. Box 66
Burlington, VT 05402-0066
(802) 864-9891
icarleton@sheeheyvt.com

*Attorney for Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*