UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| GARRET SITTS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC. and DAIRY MARKETING SERVICES, LLC, <br><br> Defendants. | Civil Action No. 2:16-cv-00287-cr |

## AFFIDAVIT IN SUPPORT OF MOTION FOR ADMISSION
## *PRO HAC VICE* OF DAVID L. JOHNSON

I, David L. Johnson, hereby declare as follows:

1. I am an associate with the law firm of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, DC 20004. My telephone number, fax number, and e-mail address are provided below.

2. I am a member in good standing of the bars of the District of Columbia (Bar No. 1048454) and the Commonwealth of Virginia (Bar No. 89289). I am also admitted to practice in the United States District Court for the Eastern District of Virginia. I am in good standing and eligible to practice in each of the courts in which I have been admitted.

3. There are no disciplinary proceedings pending against me in any jurisdiction. I have never been subject to any suspension, disbarment or disciplinary proceeding in any jurisdiction. I have not, either by resignation, withdrawal, or otherwise, ever terminated or attempted to terminate my office as attorney in order to avoid administrative, disciplinary, disbarment, or suspension proceedings.

4. I have reviewed and am familiar with the Federal Rules of Civil and Criminal Procedure, the Local Rules of the United States District Court for the District of Vermont, and the Vermont Rules of Professional Conduct.

5.      I am associated in this matter with Ian P. Carleton of Sheehey Furlong & Behm P.C., who is a member in good standing of the bar of this Court. Mr. Carleton's office is located at 30 Main Street, 6th Floor, Burlington, Vermont, 05402.

6.      I designate Ian P. Carleton as my agent for service of process and the District of Vermont as the forum for the resolution of any dispute arising out of this *pro hac vice* admission.

Signed under the penalties of perjury on this **26** day of **August**, 2020.

_____
David L. Johnson
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-2200
Facsimile: 202-637-2201
Email: david.johnson@lw.com