UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| STITTS, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA , INC., et al., <br><br>    Defendants. | No. 2:16-cv-00287-cr |

### [PROPOSED] ORDER

AND NOW, this ____ day of _____, 2020, upon consideration of the Motion for Admission *Pro Hac Vice* of David L. Johnson in the above-captioned matter, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

_____
Christina Reiss, District Judge
United States District Court