UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP -1  PM 2: 40

CLERK

BY _____
DEPUTY CLERK

| STITTS, et al., | |
|---|---|
| Plaintiffs, | |
| v. | No. 2:16-cv-00287-cr |
| DAIRY FARMERS OF AMERICA, INC., et al., | |
| Defendants. | |

**ORDER**

AND NOW, this 31st day of August, 2020, upon consideration of the Motion for Admission *Pro Hac Vice* of David L. Johnson in the above-captioned matter, it is hereby ORDERED that said motion is GRANTED.

BY THE COURT:

Christina Reiss, District Judge
United States District Court