NOTICE OF HEARING

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF VERMONT

Garrett Sitts, et al.,

      v.                                            Case No. 2:16-cv-287

The Dairy Farmers of America, Inc., et al.

TAKE NOTICE that the above-entitled case has been scheduled at 11:00 a.m., on, Wednesday, September 23, 2020, and Monday, September 28 at 1:00 p.m., in Burlington, Vermont, before Honorable Christina Reiss, District Judge, for a Charge Conference via video conference.

| | |
|---|---|
| Location: Courtroom 510 | JEFFREY S. EATON, Clerk<br>By: */s/ Jennifer B. Ruddy*<br>Deputy Clerk<br>9/4/2020 |

TO: Dana A. Zakarian, Esq.
Elizabeth Reidy, Esq.
Gary Franklin, Esq.
Joel Beckman, Esq.
William Nystrom, Esq.
Michael Paris, Esq.
Ian Carleton, Esq.
Jennifer Giordano, Esq.
Sarah Ray, Esq.
Molly Barron, Esq.
Margaret Zwisler, Esq.
W. Todd Miller, Esq.
Elyse Greenwald, Esq.
Alfred Pfeiffer, Jr., Esq.
Johanna Masse, Court Reporter