# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| **GARRETT SITTS, et al.,**<br><br>**PLAINTIFFS,**<br><br>v.<br><br>**DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC,**<br><br>**DEFENDANTS.** | **Civil Action No. 2:16-cv-00287-cr** |

## PLAINTIFFS' SUBMISSION REGARDING REVISED JURY INSTRUCTIONS

On September 1, 2020, the Court provided the parties with a redlined draft of the jury instructions. During the September 1, 2020 hearing, the Court and the parties jointly revised several instructions. The Court further directed the parties to revise certain jury instructions as discussed during the charge conference.

Pursuant to the Court's directive, Plaintiffs submit these revised instructions, which include: (1) the Court's original redlines, as set forth in the September 1, 2020 draft; (2) revisions jointly made by the Court and the parties during the September 1, 2020 hearing, identified by yellow highlighting; and (3) the revised instructions tasked to Plaintiffs (with legal citations, as requested), all of which are identified by yellow highlighting.

Plaintiffs further provided legal citations to Defendants, for insertion into their draft instructions, on: (1) the meaning of the phrase "mutual benefit"; and (2) the definition of "predatory" acts.

Plaintiffs reserve their rights to provide additional comments with respect to Defendants' revised instructions.

<table>
<tr><td></td><td>Respectfully Submitted,<br><br>PLAINTIFFS,<br><br>By their attorneys,<br><br>/s/ Dana A. Zakarian<br>Joel G. Beckman<br>Dana A. Zakarian<br>Michael G. Paris<br>Elizabeth A. Reidy<br>NYSTROM BECKMAN & PARIS LLP<br>One Marina Park Drive, 15th Fl.<br>Boston, Massachusetts 02210<br>(617) 778-9100<br>jbeckman@nbparis.com<br>dzakarian@nbparis.com<br>mparis@nbparis.com<br>ereidy@nbparis.com</td></tr>
<tr><td>Dated: September 8, 2020</td><td>*Admitted Pro Hac Vice*<br><br>Gary L. Franklin, Esq.<br>PRIMMER PIPER EGGLESTON & CRAMER PC<br>150 South Champlain Street<br>P.O. Box 1489<br>Burlington, VT  05402-1489<br>(802) 864-0880<br>gfranklin@primmer.com</td></tr>
</table>

## CERTIFICATE OF SERVICE

I, Dana A. Zakarian, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 8th day of September 2020.

/s/ Dana A. Zakarian