U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2020 SEP 28 PM 4:26

CLERK

BY (illegible signature)
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

| GARRETT SITTS, et al., <br><br> PLAINTIFFS, <br><br> v. <br><br> DAIRY FARMERS OF AMERICA, INC., and DAIRY MARKETING SERVICES, LLC, <br><br> DEFENDANTS. | Civil Action No. 2:16-cv-00287-cr |
|---|---|

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate to the dismissal of the above-captioned action with prejudice, with all rights of appeal waived, and each party to bear their own costs and attorney's fees.

Dated: September 28, 2020

Respectfully submitted:

/s/ Dana A. Zakarian
William C. Nystrom (admitted *pro hac vice*)
Joel G. Beckman (admitted *pro hac vice*)
Dana A. Zakarian (admitted *pro hac vice*)
Elizabeth A. Reidy (admitted *pro hac vice*)
NYSTROM BECKMAN & PARIS LP
One Marina Park Drive, 15th Floor
Boston, MA 02210
(617) 778-9100
wnystrom@nbparis.com
jbeckman@nbparis.com
dzakarian@nbparis.com
ereidy@nbparis.com

Gary L. Franklin, Esq.
150 South Champlain Street
P.O. Box 1489
Burlington, VT 05402-1489
(802) 864-0880
gfranklin@primmer.com

*Counsel for Plaintiffs Garrett Sitts, et al.*

/s/ Alfred C. Pfeifer
Alfred C. Pfeiffer Jr. (admitted *pro hac vice*)
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile: 415-395-8095
Email: al.pfeiffer@lw.com

Margaret M. Zwisler (admitted *pro hac vice*)
Jennifer L. Giordano (admitted *pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: 202-637-1092
Facsimile: 202-637-2201
Email: margaret.zwisler@lw.com
Email: jennifer.giordano@lw.com

W. Todd Miller (admitted *pro hac vice*)
BAKER & MILLER PLLC
2401 Pennsylvania Avenue, NW, Suite 300
Washington, DC 20037
Telephone: 202-663-7820
Facsimile: 202-663-7849
Email: tmiller@bakerandmiller.com

Ian P. Carleton
SHEEHEY FURLONG & BEHM P.C.
30 Main Street
P.O. Box 66
Burlington, VT 05402
Telephone: 802-864-9891
Facsimile: 802-864-6815
Email: icarleton@sheeheyvt.com

*Counsel for Defendants Dairy Farmers of America, Inc. and Dairy Marketing Services, LLC*

**SO ORDERED.**

9/28/20
Date

Christina Reiss, District Judge
United States District Court

2